# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KEITH HOWARD, ARCHIE SMITH,
STEPHANIE BANKS, KEVIN JACKSON,
JERRY PANCYZK, MARIANNE
HEIKKILA, TERRY GREENFIELD, AND
AUTUMN TENDZIELOSKI, on behalf of
themselves and all other persons similarly
situated, known and unknown,

    Case No. 19-cv-00570

           Plaintiffs,

    Honorable Hala Y. Jarbou

v.

POST FOODS, LLC, a Delaware Limited
Liability Company,

           Defendant.

---

Matthew J. Clark (P76690)
Gordon A. Gregory (P14359)
Gregory, Moore, Brooks & Clark, P.C.
28 W. Adams Ave., Ste. 300
Detroit, MI 48226
(313) 964-5600
matt@unionlaw.net
Attorneys for Plaintiffs

Craig J. Ackermann
Brian W. Denlinger
ACKERMANN TILAJEF
1180 S. Beverly Drive, Ste. 610
Los Angeles, CA 90035
(310) 277-0614
cja@ackermanntilajef.com
brian.w.denlinger@gmail.com
Attorneys for Plaintiffs

Allan S. Rubin (P44420)
Elyse K. Culberson (P82132)
JACKSON LEWIS P.C.
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
allan.rubin@jacksonlewis.com
elyse.culberson@jacksonlewis.com
Attorneys for Defendant

---

## DECLARATION OF CAITLIN CLANCY

Caitlin Clancy, declares as follows:

1.      My name is Caitlin Clancy. I am an adult duly competent to testify. If called upon to testify, my testimony would be substantially the same as contained within the body of this Declaration, which I have read before signing.

2.      I am employed as the Senior Human Resource Manager by Post Consumer Brands f/k/a Post Foods LLC ("Post") at its Battle Creek Plant -- the plant that is the subject of this litigation. This declaration is made based upon my personal knowledge unless otherwise indicated.

3.      Post was founded in 1895.

4.      Post operates a cereal manufacturing plant and distribution center in Battle Creek. The campus sits on about 65 acres and houses more than 40 buildings, including a large warehouse for storage and distribution referred to as the Material Handling Center ("MHC"). A true and correct diagram of the Battle Creek campus is attached as **Exhibit A** to this Declaration**.**

5.      Around 600 employees work at the Battle Creek plant. Of these employees, about 100 are salaried exempt. The remainder are hourly employees. All opt-in Plaintiffs are or were hourly employees.

6.      Hourly employees are presently and formerly represented by the Local 374 of the United Cereal, Bakery, and Food Workers of the Retail, Wholesale, and Department Store Union, UFCW ("RWDSU" or "Union"). All Plaintiffs and opt-ins are or were members of the Union.

7.      Production occurs at the Battle Creek plant in four buildings. These buildings are referred to by building numbers. The production buildings are buildings 4, 17, 20/32, and 29. The remaining buildings house ancillary services such as grain storage, a powerplant, offices, and others, along with the Material Handling Center ("MHC"), a large storage and distribution warehouse. Although commonly referred to as "production employees," many employees who

2

work in production areas of the plant are only incidentally involved in food production, such as through repairing equipment used to process food, moving materials within the production areas, packaging boxes and finished product, and providing janitorial or safety services amongst others. These employees are required to wash their hands and sanitize equipment because they work in or enter production buildings during their shift, not because of the actual work they perform.

8.      Battle Creek runs three shifts: 7:00 am to 3:00 pm; 3:00 pm to 11:00 pm; and 11:00 pm to 7:00 am. But because of overtime, some employees' start times vary from their scheduled start time. And since around April 2020, because of COVID-19, shift start times have been staggered to reduce congestion and permit social distancing. For example, unless working overtime, employees who work first shift whose start time was 7:00 am now can be scheduled to start at either 6:00 am, 6:30 am, or 7:00 am. Employees who start at 6:00 am would end their shift at 2:00 pm, employees who start at 6:30 am would end their shift at 2:30 pm; and employees who start at 7:00 am would end at 3:00 pm. Generally, employees are replaced by employees beginning their shift at 2:00 pm. 2:30pm, or 3:00 pm. The same pattern exists for the other shifts as well.

9.      Post negotiated with the Union in 2015 and 2016 over the terms of the October 5, 2015 to October 4, 2020 Collective Bargaining Agreement ("CBA") between the Union and Post which was executed on February 16, 2016. A true and accurate copy of the 2016 CBA is attached as **Exhibit B**.

10.     Post negotiated with the Union in 2020 over the terms of the October 5, 2020 to October 2, 2023 CBA between the Union and Post which was executed on November 24, 2020. A true and accurate copy of the 2020 CBA is attached as **Exhibit C**.

11.     Post negotiated with the Union over the terms of the October 5, 2012 to October 4, 2015 CBA between the Union and Post. A true and accurate copy of the 2012 CBA is attached as

**Exhibit D**.  Based upon my review of the books and records maintained in the ordinary course of

business, the Union has represented Post hourly employees for several decades.

12.     The Plaintiffs in this action are:

    a.  **Keith Howard**. He is a "Class A Electrician" assigned to the mechanical department and works in building 29. This is a GMP position.[1] Mr. Howard is the Top Committee Person/Trustee on the Executive Board of Local 374.

    b.  **Archie Smith.** He is a former "Class A Mechanic." He was on the bargaining committee for the 2020 CBA. Mr. Smith's position was a GMP position. Mr. Smith no longer works for Post.

    c.  **Stephanie Banks.** She is employed in the position of "A2 Reels" in the 32 building. This is a GMP position. Banks was on the bargaining committed for the 2020 CBA.

    d.  **Kevin Jackson.** He is employed as "A4 Production" in 17 building. This is a GMP position.

    e.  **Jerry Panczyk.** He is employed in the position of "A5 Process" in 17 building. This is a GMP position.

    f.  **Marianne Green (f/k/a Heikkila).** She is employed as a "MHC Operator," in building 37." She works in the MHC building and her position is not a GMP position.

    g.  **Terry Greenfield.** He held the position of "Grounds 31" in the MHC. This is a *non* GMP position. Greenfield retired on December 1, 2021 and no longer works for Post.

    **h.  Autumn Tendzieloski** She is employed as a "QA Technician" in the manufacturing department. She works in building 14. This is a lab position, which although a GMP position, does not undergo the GMP sanitation process until after clocking in.

13.     The opt-in Plaintiffs hold a variety of production, non-production, and skilled trade

positions, including bran operators, grain tank operators, janitors, material handlers, truck drivers,

warehouse operators, and many others. The positions are identified in Appendix A & B of the 2016

---

[1] The Term "GMP" means Good Manufacturing Practices. The term "GMP Position" means the employee works in a production area of the plant.

4

and 2020 CBAs. Ex. 1(B)(C), Apx. A & B. Some opt-in Plaintiffs work in production buildings, while others do not.

14.     Based on my review of records maintained in the ordinary course of business by Post, since at least the 1950s, employees at Post's Battle Creek plant have worn uniforms. Post historically provided employees with three sets of uniforms each year. Before the Captive Uniform Policy ("CUP") was adopted in May 2019, uniforms generally consisted of jeans or khakis and a t-shirt issued by Post (although some employees wore bib overalls) and safety shoes. The Battle Creek plant had locker rooms available for employees who wanted to change into uniforms on site, but they were not required to do so before May 2019. Some employees changed at Post while others put on their uniforms at home before coming to work. Based upon my review of the books and records of Post, employees have never been paid for the time changing into or out of uniforms. Under the terms of at least the 2012 CBA, employees were not supposed to wear their uniforms outside of work, except immediately before or after their shift. However, some employees would wear their uniforms while doing day-to-day activities outside the plant.

15.     One reason for adopting the CUP was to try to break the outside from the inside of the plant, to prevent the transfer of microbiological contaminants into the facility, through potentially contaminated footwear and outer clothing.

16.     Another reason for adopting the CUP was because the "uniform" worn by Post employees had, over time, devolved from jeans with a blue shirt with a Post logo, to jeans and a blue t-shirt, and then to jeans and a t-shirt. Thus, it became extremely difficult to distinguish employees from visitors, contractors, and trespassers. Accordingly, the CUP was adopted to allow employees to be readily identified. This includes identifying employees who do not generally work in production areas of the plant.

17.     Based upon records maintained in the ordinary course of business by Post, on November 19, 2015, during collective bargaining with the Union, Post proposed what ultimately became Article 43.1 of the 2016 and 2020 CBA. Allen Mayne, who was the Union's Vice President and Director of Collective Bargaining, was the lead negotiator for the Union in both 2016 and 2020. A true and correct copy of Post's written proposal is attached as **Exhibit E**.

18.     Based upon records maintained in the ordinary course of business by Post, the Union responded to Post's proposal on November 20, 2015. In it, the Union sought to be paid for ten minutes of donning time, ten minutes of doffing time, and "reasonable travel time to and from where their uniforms are stored and their work area." A true and correct copy of the Union's Proposal is attached as **Exhibit F**.

19.     Post rejected the Union's proposal.

20.     Based upon records maintained in the ordinary course of business by Post, on January 27, 2016, the Union again proposed being paid for donning and doffing and travel time. That same day, Post again rejected that proposal. A true and accurate copy of the Union's Economic Proposal date January 27, 2016 is attached as **Exhibit G** and Post response is attached as **Exhibit H**.

21.     Based upon records maintained in the ordinary course of business by Post, on January 28, 2016, when the Union responded to Post's economic proposal, the Union dropped its request to be paid for donning and doffing and travel time. A true and correct copy of the Union's response is attached as **Exhibit I**. Rather, the Union accepted Post's proposal. Later, the 2016 CBA, which included the current language in Article 43.1 of the 2016 and 2020 CBAs, was ratified by the Union.

22.     When the 2016 CBA was ratified, Union members received a $10,000 bonus. The bonus was paid in four equal annual installments across each year of the CBA.

23.     The CUP was implemented at the Battle Creek plant in stages between April 11 and May 28, 2019, with full implementation on May 28, 2019. After May 28, 2019, all employees had to change into a company-issued uniform upon arriving at the plant and change out of their company issued uniform before leaving the plant. This Policy is contained in the "Battle Creek Foods Safety Procedures - GMP Entry and Exit Procedures" ("GMP Policy"). A true and correct copy of the GMP Policy is attached as **Exhibit J**. The GMP Policy was revised on July 11, 2019, and a true and correct copy of which is attached as **Exhibit K**.

24.     Before the CUP was implemented, employees entered the Battle Creek plant through one of four entrances:(1) the main entrance located along Cliff Street (the "Cliff Street entrance"); (2) an entrance near building 19; (3) the entrance at the MHC (the "MHC entrance"); or (4) the entrance next to building 8, where employees currently enter the plant, which was then called the R & D Building. After the CUP was implemented, employees enter through one of two entrances: (1) the building 8 entrance; and (2) the MHC entrance. Generally, production employees enter through building 8, MHC workers generally enter at the MHC entrance, and other non-production workers enter through either entrance.

25.     Since the CUP was implemented, there are two primary unforms.

26.     The first is for non-production and MHC employees. Non-production and MHC employees are employees who work outside production areas, such as in "Trucks and Grounds," the powerplant, and the MHC. Their uniforms consist of grey cargo pants, a grey t-shirt, and safety shoes. True and correct photographs depicting the uniform for non-production workers are attached as **Exhibit P, pp.8-11.** Some non-production and MHC workers also wear bump caps,

7

safety glasses, and hearing protection, but they are not required to wear hairnets, beard nets, sanitize equipment, or wash their hands. Non-production and MHC workers clock-in at time locks located immediately outside their locker rooms. Some clock in before changing into uniform, others do so after. But regardless of when the clock in, employees are paid from their shift start time, unless working overtime.

27.     The second uniform is for production employees. Their uniform consists of blue cargo pants and a blue short-sleeve shirt. They also wear safety shoes. True and correct photographs depicting the uniform for production workers is attached **Exhibit P, pp. 5-6.**

28.     After entering the Plant at building 8, employees who work in production areas proceed to the shoe change area next to the entrance. There, they remove their street shoes and put on work shoes. True and accurate photographs of the shoe change area are depicted in **Exhibit P, pp.1-4**. After changing into work shoes, they then retrieve their uniform and enter the men's or women's locker room where they change into their uniform. As part of my job, I generally wear a production uniform, including safety shoes. It takes me no longer to change into my unform at work than it did then when I changed into my work clothes at home before the CUP was implemented.

29.     After changing into their uniform, production employees generally travel from the main locker room in building 8 to their assigned production buildings though interior walkways. A diagram showing employee travel patterns before and after implementation of the CUP is attached as **Exhibit M**.

30.     Since the CUP was implemented, the location of employees' timeclocks has not changed and employees generally clock-in at their assigned buildings. The below diagram below shows the current travel path for employees travelling from building 8, where the locker rooms are

8

located, through the handwash station, to production buildings is reproduced below and attached as Exhibit L.



**Production Building**     **Handwash Station**   **Plant Entrance**      **Production Building**

.
A true and accurate picture of this diagram is attached as buildings and is attached as **Ex. P, p.12**,

31.  Before the CUP was implemented, production employees did the following at the entrance of their assigned production building: (1) donned hairnets and beard nets (if necessary), and bump caps; (2) sanitized boots; (3) washed their hands; and (4) put on safety glasses and hearing protection. Employees were not paid for this time.

32.  Since the CUP was implemented, production employees do the following either in the locker room or at the centralized handwashing station before walking to their assigned production building: (1) put on hairnets and beard nets (if necessary); (2) sanitize their bump cap and shoes; (3) wash their hands; (4) retrieve safety glasses and ear plugs or earmuffs. The centralized handwashing station is accurately depicted in **Ex. P., pp.13-15**. Hearing protection and safety glass are not required to be worn until employees enter production areas of the plant.

33.  Regularly, I put on a hairnet, bump cap, safety glasses, and hearing protection and wash my hands and enter production buildings. I also sanitize my shoes and bump cap. Putting on

these items generally takes a matter of seconds, and even when combined with washing my hands and sanitizing, these tasks in total generally take me about a minute to perform.

34.     After going through the handwashing station, production employees walk to their time clocks and clock-in before starting their shift. Based upon my review of records and my personal knowledge of working at the Battle Creek plant, hourly employees have never been paid for putting on or taking off safety items, washing their hands, or walking to their workstations before starting their shift. Walking from the locker rooms to the various production buildings generally takes me between three to five minutes depending on which building I am travelling to, including going through the handwashing station and donning safety equipment.

35.     Employees are not performing the duties they were hired to perform while changing clothes, walking to their workstations, putting on safety equipment, or sanitizing their work shoes or washing their hands. And some employees come to work well before their assigned shift time to (a) read the paper; (b) socialize; (c) study; (d) conduct union business; (e) eat and/or drink coffee; (f) engage in personal business; and (g) attend to personal business. Generally, these activities take place in employee break rooms in both production and non-production buildings. For production employees, these activities would occur after the employee has changed into their uniform, put on safety equipment, and gone through the handwashing station. Post does not restrict the entry and exit times of employees.

36.     Employees have no post-shift duties; except they are expected to put their dirty uniforms in dirty laundry bins for Post to launder.

37.     After receiving notice about implementation of the CUP, the Union filed a grievance. A true and correct copy of the Grievance is attached as **Exhibit N**. It also filed an Unfair

Labor Practice charge ("ULP") with the National Labor Relations Board ("NLRB"), which was deferred to the arbitrator. Under the CBA, the grievance was arbitrated on December 13, 2019.

38.     The arbitrator rejected the grievance. A true and correct copy of the arbitrator's opinion is attached as **Exhibit O**. No appeal of the arbitrator's decision was taken by the Union, either in court or before the NLRB.

39.     In 2020, Post and the Union engaged in collective barging over the 2020-2023 collective bargaining agreement. In fact, the union notified Post specifically requesting bargaining over Article 43.1 A true and correct copy of the letter is attached as **Exhibit Q.**  I was part of the bargaining team for Post in connection with bargaining over the terms of the 2020 CBA.

40.     During negotiations, the Union proposed that Post pay the union for 30-minutes of time to cover alleged donning and doffing, wash, and travel time.

41.     But in exchange for permitting union employees to voluntarily work double shifts (i.e., an opportunity for additional compensation), the Union dropped its request for compensation for donning, doffing, and travel time payment. This was a substantial economic concession by Post and caused employees with base earnings of about $70,000 per year to earn close to $200,000 per year because they could work double shifts at overtime or double time rates. The Union membership ratified the 2020 CBA and union members whose jobs were listed in Appendix A to the 2020 CBA received a $2,000 ratification/retro payment. Maintenance employees whose jobs were listed in Appendix B received a retro wage payment of $500, and their wages increased 1.5% in 2020.

42.     Pay and overtime is governed by the CBA. Under both the 2015-2016 and 2020 CBAs, Union employees are paid on a scale based on duties. The hourly pay for each position is set forth in Appendices A (Production and Non-Mechanical) and B (Skilled Trades-Mechanical

Department) of the CBAs. Ex. 1 (B)(C), Appendix A & B. Plaintiffs' job duties are dependent on their classification. For instance, while some Plaintiffs and opt-ins are employed in direct food handling roles, the vast majority are not. Rather, most perform duties only incidentally related to the manufacturing of food, such as boxing finished product for delivery, loading trucks, operating machinery, providing janitorial services, operating hi-los, driving trucks, maintaining the grounds at the plant, and working in skilled trades as electricians, machinists, pipefitters, and mechanics.

43.     Employees' pay is based on shift start and end time unless they work overtime. In other words, employees are paid from the start of their shift to the end of their shift.

44.     Since at least 2012, employees may clock-in 15 minutes before the start of their shift, but do not actually begin work until the start of their shift, unless they are working overtime. This is because unless a scheduled or unscheduled absence occurs on another shift, production employees generally replace or are replaced by other employees who are performing the same job duties the employee performs but on a separate shift.

45.     Under the CBAs, most unionized employees earn overtime when they work more than 8 hours per day *or* 40 hours in a workweek. At times, this results in employees earning overtime or double-time in work weeks where they worked fewer than 40hours.

46.     Except for a small group of production support employees (i.e., new employees), employees who work all scheduled hours or who have used approved time off for absences, receive one-and one-half times (1.5x) their straight-time rate if they work Saturdays, even if the employee has not actually worked more than 40 hours in the workweek. And if an hourly employee works Sundays, they receive double-time, so long as they have worked all scheduled shifts in the work week or used approved time off for absences. During holidays, some employees earn triple-time

12

due as they are paid holiday time, along with overtime or double-time. There are extensive contractual provisions about overtime in the CBA. (*See* Ex. B, Art. 44, Ex. C, Art. 44.)

47.     Meal and rest breaks are governed by the CBA. Under the CBA, employees are allowed one twenty-minute meal period "with pay" and "two ten-minute paid break periods" during each 8-hour shift. (*See Ex. B, Ex. C,* Art. 37.1.) If an employee works twelve consecutive hours, they receive both another ten-minute break and another twenty-minute lunch period. Additionally, "reasonable travel time" is allowed for breaks, which is generally understood to be five minutes before and after their breaks. Union members generally get all their breaks, but if there is an issue with break time, there is a process in place for employees to address any issues, including rescheduling breaks for later in their shift. Employees are not supposed to perform work on their breaks. Rather, during their break, employees are relieved of all duties and may leave the plant if they want to do so, although they must change back into their personal clothing before doing so. If an emergency arises and an employee misses a break or it is interrupted, Post's general practice is to have breaks rescheduled to later in the shift. Based upon my personal knowledge and a review of the books and records of Post, I am unaware of any grievances being filed by an employee because of an employee being unable to take their scheduled breaks.

**[SIGNATURE PAGE FOLLOWS]**

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 1, 2022
Battle Creek, Michigan

Caitlin Clancy

**EXHIBITS TO DECLARATION OF CAITLIN CLANCY**

| Exhibit No. | Description |
|---|---|
| A. | Battle Creek Campus Diagram |
| B. | 2016 Collective Bargaining Agreement |
| C. | 2020 Collective Bargaining Agreement |
| D. | 2012 Collective Bargaining Agreement |
| E. | Company Proposals over Art. 43.1 in 2015 |
| F. | Union's Response to Post's Proposal over Art. 43.1 in 2015 |
| G. | Union's January 27, 2016 Economic Proposal |
| H. | Post's January 27, 2016 Response to Union's Economic Proposals |
| I. | Union's January 28, 2016 Response to Post Foods Economic Proposal |
| J. | May 28, 2018 Battle Creek Foods Safety Procedures- GMP Entry and Exit Procedures |
| K. | July 11, 2019 revision to the Battle Creek Foods Safety Procedures- GMP Entry and Exit Procedures |
| L. | Campus Map Markup |
| M. | Travel Pattern Maps |
| N. | April 25, 2019 Grievance |
| O. | Labor Arbitrators Opinion-December 13, 2019 |
| P. | Pictures of Plant and Unforms |
| Q | Letter Requesting Bargaining over Article 43 |

4865-2162-8424, v. 5

# EXHIBIT 1(A)



# EXHIBIT 1(B)



EXHIBIT NO. 3

M. HOLLAND

# AGREEMENT

### between



## POST FOODS LLC -
## BATTLE CREEK PLANT

### and



## LOCAL UNION #374 of the
## UNITED CEREAL, BAKERY, AND FOOD WORKERS
## of the RETAIL, WHOLESALE & DEPARTMENT
## STORE UNION UFCW

## OCTOBER 5, 2015 TO OCTOBER 4, 2020



Post(Howard)003447

## TABLE OF ARTICLES & APPENDICES

ARTICLE 1. — AGREEMENT ..................................................................................... 1

ARTICLE 2. — DEFINITIONS ..................................................................................... 1

ARTICLE 3. – UNION RECOGNITION ........................................................................ 6

ARTICLE 4. – EMPLOYEE RESPONSIBILITIES ........................................................ 6

ARTICLE 5. – UNION SECURITY ............................................................................... 6

ARTICLE 6. – UNION ACTIVITY ................................................................................. 6

ARTICLE 7. – CHECK-OFF & MAINTENANCE OF MEMBERSHIP ............................ 6

ARTICLE 8. – COMMITTEE REPRESENTATIVES– SELECTION & NUMBER ........... 7

ARTICLE 9. – STRIKES & LOCK-OUTS .................................................................... 7

ARTICLE 10. – MANAGEMENT .................................................................................. 8

ARTICLE 11. – SUBSTANCE ABUSE TESTING ........................................................ 9

ARTICLE 12. — DISCIPLINE ...................................................................................... 12

ARTICLE 13. – PERFORMING BARGAINING UNIT WORK ........................................ 12

ARTICLE 14. – NON-DISCRIMINATION ..................................................................... 12

ARTICLE 15. -- GRIEVANCES .................................................................................... 13

ARTICLE 16. – ARBITRATION .................................................................................... 15

ARTICLE 17. – EXPEDITED ARBITRATION ............................................................... 16

ARTICLE  18. – SENIORITY DEFINED ....................................................................... 16

ARTICLE  19. – IDENTICAL SENIORITY DATES ....................................................... 17

ARTICLE  20. – PROBATIONARY PERIOD ................................................................ 17

ARTICLE  21. –  SCHEDULING & RELINQUISHING CLASSIFICATIONS ................. 17

ARTICLE  22. – PLACEMENT & CUTBACK ............................................................... 23

ARTICLE 23 — TRAINING .......................................................................................... 36

ARTICLE  24. – RECALL ............................................................................................ 38

ARTICLE  25. — MODIFIED WORK DUTIES .............................................................. 39

ARTICLE  26. — MINOR EQUIPMENT & MACHINERY ADJUSTMENTS ................... 39

ARTICLE 27. — BIDDING ........................................................................................... 40

ARTICLE 28 — CONTRACTING OF ON-SITE SKILLED TRADES WORK .................. 48

ARTICLE 29. – JOB DESCRIPTIONS ......................................................................... 50

ARTICLE 30. — REDUCTION IN FORCE .................................................................... 51

ARTICLE  31. – LEAVES OF ABSENCE ..................................................................... 52

ARTICLE  32. ASSOCIATE STAFFING & INTERMEDIATE EMPLOYEES ................. 53

ARTICLE 33 — DEVELOPMENT STAGE JOBS .......................................................... 57

ARTICLE 34 —  ENCORE & TEMPORARY EMPLOYEES .......................................... 59

i

Post(Howard)003448

ARTICLE  35. – WORK SCHEDULES ......................................................... 62

ARTICLE  36. – ON CALL ......................................................... 62

ARTICLE  37. – BREAK PERIODS ......................................................... 63

ARTICLE  38. – WAGES & SHIFT DIFFERENTIAL ......................................................... 63

ARTICLE  39. – WAGES FOR NEW HIRES FOR NON-SKILLED TRADES CLASSIFICATIONS ........... 64

ARTICLE  40. – CALLBACK & REPORTING PAY ......................................................... 65

ARTICLE  41. – PAY ON DAY OF OCCUPATIONAL INJURY ......................................................... 66

ARTICLE  42. – WORKERS' COMPENSATION CLAIM DISPUTES ......................................................... 66

ARTICLE  43. – UNIFORMS, SAFETY SHOES, SAFETY GLASSES & TOOLS ......................................................... 66

ARTICLE  44. – OVERTIME ......................................................... 67

ARTICLE  45. – HOLIDAYS ......................................................... 81

ARTICLE  46. – VACATIONS ......................................................... 84

ARTICLE  47. – BENEFIT PLANS ......................................................... 87

ARTICLE  48. – COMPLETE SETTLEMENT & MID-TERM BARGAINING ......................................................... 92

ARTICLE  49. – SUCCESSORSHIP ......................................................... 93

ARTICLE  50. – TERM OF AGREEMENT ......................................................... 93

ARTICLE  51. – NOTICES ......................................................... 93

ARTICLE  52. – SAVINGS CLAUSE ......................................................... 94

ARTICLE  53. – PRINTING & DISTRIBUTION OF THIS AGREEMENT ......................................................... 94

ARTICLE  54. – SIGNATURE PAGE ......................................................... 95


APPENDIX A — JOB CLASSIFICATION - A-B-C WAGE TABLE:  PRODUCTION & NON-MECHANICAL ......................................................... 96

APPENDIX B — SKILLED TRADES CLASSIFICATIONS - MECHANICAL DEPARTMENT ......................................................... 98

APPENDIX C — SKILLED TRADES LIAISON & DESIGNATED TRAINER ......................................................... 99

APPENDIX D — RWDSU MEDICAL 85 PLAN ......................................................... 101

APPENDIX E — RWDSU PRESCRIPTION & DENTAL PLAN(S) ......................................................... 104

APPENDIX F — RETIREE MEDICAL ......................................................... 105

Post(Howard)003449

## ARTICLE 1. — AGREEMENT

THIS AGREEMENT entered into, as of February 16, 2016, by and between POST CONSUMER BRANDS, having a place of business at 275 Cliff Street, Battle Creek, Michigan (hereinafter referred to as the "Company"), and UNITED CEREAL, BAKERY & FOOD WORKERS, LOCAL 374 of the RETAIL, WHOLESALE AND DEPARTMENT STORE UNION, UFCW, a Labor Union having an office at 250 Cliff Street, Battle Creek, Michigan (hereinafter referred to as the "Union").

WHEREAS, it is the intent and purpose of the parties hereto to maintain harmonious industrial relations at the Company's operations at Battle Creek, Michigan.

NOW THEREFORE, in consideration of the mutual promises hereinafter set forth, the parties hereto agree as follows:

## ARTICLE 2. — DEFINITIONS

1.   <u>A Rate, B Rate, C Rate</u>.  Same as "Classification"; employee is qualified to perform a specific job.  All A and B rates are building specific.  C rates are plant-wide.

2.   <u>Associate Employee</u>.   New hires in production.  Maximum pay is 65% of the classification performed.  Associate employees may remain in the Associate classification after their probationary period is complete, or they may be "flipped" to regular, full time status or to Intermediate Employee status.

3.   <u>Bid-In</u>.  An employee who holds a permanent job, shift, and building when the employee is the successful bidder to a permanent vacancy. An employee also gains the status of a bid-in employee when he elects to retain a development stage job after it becomes a permanent job, or the employee is cutback through job elimination within their building.

4.   <u>Bid-In Replacement</u>.  A relief employee.  Production, Quality, Stores and Trucks have employees whose job it is to act as relief for employees to cover vacancies.  If no vacancy exists, they will cut back to another position for which they are qualified.

5.   <u>Bid-In Without a Job</u>.   Employee who is bid-in to a department and shift but not a specific classification.

6.   <u>Bid Lock</u>.  After an employee has been trained for a progressive classification as a result of a permanent bid, where the employee did not already hold the classification, the employee cannot bid out for a period equal to one month for each week of training received.

I

Post(Howard)003450

7.  Canvassing Process.   Start with the most senior employee in the department for "Needs List" training opportunities.

8.  Carry the Rate.   List of rates/classifications that an employee is qualified to perform. An employee can carry his rate forever, but an employee can relinquish his rate only after the rate has been held for five years.

9.  Company Convenience.  Also known Convenience of the Company.

10.  Cutback.  Layoff or bumping rights.  For example, an employee is cut back from his bid job.

11.  Designated Trainer.  Designated Trainer is established to enhance job skills by using qualified, experienced bid-in operators as trainers.  Designated Trainers receive an additional $1.25/hour when training an employee.

12.  Development Stage Jobs.  New classification(s) with special placement provisions as per Article 33.

13.  Employees.   "Employees"   mean all regular hourly-paid employees listed in Appendices A and B, newly created positions in the Production, Maintenance (Skilled Trades), Safety and Plant Services, Associates and Intermediate employees at the Plant , excluding clerical employees, guards, and Supervisors as defined by the Act.

14.  Encore Employee.  A retired bargaining unit employee who returns to active status to fill vacancies and train other employees.

15.  Family Medical Leave Act (FMLA). The Family Medical Leave Act provides eligible employees with job protected leave time for a period of 12 weeks in a rolling year for the purpose of the employee's serious health condition or the serious health condition of spouse, parent or child, and also for the placement or adoption of a child.

16.  Farm Outs.  Employees scheduled to the Pool, and then sent to a Building as an "extra."

17.  Flipped or Flip Date.  The date an Associate employee is transitioned to regular, full time status or to Intermediate Employee status.

18.  Floater.  A regular employee, with seniority, who is not established in a permanent job, building, shift or department; a non-probationary employee without a permanent job, shift or building, also known as relief.

19.  Forced Employee.  Employee who is forced off his bid-in job in order to work a different job that he is qualified to perform, or he is forced to work overtime.

2

Post(Howard)003451

20. <u>Granting of Classifications</u>.  Employee is trained and passes proficiency testing for a classification.

21. <u>Hourly Base Wage</u>. "Hourly base wage" means the pay per time period to which other consideration in wages may be added, such as, overtime premium and shift differential.  Hourly base wages are listed in Appendix A and Appendix B.

22. <u>Intermediate Employee</u>.   Regular, full-time employee hired after January 1, 2016 whose wages are capped at 70% of the classification he performs.

23. <u>Intermittent Leave</u>.  FMLA leave taken in separate blocks of time due to a single qualifying reason.

24. <u>Long Term Cutback</u>.  Reduction in work force of one week or longer.

25. <u>Man on the Job</u>.  Employee bid in or working in a classification on a shift for the entire week.

26. <u>Mechanical Department Preference Card</u>.   Skilled Trades Department employee preference cutback card.

27. <u>Multiple Classification</u>.  A classification with multiple bid-in employees.

28. <u>My Job Only</u>.  An employee scheduled (bid or working) to a job for the entire week with priority for weekend overtime

29. <u>Needs List</u>.  A list of training needs based on classifications for each building and shift using an agreed to formula based on the number of bid-in positions

30. <u>Non-Designated Trainer</u>.   An employee scheduled by the Company to train other employees, but not a Designated Trainer.  A Non-Designated Trainer will receive an additional $0.75/hour when training.

31. <u>"Or Job"</u>.  When filling extended overtime, if other junior employees in the building and on shift have the qualification to fill the needed extended overtime opportunity, their classification will also be listed on the sign-up sheet.  This is referred to as an "or job."

32. <u>Out of Seniority Employee</u>.  A junior employee scheduled for the week with a senior employee on layoff.

33. <u>Partial Building Outage</u>.  A Partial Building Outage is when one or more – but not all – building processes are scheduled to run for the week.

34. <u>Permanent Bid</u>.  Employee's bid-in classification.

3

Post(Howard)003452

35.   <u>Plant</u>. The Company's Post Plant at Battle Creek, Michigan.

36.   <u>Plant Services Department</u>. Employees working in Quality Systems, Trucks, Grounds, Janitors, Safety including Fire Marshal, and Stores Departments.

37.   <u>Pool</u>.  The Pool is a group of employees who are scheduled weekly but are not scheduled to any department or job. Pool employees can be bid-in, Floater, Intermediate or Associate employees.  Also known as "employees on the bench".

38.   <u>Predetermined Job Preference Card</u>.  Building cutback card.

39.   <u>Preferred Jobs</u>.  If an employee is cutback, an employee lists jobs he wants to bump into and is qualified to perform (Building Cutback Card).

40.   <u>Probationary Employee</u>.  A new hire in his first 180 calendar days of employment.

41.   <u>Progressive Classification</u>.   Two classifications performing similar duties with the A classification having a higher skill set.  One example is AA Pack/B Pack.

42.   <u>Regular Employee</u>.  Non-Associate employee, and not an Encore employee; includes intermediate employees.

43.   <u>Relinquishing of Classifications</u>.  Giving up a classification held for five years.   An employee cannot give up a bid-in classification.

44.   <u>Saturday and Sunday</u>.  Premium days.

45.   <u>Scheduled Hours</u>.  Normal 40 hour work week that is posted on Friday of each week and does not included extended overtime.

46.   <u>Shift Call Option</u>.   Designation of employee's specific shift preference; employee's preference not to work a specific shift.

47.   <u>Shift & Department Preference Card or Job Election Card</u>.  If an employee is not scheduled to his bid-in job, on a quarterly basis, an employee may elect his building preference and shift preference.   Also includes hand-pack preference.

48.   <u>Short Term Cutback</u>.  Cutback less than one week.

49.   <u>Short Term Disability</u>.  Short Term Disability (STD) is the benefit plan that provides the employee with income replacement due to an absence for a qualifying medical condition.

50.   <u>Single Day Vacation</u>.  Vacation day that is scheduled in advance.

4

51. <u>Skilled Trades</u>.  Includes employees in Powerhouse, Buffer 1, Buffer 2, Buffer 3 and Conversion 1, Conversion 2 and Conversion 3.

52. <u>Substitute Paid Holiday</u>.  Also known as Extra Day Vacation (EDV).

53. <u>Summer Student</u>.  "Summer student" means a person hired especially for the purpose of replacement for regular employees during the heavy vacation season of May, June, July, and August.  Summer students will work no more than 120 days, and during this period will be treated as a probationary employee.

54. <u>Temporary Employee</u>.  Temporary workers hired through a third party specifically for the purpose of hand-packing.  Temporary workers will only be used when there are not enough Associates or volunteers to perform Specialized Hand Packing.

55. <u>Temporary Employee in Quality Systems</u>.  Employees working in the Quality Systems Department who do not hold a permanent Quality Systems bid. (This definition addresses 21.3. and 22.16.B.)

56. <u>Temporary Employee in Skilled Trades</u>.  Regular, full time Skilled Trades employee who holds a temporary bid or fills a Skilled Trades temporary vacancy. (This definition addresses 22.20.A.1.)

57. <u>Temporary Vacancy in Production</u>.  A temporary vacancy in production is when a vacancy of six months or less arises from sickness, injury, vacation, leave of absence, non-excused absence and disciplinary layoff, or the transfer of employees from permanent jobs to Temporary Jobs or Development Stage Jobs.  This includes a vacancy that occurs while the job posting and bidding procedure is being followed.  A temporary vacancy may also result from several consecutive absences, as described above, but only if on one shift and in one department.

58. <u>Work Day</u>.  The words "Work day" means the period of 24 hours starting at 7:00 A.M. and ending the following day at 6:59 A.M. and normally consists of three, eight hour shifts.

59. <u>Work Week</u>.  "Work week" means the period of seven consecutive days at the Plant commencing at 7:00 A.M. on Monday morning and ending the following Monday at 6:59 A.M.  The normal weekly work schedule shall be 40 hours.  Pre-shift start-up in the Production Department will be considered as part of Monday except that pre-shift Monday work shall be paid at the applicable Sunday rate of pay.

Post(Howard)003454

### ARTICLE  3. – UNION RECOGNITION

The Company recognizes the Union as sole and exclusive bargaining agent with respect to wages, hours, and working conditions for all employees, and the Company shall not bargain about wages, hours, or working conditions, affecting the employees, with any representative of the employees other than the Union.

### ARTICLE  4. – EMPLOYEE RESPONSIBILITIES

It is in the best interest of the Company and the employees to constantly look for ways to increase the efficiency of production, make an honest and conscientious effort to maintain a clean and sanitary plant, reduce waste and take every precaution to prevent contamination of products.  As a condition of employment, employees will keep themselves neat, clean and well groomed, and will wear clean work clothing.  It is agreed that the Company and Union share the same priorities of safety, quality, customer satisfaction and productivity.

### ARTICLE  5. – UNION SECURITY

All employees who have not acquired membership in the Union, except those employees whose application for membership in the Union has been rejected or those employees expelled from the Union for reasons other than failure to tender periodic dues or initiation fees, shall be required, as a condition of employment, to the extent permissible by applicable state law, beginning on the 31st day following employment or 30 days after the execution of this Agreement, whichever is later, to pay to the Union an amount equal to the Union's regular and usual initiation fee and to pay each month a service charge in an amount equal to the regular monthly dues as contribution toward the administration of this Agreement, such contribution to continue throughout the term of this Agreement.  The Union will be allowed to meet with new hires during orientation.

### ARTICLE  6. – UNION ACTIVITY

The Union shall not coerce or intimidate employees into joining or maintaining membership in the Union.  Union members shall not engage in Union activity on Company time or property, except as specifically permitted by this Agreement or allowed by applicable State or Federal law.

### ARTICLE  7. – CHECK-OFF & MAINTENANCE OF MEMBERSHIP

7.1.    Check-Off.  The Company shall deduct from the wages of employees and turn over to the Union the dues of such employees who become members of the Union or who

6

Post(Howard)003455

pay the service fees required under Article 5. As those individuals so request in writing in a form satisfactory to the Company, and the Company shall continue to make such dues or service fee deductions in the case of each such employee so long as such request remains in effect.

7.2.  Maintenance of Membership. All employees who are members of the Union on the date of execution of this Agreement, and all employees who become members after that date, shall as a condition of employment, maintain their membership in good standing during the 12 months from the date of the execution of this Agreement, or 12 months from the date of their enrollment into the Union, and from year to year thereafter, provided, however, that during the period from October 1, to October 31, inclusive, each year while this Agreement is in effect, an employee who wishes to withdraw from Union membership may do so without loss of employment status by giving written certified letter to the Union and the Company. Such withdrawal will serve to cancel dues deductions under the Check-Off plan.

7.3.  Union Indemnification. The Union agrees to indemnify and save the Employer harmless against any and all claims, demands, suits or liability that might arise out of or by reason of action taken or not taken with respect to the deduction of dues made pursuant to the provisions of this Agreement.

## ARTICLE 8. – COMMITTEE REPRESENTATIVES– SELECTION & NUMBER

In all departments and individual crafts, there will be no more than one Committee Representative per shift.

## ARTICLE 9. – STRIKES & LOCK-OUTS

9.1.  Strikes. The Union, its officers, members, and employees agree that for the duration of this Agreement there shall be no strikes, sit-downs, slow-downs, stoppages of work, sympathy strikes, refusals to work on a job, or any other acts that interfere with the Employer's operations at the Battle Creek Plant. Nor shall the Union, its officers and members sponsor a boycott against Post Consumer Brands. Should any such act occur, and it is not authorized, instigated, called, supported, or maintained by the Union, or its' officers, the Union will in no way be held responsible, provided that the Union immediately makes a genuine and bona fide effort to bring it to an end. This does not limit the Union's liability under law.

9.2.  Lockout. The Company agrees that there shall be no lockout during the life of this Agreement.

Post(Howard)003456

## ARTICLE  10. – MANAGEMENT

10.1   <u>Rights of Management</u>.  The Company has the exclusive right under this Agreement to manage its business, operate the Plant, and direct the workforce, including but not limited to, the right to hire, discipline, discharge for just cause, demote, lay off employees; discontinue, consolidate and modify existing jobs; to establish new jobs and classifications;  to establish quality and production standards; to evaluate job performance; to establish new operations; to determine what classifications are appropriate to accomplish the existing workload; to establish and determine employee qualifications; to determine the personnel, methods, means, and facilities by which operations are conducted; to determine the products produced; to transfer work in and out of the plant;  to expand, reduce, alter, combine, transfer, assign, or cease any job, classification, position, department, or operation; to add, remove, control and regulate the machinery, facilities, equipment and other property of the Company; to introduce new or improved methods of production, service, technology, distribution, and maintenance including materials, machinery and equipment; to discontinue any part of its operations and to adopt and enforce reasonable Plant rules governing the conduct of employees.  Such rights shall in no event be so exercised as to infringe on the rights of the Union or of employees under specific provisions of this Agreement.  The scheduling of work is a management right.  The Company will decide which jobs will be scheduled to work.  This applies to work scheduled on overtime as well as straight time.

10.2   <u>Transfer of Work</u>.  In the event the Company plans to transfer work covered under this Agreement out of the Battle Creek plant during the term of this Agreement, the Company agrees to give the union 30 calendar days advance notice.  During the 30 days, the Company will discuss the decision to move the work and give the Union an opportunity to offer economic alternatives to transferring the work. The Company also agrees to discuss the effects that the transfer may have on bargaining unit employees. The final decision to transfer work, however, remains with the Company. The 30 day notice period may be waived in the event of exigent circumstances.

10.3.   <u>Plant Closure</u>.  In exchange for the commitments made by each party during the negotiation of this Agreement, the Company agrees not to exercise its right to close the Battle Creek plant during the term of this Agreement except in the case of an Act of God. The Company will have satisfied this commitment as long as it operates one production line in the plant through the expiration date of the Agreement, subject to normal production cessations such as holiday shut downs, maintenance or capital projects.  At all times, the Company retains its right to schedule manufacturing, determine the appropriate level of staffing in all departments.

8

Post(Howard)003457

## ARTICLE  11. – SUBSTANCE ABUSE TESTING

11.1.   <u>Purpose</u>.  The Company and the Union recognize the problem of drug and alcohol abuse in society, while also realizing that drug and alcohol dependency can be treated and controlled.   The parties are committed to providing a safe work environment, one that is free of drug and alcohol abuse, for all of its employees. Employees are expected to recognize this commitment and understand that remaining "drug-free" is a condition of continued employment.  The purpose of this policy is to provide a work environment that prevents drug and alcohol abuse and to offer assistance to employees who voluntarily come forward seeking help with a substance abuse problem prior to the occurrence of a violation of this policy.

11.2.   <u>General Provisions</u>.

    A.   <u>Employee Assistance</u>.  The Company offers assistance to all employees for the treatment of drug and alcohol abuse through employee assistance programs (EAP) authorized by the Company for this purpose.  Employees are encouraged to voluntarily acknowledge a problem and to undertake a treatment program before any incident occurs under this policy which could lead to disciplinary action.  If no other Company policies are violated, employees who successfully complete the program will not place their jobs in jeopardy. Employees who violate any provisions of this policy before requesting help through an employee assistance program will be subject to disciplinary action, up to and including discharge.

    B.   <u>Definitions</u>.  "Drugs" or "controlled substance" as used in this policy refers to alcoholic beverages and any substance or narcotic taken or possessed not under the supervision of a licensed health care professional including, but not limited to, marijuana including medically prescribed marijuana, cocaine, methamphetamine, oxycodone, buprenorphine, methadone, benzodiazepines, opiates, amphetamines, and barbiturates. It also includes prescription and over-the-counter medications which are being used illegally, or other than as prescribed, and inhalants, such as glue and nitrous oxide.

    C.   <u>Use of Prescription Medicine</u>.  Prescription and over-the-counter drugs are permitted when taken in standard dosage and/or according to a physician's prescription.  Employees who are undergoing prescribed medical treatment using prescription or over-the-counter drugs are responsible for being aware of any potential effect such drugs may have on their judgment and ability to perform their duties and to report such use to their Supervisor or the Human Resources department prior to beginning work.  This information will be handled on a confidential basis.   A determination will be made if the employee's assignment is temporarily affected; the employee's job, however, will not be jeopardized.   Failure of an employee to report medical treatment as required

9

Post(Howard)003458

may subject the employee to disciplinary action, up to and including discharge. Employees who fail a drug or alcohol test given under this policy without having previously notified the Company of their use of medicines that could adversely affect their ability to safely perform their job are subject to disciplinary action, up to and including discharge.

D.    Substance Testing: Employees will be required to submit to substance testing to determine the presence of drugs or alcohol within their systems.  The Company shall have the right to determine the appropriate method of testing, which may include, but is not limited to, urine, breath, blood, saliva, standard 90 day hair follicle tests, or any other recognized means of substance testing.

The Company will require employees to undergo testing to determine the presence of drugs and/or alcohol under the following conditions occurring on Company premises:

1.    Post-Accident.

   a.    Reportable Injuries.  Testing is required after a reportable injury.  A reportable injury is an on-the-job injury that involves off-site medical treatment.

   b.    Vehicle Accidents.  This section of the policy applies to drivers of any Company-owned or leased car, truck or powered piece of equipment, such as forklifts (whether the accident occurs on site or off).  It also applies to anyone receiving a car allowance for a leased or rented vehicle, which is used for Company business.  Testing will be required after accidents whether or not the driver was injured and whether or not a ticket was issued to the driver.

   c.    Property Damage.  Testing is required after accidents that cause damage in excess of $500.00 to Company property, leased property, and employee or customer property, including, but not limited to, product, physical plant and vehicles.

2.    Reasonable Suspicion.  Employees may be required to submit to an alcohol and/or drug test if the Company has reasonable suspicion to believe that an employee possesses or is using or has used alcohol or prohibited drugs in violation of this policy. The decision to request a test will be made on factors including, but not limited to, an employee's speech, appearance, motor skills, smell, or performance of job duties.  A drug-related arrest or conviction will be considered reasonable suspicion under this section, as will the possession of drug paraphernalia on Company-owned or leased premises.  When reasonable suspicion exists, an employee will be tested as soon as practical but will not be allowed to return to work until the test

10

Post(Howard)003459

results are known.  If the test is negative, the employee will be reimbursed for all lost time spent providing the sample in addition to straight time, time and one half, and double time hours lost.

3.  <u>Return to Work</u>.  Employees may be asked to submit to an alcohol and/or drug test upon return to work following a layoff or leave of absence lasting 90 days or more.

4.  <u>Legal Requirements</u>.  Employees will be subject to drug testing as may be required by federal, state or local laws.  If any provision of this policy is in conflict with any federal, state or local law or regulation, the provisions of the applicable law or regulation will control.

E.  <u>Disciplinary Action</u>.  Employees who have positive results on the test will be afforded an opportunity to undergo a drug rehabilitation treatment. However, if the test shows a high level of drugs or alcohol in the employee's system that would have been a major contributing factor in causing extreme injury to the employee or others or in causing extreme damage to Company property, the employee may be terminated.  If the employee elects not to undergo treatment, he will be terminated.  Upon satisfactory completion of the rehabilitation program and any follow-up programs, the employee will have to pass drug/alcohol tests given at an approved facility on a random basis within one year of returning to work.   Any positive test within this one-year period will result in termination. Should an employee voluntarily seek employee assistance for a drug relapse during the 12-month random testing period, the employee will be required to undergo any recommended treatment, and the 12-month random testing period will start over with the new release date.  When a reason for testing exists, the employee will be asked to submit to a medically supervised drug/alcohol test.  If the employee refuses, he will be terminated.

1.  If the employee tests positive and then tests positive a second time during his employment, the employee will be terminated.

2.  It is recognized that certain legal drugs may influence behavior, have side effects, and/or be detected on a drug test.  A person who tests positive, but only for a previously disclosed, proper dosage of a legal drug will not be subject to discipline under Section 11.2.,E. above as a result of that positive test.

3.  Periodic training on recognizing the signs and symptoms of being "under the influence" shall be provided for Union and Company representatives. However, lack of this training shall not be cause to challenge the decision to test when any of the conditions within this Article exist.

Post(Howard)003460

11.3. <u>State and Federal Law</u>. The Company and the Union agree that this program shall not diminish the rights of individual employees under state and federal laws. The Company agrees to hold the Union harmless in litigation areas out of the Company's activities in carrying out this drug and/or alcohol-testing program.

## ARTICLE 12. — DISCIPLINE

12.1. <u>Notice of Discharge or Suspension</u>. In the event an employee is discharged or suspended, the Company will notify the Union by email of the action within 24 hours after the effective date of the discharge or suspension.

12.2. <u>Issuance of Discipline</u>. All disciplinary actions shall be issued within 14 calendar days after the Company is aware of the infraction or within five calendar days after completion of the Company's investigation. The Company will inform the Union if additional time is needed to complete its investigation beyond 14 days. If an employee is absent for any reason during these periods, the discipline shall be issued at a reasonable time after the employee returns to work.

12.3. <u>Cleansing of Discipline</u>. Corrective actions may not be used for progressive discipline 18 months after being issued. Corrective actions, even if cleansed, may be used in defending actions against the Company such as arbitrations or civil litigation. Corrective Actions that have been cleansed under this section can still be considered by an arbitrator, but the arbitrator will give the appropriate weight to the cleansed corrective actions based on the age of the corrective action and relevance to the issue before him/her.

## ARTICLE 13. – PERFORMING BARGAINING UNIT WORK

Bargaining Unit employees shall not be displaced by salaried Supervisors. The only time that salaried Supervisors shall perform work on Bargaining Unit jobs is for: 1) the purpose of instruction; 2) experimental work; 3) assisting bargaining unit employees with research and development; 4) emergencies where Supervisor assistance is required to maintain operations continuously and efficiently; and 5) assisting replacement employees when qualified bargaining unit employees are not available. The Supervisor will advise the Committee Representative when emergency work is performed.

## ARTICLE 14. – NON-DISCRIMINATION

14.1. <u>Discrimination Prohibited</u>. There shall be no discrimination by the Company or the Union because of race, creed, color, sex (including pregnancy), disability, sexual

Post(Howard)003461

orientation, age, genetic information, veteran status, religious affiliation, Family Medical Leave Act (FMLA), national origin, ancestry, because of Union affiliation or lack thereof, or any other legally protected trait or protection on the Company's non-discrimination policy.  The Company and the Union agree to comply with applicable Federal and State, and local laws against discrimination.  If any employee alleges discrimination on the basis of any of the protected traits in this Article and seeks redress through any agency or court, he shall not have the right to use the grievance and arbitration procedures provided for in this Agreement.

14.2.  <u>Americans with Disabilities Act</u>.  The parties recognize that each of them has obligations pursuant to the Americans with Disabilities Act to employ and, in some cases, to accommodate disabled persons.  The parties further acknowledge that the employer may take whatever action is necessary to comply with provisions of that Act and that nothing in this Agreement is intended to interfere with, or impede, the employer in meeting these obligations.

14.3.  <u>Use of Pronouns</u>.  The use of the male or female gender nouns or pronouns in this Agreement is not intended to describe any specific employee or groups of employees, but is intended to refer to all employees in job classifications regardless of sex.

## ARTICLE  15. – GRIEVANCES

15.1.  <u>Purpose</u>.  Should any dispute, dissatisfaction, or disagreement arise between the Union and/or an employee and the Company, it shall be settled in accordance with the following procedure.  The failure to submit a grievance to the next step of the procedure within the stated time limit provided for in this Article will move the grievance to the next step unless otherwise agreed.

15.2.  <u>Grievance Procedure</u>.  Grievances not settled at each step will be elevated to the next step.

  <u>Step 1</u>.    Any dispute, dissatisfaction, or disagreement arising out of the terms and conditions of employment between the Union, an employee, and the Company shall be presented by a Union officer, an employee or Committee Representative to his immediate Supervisor within 20 calendar days of the occurrence of the issue. The grievance shall be placed in writing on a pre-agreed form and provided to the Company's Human Resources Department. The written grievance shall state the pertinent facts and the resolution requested.  The Company and Union shall conduct a Step I grievance meeting within 10 calendar days following the filing of the grievance. After a grievance has been reduced to writing, proper signatures must be obtained before the grievance is submitted to the next step of the Grievance Procedure.

Post(Howard)003462

> **Step 2.** If the grievance is not resolved at Step 1, the Company and the Union shall conduct a Step 2 grievance meeting with the Union designee and the Human Resources designee which shall be held within 10 calendar days after the grievance has been presented to Human Resources.
>
> **Step 3.** The Step 3 grievance will be discussed between the Plant Manager and the Union President within 30 calendar days after completion of Step 2. Either party may serve notice of intent to arbitrate within 30 days after the Step 3 meeting, unless extended by mutual agreement.

15.3. <u>Time Limits</u>. The time limits in this Article may be extended by mutual agreement of the parties.

15.4. <u>Procedure for Contacting a Top Committee Representative</u>. In the event that an employee or a Shift Committee Representative has a problem which requires the service of the Top Committee Representative, the employee may contact his immediate Supervisor, who will call the department and Supervisor of the appropriate Top Committee Representative and request that the Representative be permitted to contact the employee initiating the request. Top Committee Representatives will make their presence known to the immediate Supervisor, upon entering the department of an employee initiating the request. Should the Top Committee Representative be off-shift, the Supervisor will permit the employee or Shift Committee Representative to call the Top Committee Representative at home.

15.5. <u>Grievances Regarding Discharge</u>. Any grievance relating to the discharge of an employee must be presented within 20 calendar days after such discharge. The first step of the Grievance Procedure in such complaints shall be Step 3. The Company will notify the Union of the discharge of any Bargaining Unit employee within 24 hours from the date of discharge or sooner, if practical.

15.6. <u>Grievances Regarding Work Pace</u>. In the event that a grievance concerns work pace (line speeds) the Union shall have the right to use an outside time study professional at their own expense to evaluate the work pace. If the grievance is to proceed to arbitration, the selected arbitrator shall have time study/work pace as an area of expertise.

15.7. <u>Expediting the Settlement of Grievances</u>. For the purpose of expediting the settlement of grievances, it is agreed that the employee presenting a grievance, in accordance with the Grievance Procedure, shall receive a decision on the grievance as soon as practical. In the event a grievance situation develops which requires the attention of a Union Representative higher than a Shift Committee Representative, the Shift Committee Representative, upon request to the Management Representative handling the situation, shall be permitted to contact the proper Top

14

Committee Representative by following the procedure set forth above for contacting a Top Committee Representative.

15.8.   <u>Grievance Discussions</u>.   Grievance discussions between a Committee Representative and employee(s) shall normally take place before or after the employee's shift or during the employee's lunch period.  However, if it is necessary for a Committee Representative to engage in the adjustment of a grievance within regularly scheduled hours, the Committee Representative shall not leave the job without supervisory permission and shall not contact another employee about the grievance without prior permission of that employee's Supervisor.  The Committee Representative shall return to work as promptly as possible, and upon returning, shall at once report to the Supervisor.

## ARTICLE 16. – ARBITRATION

16.1.   <u>Purpose</u>.   Any grievance not resolved following exhaustion of the procedures provided for in Article 15 shall be submitted to arbitration.

16.2.   <u>Procedure</u>.  Within 30 calendar days after written notice of intention to arbitrate, the matter shall be referred to the Federal Mediation and Conciliation Services (FMCS) in accordance with the voluntary labor arbitration rules of the FMCS. The arbitrator shall be selected from a list of seven arbitrators provided by the Federal Mediation and Conciliation Service (FMCS).  The parties shall strike names alternately and the party seeking arbitration shall strike first.  Each party shall have the right to strike the entire panel of arbitrators once.   The expenses of arbitration shall be borne equally by the Company and the Union.  The arbitrator shall have no authority to amend, alter, or modify the Agreement.  The decision of the arbitrator shall be binding upon the parties.  The arbitrator shall render a written decision within 60 days after receipt of the parties' briefs or 60 days from the conclusion of the hearing if no briefs are filed by the parties.  Past practice may only be used by the arbitrator to interpret a vague or ambiguous provision of this Agreement.  The arbitrator's decision is to be based solely on the evidence and arguments presented by the parties. Each grievance or dispute shall be submitted to a separately convened arbitration proceeding, except when the Union and Company mutually agree to consolidate grievances for arbitration.

16.3.   <u>Choice of Forums</u>.  If any employee alleges a violation of any term or condition of employment and seeks redress through any agency or court, he shall not have the right to use the grievance and arbitration procedures provided for in this Agreement.

15

Post(Howard)003464

## ARTICLE 17. – EXPEDITED ARBITRATION

17.1.   Violation of No Strike No Lockout Prohibition.   Whenever a violation of Article 9. –
Strikes and Lockouts is alleged during the term of this Agreement or an extension of
this Agreement, either party may seek an injunction in a court of competent
jurisdiction or use the special arbitration procedure outlined below.

17.2.   Special Procedure for Returning Employees Back to Work.   In the event either party
elects not to seek an injunction as set forth in section Article 17.1 above, the
following special arbitration procedure may be used. The dispute shall be asserted
by notice in writing via registered mail or return receipt requested sent to the other
party. A copy of the notice shall be sent simultaneously to the Federal Mediation
Conciliation Services (FMCS), who shall immediately provide a list of seven available
arbitrators. Within 24 hours of receipt of the list of arbitrators, the parties shall select
the arbitrator as set forth in Article 16.2 above.   The arbitrator shall hold an
arbitration hearing as expeditiously as possible, but in no event later than 24 hours
after designation by the FMCS. The award by the arbitrator shall be issued no later
than three hours after conclusion of the hearing.   The arbitrator shall have the
authority to direct an appropriate remedy, including the power to order a cessation of
conduct which violates Article 9. – Strikes & Lock-Outs. It is understood that the
arbitrator shall not have the power to amend, modify, alter, or subtract from this
Agreement or any provision thereof.

## ARTICLE 18. – SENIORITY DEFINED

18.1.   Definition of Seniority.   Seniority means the length of unbroken employment with the
Company within the bargaining unit.

18.2.   Termination of Seniority.   An employee will be terminated and his seniority will be
broken in the following circumstances:

A.   Termination of employment for just cause.

B.   Resignation, retirement, or quitting.

C.   Performance of no work for 30 consecutive months for any reason other than:
layoff; service with the Armed Forces pursuant to Article 31.6; or leave of
absence for Union position pursuant to Article 31.2.   Seniority shall not be
broken for those employees who are on an approved disability leave of
absence if their seniority date is prior to October 1, 1995.

16

Post(Howard)003465

D.  Failure to conform to the recall, reinstatement, or return provisions of Articles 24, 31.2, and 31.6. of this Agreement.

E.  Failure to return from Leave of Absence within specified time.

F.  Continuous absences from work for more than 12 months due to layoff.

## ARTICLE 19. – IDENTICAL SENIORITY DATES

When employees hired prior to October 9, 2005, have identical seniority dates, the time of physical examination as shown by Human Resources Department records will determine the seniority order provided such employees actually commenced work on the same date. Seniority between the individuals hired on the same day after October 9, 2005, shall be determined by the alphabetical ranking (Adams before Booth, etc.) of their current last names. In the event individuals hired on the same day have the identical last names, alphabetical ranking of first names will govern.

## ARTICLE 20. – PROBATIONARY PERIOD

All employees will be required to serve a probationary period of 180 calendar days. The probationary period will be extended for any period that an employee is on a leave of absence during his probationary period. During the probationary period, employees may be laid off or discharged at the sole discretion of the Company without recourse to the Arbitration Procedures or other provisions of this Agreement. Seniority shall not begin until the employee has completed the probationary period, but upon the completion of the applicable period, seniority shall date back to the first day of work. The Company will notify the Union of all bargaining unit employees completing their probationary period.

## ARTICLE 21. – SCHEDULING & RELINQUISHING CLASSIFICATIONS

21.1. Employee Statuses in Production.  All employees will be considered "bid-in" to a classification, "floaters" or "associates."

A.  Bid-In Employees Defined.  An employee who holds a permanent job, shift, and building when the employee is the successful bidder to a permanent vacancy is considered a bid-in employee. An employee also gains the status of a bid-in employee when he elects to retain a development stage job after it becomes a permanent job, or the employee is cutback through job elimination within his building.

17

Post(Howard)003466

B. <u>Floaters</u>.   A regular employee, with seniority, who is not established in a permanent job, building, shift, or department is considered a floater.  Floaters are assigned as follows:

1. All new employees are assigned to a building and shift during their orientation week.

2. All employees who are Floaters shall be scheduled to work on their permanent shift and building if there are vacancies not filled by a bid-in or senior employee assigned to that building.  Employees who do not have the seniority to work in their assigned building will be scheduled according to their building/shift preference card.

C. <u>Associate Employee</u>.  Associate employees are those employees who are not eligible to hold bid-in positions, but may be used in any production building position for which they are qualified except in the skilled trades department. (see Section 32.1)

21.2. <u>Scheduling Procedure for Production Employees</u>.

A. <u>Scheduling of employees will be in the following order</u>.

1. Bid-In Employees

2. Floaters

3. Associates

B. <u>Employees will be scheduled in order of seniority and qualifications in the following sequence:</u>

1. To bid-in job classification, shift, building, or, if not possible,

2. To bid-in or assigned shift, building, or if not possible,

3. To bid-in or assigned shift, any building, in accordance with their shift and department preference card.  Employees who are cut back for one week or longer will be scheduled according to their department preference cards. Employee(s) cut back will only displace junior bid-in building employees prior to being scheduled to another shift. If not possible,

4. To any shift, any building, in accordance with shift and department preference card, or if not possible,

5. To any shift, any building, on any job.

18

Post(Howard)003467

C.   <u>Scheduling Due to a Cutback of a Week or Longer</u>.

    1.   Cutback Scheduling will be handled by the Plant Scheduler.

    2.   Employees will be scheduled to a building based on their classifications, qualifications and seniority on shift in accordance with the employees' Shift and Department Preference Card (also known as Plant Cutback Card).

    3.   Employees, once scheduled to a building, will be placed on a job in accordance with Article 22.5.

    4.   Employees whose seniority does not allow them to be scheduled to a building may be laid off through the scheduling process or assigned to the Pool.

D.   <u>Shift and Department Preference Card (also known as Plant Cutback Card)</u>.

    1.   <u>Preference Cards</u>.   The list of preferred shifts and departments, as specified in writing by employees, will be used in scheduling when employees are cutback from their permanent department and/or shift for a week or longer.  Preference cards must be on file with the Company by the Monday preceding the scheduling meeting in order to be effective the following Monday.

    2.   <u>Shift Call</u>.  All employees may elect the shift call option for up to two shifts. Employees may elect not to exercise a shift call option and be available for all three shifts. The shift call option and shift preference will be listed on the Plant wide cutback card.  An employee who does not hold sufficient seniority to remain on his preferred shift and exercises a shift call option may be placed on layoff in accordance with the layoff and recall provisions of this Agreement. The Company reserves the right to schedule an employee who has elected shift call but is the junior person with the needed classification. Plant scheduling requirements may require a senior shift call employee with a rate to work while a junior shift call employee without the needed rate may be permitted to exercise their shift call option. If all available shift call employees on a specific shift have been granted shift call by seniority through the scheduling or call-in process, the most junior employee, regardless of shift preference, with the qualifications will be required to fill the vacancy.

    3.   <u>Employees Without a Bid</u>.  If an employee does not hold a bid, it is the employee's responsibility to be knowledgeable of the shift to which he is assigned.

Post(Howard)003468

    4.   <u>Job Election Changes</u>.  Each employee will be limited to four job election changes per calendar year to be made during the first two weeks of each calendar quarter (a calendar quarter is January through March, April through June, July through September, and October through December).

E.   <u>Voluntary Layoff</u>.  In any cutback of a week or more, the employee affected by placement provisions contained in this Article, through the Plant Scheduler, may elect to bypass this placement and go directly to layoff in the following manner:

    1.   Have a signed request on file with the Plant Scheduler for weeks requested.

    2.   The request must be submitted to the Plant Scheduler by the Monday preceding the requested week to be effective the following Monday.

        If a sufficient number of employees are not available to fill temporary vacancies due to the Voluntary Layoff language outlined above, the junior employee making this election will be scheduled as needed.  The Company will report to The Michigan Employment Security Commission that "work is unavailable" for those employees electing voluntary layoff.

F.   <u>Employees Returning From Temporary Absence</u> (an absence of 6 months or less).  Employees returning to work from a temporary absence will be scheduled on their permanent job, building and shift when seniority permits.

21.3.   <u>Employee Statuses in Quality Systems</u>.  In the Quality Systems Department, an employee will be considered a permanent employee upon successfully bidding a permanent job vacancy in the department and being placed into the job to become established as a regular employee.  All other employees working in the Quality Systems Department are considered temporary employees for purposes of cutback and placement within the Quality Systems Department.  Under no condition will a temporary employee replace permanent employees.

21.4.   <u>Scheduling Procedure for Quality Systems</u>.

A.   Quality Systems employees will be scheduled in order of seniority and qualifications, in the following sequence:

    1.   To bid-in job classification, shift, or, if not possible;

    2.   To bid-in or assigned shift, or if not possible;

20

Post(Howard)003469

3.    To bid-in or assigned shift, any building, in accordance with shift and department preference card.  Employees who are cut back for one week or longer may be scheduled according to their shift and department preference cards. Employee(s) in cutback will only displace junior bid-in building employees prior to being scheduled to another shift.   If not possible;

4.    To any shift, any building, in accordance with shift and department preference, or if not possible;

5.    To any shift, any building, on any job.

21.5.   <u>Employee Statuses in Skilled Trades</u>.  All skilled trade employees will be bid to a specific department.  After bidding to a department, the skilled trades employees will be canvassed for their area preference (i.e. 4 Bldg. Process Support, East Planned, 20/32 Bldg. Process Support, West Planned).  Departments are identified as:  7-3 Conversion (C1), 3-11 Conversion (C2), 11-7 Conversion (C3), and Powerhouse. The MHC Buffer warehouse will follow the Skilled Trades scheduling language, except that the departments are B1, B2 & B3.

21.6.   <u>Scheduling Procedure for Skilled Trades Employees</u>.

A.    Scheduling of skilled trades employees will be in the following order:

1.    Skilled Trades employees will be scheduled to their bid-in department and area of preference based on their seniority and classification.

2.    Remaining open positions will be filled with a "Temporary Job Holder", if available;

3.    Remaining open positions will be filled by qualifications and seniority, if available;

4.    Remaining open positions will be filled following the overtime language in Section 44.13 and 44.14.

B.    <u>Temporary Job Vacancy in Skilled Trades</u>.  A temporary job vacancy is a vacancy that exists for over four weeks and has a predictable duration of not more than six months.

C.    <u>Temporary Job Holder</u>.  A Temporary Job Holder is a regular Skilled Trades employee who has bid to a temporary job vacancy through the job posting procedure.

21

Post(Howard)003470

21.7. <u>Scheduling of Plant Services: Trucks, Grounds, Janitors, Safety, and Stores Employees</u>.
The production scheduling procedures in section 21.2 will apply for Trucks, Grounds, Janitors, Safety (including the Fire Marshall) and Stores employees (unless otherwise addressed in this Article).

    A.    Forced employee(s) may exercise seniority for job placement.

    B.    A senior employee cannot be forced off his bid-in shift by a junior Plant Services employee.

21.8. <u>Relinquishing of Classifications – All Employees</u>.   Classifications may be relinquished only for the following reasons:

    A.    A decrease in wage rate or due to a significant change in job content.

    B.    Classifications may be voluntarily relinquished only after being held for five years.  An employee may voluntarily relinquish no more than one classification per year.  Any such request must be submitted in writing prior to January 15th of any calendar year.  The change will become effective no sooner than the Monday following January 15th.

    C.    Employees may not relinquish a classification if it is their bid-in job.

    D.    Employees must relinquish a higher progressive classification prior to relinquishing lower progressive classification.  An Operator cannot hold a higher classification without holding lower classification. For example, if an employee holds an A PKG classification, he must relinquish the AA PKG first before relinquishing the B PKG classification.

    E.    An employee may not relinquish a classification if it will take his total number of classifications held below two.  All employees hired after October 1, 2005 must maintain a minimum of two classification rates at all times.  Those without two classifications or who lose a classification due to job elimination will be required to train on one additional classification in a timely manner.

    F.    Prior to hiring new employees for hourly jobs in non-skilled trades departments, Skilled Trades employees will be notified by posting procedures of opportunity(ies) to relinquish Skilled Trade bid(s) and be assigned as a floater to Production Department(s).  Awarding of requests for transfer will be by seniority and only if the Skilled Trades employee is deemed available by the Maintenance Manager.

Post(Howard)003471

21.9.   Scheduling and Placement of Employees into the Pool.

    A.   Pool Defined.  The Pool is a group of employees who are scheduled weekly but are not scheduled to any department or job. Pool employees can be bid-in, floater or associate employees.

    B.   Scheduling Pool Employees.  Any employee can be scheduled into the Pool. Employees are scheduled into the Pool at management's sole discretion. Pool employees can be placed in any job based on their seniority, for which they are qualified, at management's discretion.  Employees called into the Pool must return to the Pool the following day.

## ARTICLE  22. – PLACEMENT & CUTBACK

22.1.   Placement of Production Positions.

    A.   Once employees are scheduled, they will be placed into positions in the following manner:

        1.   Bid-in classification A first, classification B second, followed by classification C by seniority, whenever possible.

        2.   The senior qualified bid-in building employee in cutback.

        3.   Bid-In Replacements.

        4.   Remaining vacancies will be filled using the Filling Temporary Vacancy Language in section 22.2.B.

22.2.   Temporary Vacancies in Production Defined.

    A.   A temporary vacancy in production is when a vacancy of six months or less arises from sickness, injury, vacation, leave of absence, non-excused absence and disciplinary layoff, or the transfer of employees from permanent jobs to Temporary Jobs or Development Stage Jobs.  This includes a vacancy that occurs while the job posting and bidding procedure is being followed.  A temporary vacancy may also result from several consecutive absences, as described above, but only if on one shift and in one department.

    B.   Filling Temporary Vacancies in Production.  Employees wishing to fill a temporary vacancy must make their request known prior to the start of the shift. Temporary vacancies will be filled as follows:

23

Post(Howard)003472

1.  The senior bid-in, qualified building employee unless the job is filled by a senior qualified bid-in building employee in cutback.

2.  The Bid-In Replacements.

3.  The senior qualified employee working in the building.

4.  The junior qualified employee working in the building on the shift will be required to fill the vacancy.

5.  Call for the classification from the Pool.

6.  Exhaust the plant wide call-in list (from layoff).

7.  Force the junior employee with the classification within the building and department on the shift to the vacancy, regardless of his preferred job category.

8.  Extended overtime.

C.  Special Rules for Placement and Vacancies in Production.

1.  An employee cutback from their bid building may exercise his seniority only on Classification C jobs in his new building.

2.  An employee who works a job on pre-shift start-up must work that job Monday through Friday provided the job exists.  Pre-shift start-up will be considered as part of Monday.

3.  Forced employee(s) may exercise seniority for job placement.

4.  Employees who work an eight hour shift and are scheduled to report to a shift that only allows for an eight hour break will not be forced to work extended overtime at the end of that shift unless no other employee is available.

5.  If the vacancy is for eight hours or less, extended overtime can be utilized after exhausting the Pool.

D.  Placement of Employees Scheduled Out of Seniority Plant Wide.  An employee scheduled "out of seniority" because he is needed for a classification will be considered as an employee on layoff for placement purposes.  The "out of seniority" employee must work the specific classification for which he was scheduled or be moved to temporary layoff.  If the "out of seniority" employee would have been called in on Monday, in seniority order, such employee will

24

Post(Howard)003473

not be classified on layoff for placement purposes, and may exercise seniority starting on Tuesday on temporary vacancies. If the "out of seniority" employee's seniority is such that he would have been called into work during the week, the employee will not be moved to temporary layoff.

22.3. Placement of Employees Within a Multiple Job Classification. Employees scheduled to a multiple job classification, such as AA PKG, will be placed in the following manner:

1. Bid-in, cutback or forced employees will be considered first for filling jobs and exercising their seniority.

2. When an employee voluntarily fills a temporary vacancy, the employee must work the vacant assignment and may not exercise his seniority over a bid-in or a cutback employee.

3. When a line is shut down or a job is discontinued during the week and another line or job is started, the person displaced will be transferred to the new job or the newly started line. However, if the line originally selected starts-up again during the week (Monday-Friday), those employees will have the option of returning to their original line.

4. Employees who are considered as regular employees on the job, working on weekends, have the preference of cleaning or operating, based on their seniority.

5. The first person cutback from a multiple classification will be:

   a. The senior forced person.

   b. The junior person filling a temporary vacancy.

22.4. Job Placement Due to Short Term Cutback.

A. Employee Placement Due to Cutback for Less than a shift.

1. When four hours or more remain on a shift. In any cutback situation, if four hours or more remain on the shift, employees affected will be cutback in order of seniority. The employees with the least seniority will be cutback first. Employees affected by the cutback will be placed by seniority, qualifications and predetermined job preference card (also known as "cut back card").

2. When less than four hours remains on a shift. In any cutback situation, if less than four hours remain on the shift, employees will be assigned work by their Supervisor using the following procedure:

25

Post(Howard)003474

a.   Employees will be canvassed for a voluntary excused absence for the convenience of the Company.

b.   If other work is available in the building the employee will be placed on an available job by his Supervisor in seniority order, and he will be paid the same rate he was paid at the start of his shift.

c.   If work is available in other buildings of the Plant, the Company will reassign the employee to another building on a job in seniority order and he will be paid the same rate he was paid at the start of his shift.

d.   If no work is available, the affected employees will be laid off.

B.   <u>Placement Due to Cutback for a Full Shift or Longer, but less than a Week.</u>

1.   In any cutback of a full shift or more, employees affected will be placed on their shift, in their building in accordance with seniority, qualifications and predetermined job preference (also known as "cut back card").

2.   In the event of a cutback Monday-Friday, in a classification, the senior employee shall not be required to clean on his job for more than one day and may exercise cutback rights within the building for additional days of cleaning.

3.   An employee in cutback may fill any temporary vacancy provided the cutback employee is qualified and senior to the employee filling the job.

4.   Those employees not placed for five days in their department according to the above procedure will replace employees with less seniority on the same shift in other departments, who are working on Classification C jobs, or may be placed into another building, by seniority.

22.5.   <u>Placement Due to Cutback of a Week or Longer.</u>

A.   <u>Placement Cutback Procedures, when an employee has been scheduled to a building.</u>

1.   Cutback will be handled within a department and building.

2.   Cutback within a department and building will be determined using employees Predetermined Job Preference Card ("cutback card") by classification, qualifications, and seniority on shift.

26

B.   Predetermined Job Preference.   A predetermined job preference card ("cutback card") is used when an employee is cutback from a job within the building.

1.   The preference card is a list of preferred jobs, in order of desirability, as specified in writing by an employee and for which the employee has the qualifications.  Employees may list all jobs for which they are qualified and the bid is held by a junior employee.  The cutback job will be considered the employee's bid job for the duration of the cutback.

2.   If an employee is absent or on vacation for a week or longer, his cutback preference will not apply for job placement during his absence. Changes in an employee's predetermined job preference list must be made prior to 7:00 a.m. Wednesday, to become effective the following Monday.   Predetermined job preference is not used when filling temporary vacancies.

22.6.   Bid–In Replacements in the Production Department.

A.   Qualifications required. The recipient of a bid for the Bid-In Replacement job must possess three building classifications and have no limitations.

B.   Employee Status.  A Bid-In Replacement is considered to be a permanent bid-in shift employee within his respective building.  The Bid-In Replacement may exercise seniority only on temporary job vacancies within his building.

C.   Bid-In Replacement Selection to Fill Temporary Vacancies.   Bid-In Replacements will fill temporary vacancies in accordance with Article 22.2.B. The employee must fill the temporary vacancies, if he has the needed classification, before forcing another bid-in person from their bid-in or cutback job.

22.7.   Placement of Employees Scheduled to the Pool.  The placement of Pool employees will be as follows:

A.   Pool employees can be placed in any job based on their seniority and qualifications at management's discretion.

B.   If no building requests are made, employees scheduled in the Pool will be assigned to a building as farm-outs and will be assigned work in accordance with their skill sets.  Farm-outs are Pool employees who are sent to a building as an extra employee with no specific job.  Employees assigned to production buildings as farm-outs will fill a vacancy in the building based on their qualifications prior to farms-outs from other buildings being required to leave their assigned buildings.

27

Post(Howard)003476

C.      Employees called-in or scheduled to the Pool will be offered weekend overtime in the building to which they are assigned on the first day of work.

D.      Employees called-in to the Pool must return to the Pool the following day.

E.      Employees scheduled in the buildings for the week may not displace other regular employees who are farmed out to the buildings from the Pool.

22.8.   Placement of Employees for a Start-Up After Building Outage.

A.      Start-Up After Complete Building Outage.    A complete building outage is when no products are being processed for the week in a building.   If Employees are required for a Sunday start-up after a complete building outage, the following placement procedure will be followed:

1.      The employee who holds the job by bid, unless the employee is on layoff, vacation or excused.

2.      The senior regular building employee who has the required rate.

3.      Use extended overtime using employees who are scheduled in steps 1 and 2 above.

4.      The senior regular building employee returning to that building from layoff who has the required rate.

B.      Start Up After Partial Building Outage. A Partial Building Outage is when one or more – but not all – building processes are scheduled to run for the week. Step 4 above will not be used for a partial building outage.  If a start-up occurs after a partial building outage, bid-in employees will be recalled to the building, provided these employees are not scheduled for overtime in another building, prior to the use of extended overtime.  The affected employee(s) will be responsible for notifying their bid-in department of their availability for the start-up no later than Wednesday (prior to the start-up) mid-shift (i.e., 11:00 AM for 7:00-3:00 shift, 7:00 PM for 3:00-11:00 shift, and 3:00 AM for 11:00-7:00 shift).

C.      Employee Opportunity for Start Up.  Any employee on vacation during the week of the outage, excused for the week of the outage, or not scheduled back into the building on the following Monday, will not be eligible for Sunday start-up overtime.

22.9.   Trading Jobs On Shift or Across Shifts Monday through Friday. With Supervisor approval, an employee may trade jobs with another employee either on shift or

28

across shifts.  This exchange of jobs will be permissible on the condition that such placement does not interfere with other employees' seniority rights under cutback and placement procedures.  Employees who trade across shifts or buildings will go to the bottom of the seniority list in the building if there is a need to reschedule on the shift.  This exchange will cease should any employee have a valid complaint of interference with seniority rights.  Employees who trade shifts Monday-Friday will return to their original shifts for the weekend (Saturday-Sunday).

22.10.  <u>Bumping of Probationary Employees</u>.  Any probationary employee may be replaced by a regular employee from a different shift, building/department, or job, including weekends, whenever there is a valid reason.  However, the replacement on weekends cannot occur if the permanent employee has the opportunity to work eight hours on the same weekend day.  When the probationer is required to move to another shift, during the normal work week (Monday-Friday), the move will take place on the day following the request for replacement provided the probationer has not been bumped previously during the week.  The regular employee must be fully qualified to take the job occupied by the probationer.  For weekend consideration, the regular employee returns to the building and shift in which originally scheduled and is assigned overtime in conjunction with the applicable overtime language only after everyone, except probationers, on the shift has been scheduled.

22.11.  <u>Placement of Plant Services Positions</u>.

Once employees are scheduled, they will be placed in the following manner:

A.    Permanent bid-in employee on-shift.

B.    Bid-in replacement.

C.    Temporary bid-in employee on shift.

D.    Permanent bid-in person from another shift.

E.    Senior employee scheduled in the department.

22.12.  <u>Plant Services Placement Due to Cutback</u>.

A.    In the event of a cutback, the following process will be followed to determine the placement of the impacted employee:

1.    Scheduled out of department employee(s)

2.    Permanent bid-in person from another shift.

3.    Temporary bid-in employee.

29

Post(Howard)003478

4.   Bid-in replacement.

5.   Permanent bid-in employee on-shift.

B.   Whenever it becomes necessary to reduce the workforce within the Plant Services Department, employee's cutback will be placed in the following sequence, seniority permitting:

1.   Within Plant services department by qualifications, seniority, and shift.

2.   To Production department by qualifications, seniority, and shift.

3.   Layoff.

22.13.   <u>Job Rotation Procedures - Semi-Truck Drivers</u>. To ensure that semi-truck drivers share experience on routine jobs, a system of job rotation will be carried out where this is practical and without detrimental effect on the adequacy or efficiency of trucking service. Rotation is accomplished by listing the present jobs opposite the drivers. At the close of each week, the jobs are moved down to the next listed driver, and the "bottom" job is placed at the top of the list. This continues on a weekly basis.

22.14.   <u>Placement of Quality Systems Positions</u>.

Once employees are scheduled, they will be placed in the following manner:

1.   Bid-in classification by seniority on shift

2.   Remaining vacancies will be filled by:

a.   The senior bid-in, qualified employee unless the job is filled by a senior qualified bid-in employee in cutback.

b.   Bid-in Replacement.

c.   The senior qualified employee working in the department on shift.

d.   The junior qualified employee working in the department on the shift will be required to fill the vacancy.

e.   Forced employee(s) may exercise seniority for job placement.

f.   Extended overtime.

Post(Howard)003479

22.15.   Quality Systems Temporary Vacancy -- Less Than One Week.

A.   When it becomes necessary to fill temporary vacancies of less than one week, the vacancies will be filled by offering them to employees in the following order:

1.   Qualified bid-in employees, in the department, on the shift where the vacancy occurs, in order of seniority.

2.   Qualified bid-in employees in the department scheduled on the shift (regardless of bid shift) in order of seniority.

3.   Bid-in replacement.

4.   Qualified employees scheduled in the department on that shift.

5.   Call for the classification from the Pool.

6.   Exhaust call-in list.

7.   Extended overtime.

B.   Employees who are absent or tardy on Monday, when temporary vacancies are made available, may exercise their placement rights after returning to work only on their bid-in jobs or new temporary vacancies which become available on their return.

22.16.   Quality Systems Cutback of a Week or Longer.

A.   Cutback Procedures.

1.   Cutback will be handled within the Quality Systems Department.

2.   Cutback will take place within the Quality Systems Department using the cutback card by classification, qualifications, and seniority on shift.

3.   Then, if preference is not available, any other department and building by classification, qualifications, and seniority on shift.

4.   Then, if bid-in shift is not available, to another shift by classification, qualifications, seniority, and using their department preference card.

5.   To lay off.

31

Post(Howard)003480

B.   Quality Systems Temporary Employees.  All temporary employees will be cutback, no matter what the classification, before any permanent employee is cutback.  If it is not necessary to cutback all temporary employees, cutback will be made among the group of temporary employees in the same way as for permanent employees based on qualifications and seniority.  A temporary employee cutback from the Quality Systems Department, who is a permanent employee of another department, will be placed on the job the employee would have held had the employee remained in the other department.

C.   Increase in Labor Requirements for the Quality Systems Department Following a Cutback.  When there is a temporary job vacancy resulting from vacation, illness, or leave of absence, the job will be filled in order of seniority, by transfer or recall of the employee who held the job classification until the cutback.

22.17.   Trading Jobs on Shift Or Across Shifts Monday – Friday.  When there is a valid reason acceptable to Management, an employee may trade jobs with another employee either on shift or across shifts.  This exchange of jobs will be permissible on the condition that such placement does not interfere with other employees' seniority rights under cutback and placement procedures.  Employees who trade across shifts or building will go to the bottom on the seniority list if there is a need to reschedule on the shift.  This exchange will cease should any employee have a valid complaint of interference with seniority rights.  Employees who trade shifts Monday-Friday will return to their original shifts for the weekend (Saturday-Sunday).

22.18.   Job Placement Procedure for Skilled Trades.

Once employees are scheduled, they will be placed in the following manner:

1.   Skilled Trades employees are placed in their bid-in department and area of preference based on seniority and classification.

2.   Remaining open positions will be filled with the Temporary Job Holder

3.   Remaining open positions will be filled by qualifications and seniority.

4.   Remaining open positions will be filled following the Overtime Language in Section 44.13.

22.19.   Trading Jobs Across Shifts Monday through Friday.  Upon Management's approval, an employee may trade shifts with another employee within the same craft and/or Skilled Trades classification.  Employees who trade shifts will go to the bottom of the seniority list for placement purposes.  This trade shall cease should any employee have a valid complaint of interference with seniority rights.  Employees

32

Post(Howard)003481

who trade shifts Monday-Friday will return to original shifts for the weekend (Saturday-Sunday).

22.20.   Cutback Procedures for Skilled Trades Department.

A.   Whenever it becomes necessary to reduce the work force within any of the trades in the Skilled Trades Departments, the following procedure will apply.

1.   Order of Cutback.  All temporary employees will be cutback from the trade in order of seniority, no matter what the classification, before any permanent employee is cutback in seniority order.

2.   Maintaining Mechanical Department Preference Cards.  Permanent employees in all Skilled Trades departments will maintain a Mechanical Department Preference Card.  The Mechanical Department Preference Card will be used to place Skilled Trades employees cutback from their permanent bid-in department.  The card will list, in order, the department(s) where the Skilled Trades employee wishes to be placed, qualifications and seniority permitting.  Bid-in 3-11 and 11-7 Skilled Trades employee will maintain a 7-3 Mechanical Department Preference Card with the Scheduling Office.  This card will be used when there is a cutback from the 3-11 or 11-7 shifts to the 7-3 shift. The 7-3 Mechanical Department Preference Card will indicate the employee's desire to be cut back to the 7-3 shift when there is a shift cutback for a week or longer.  These cards will be used in seniority order.  The Scheduling Office will only use the Mechanical Department Preference Card for employees on the affected shift(s).

B.   Exceptions to Seniority.  Permanent employees in the lowest classification within each trade in a department will be cutback before any permanent employees in the next higher rated classification in that trade are cutback.  In certain instances, the Company may find it necessary to deviate from seniority order because of qualifications and abilities to perform certain jobs. In such cases, the employee affected and the Top Committee Representative will be given advance notice of the Company's intention and the reasons for not using seniority in a cutback situation.

C.   Placement of Skilled Trades Employee in Cutback.

1.   Skilled trades employees displaced from their permanent bid-in department will be placed in accordance with their cutback card.

2.   Skilled trades employees who fail to fill out a cutback card or whose card is incomplete will be placed where needed by the Company.

33

Post(Howard)003482

3.     Changes to the cutback card must be made during the first two weeks of each calendar quarter (January, April, July, and October). If the cutback results in a layoff, the skilled trades employee(s) directly affected by the layoff (voluntary or lack of seniority) will be removed from the schedule prior to the placement of skilled trades employee(s) in accordance to their cutback card.

D.     <u>Transfers to Another Craft</u>. Permanent employees cutback from their craft may, at their option, be transferred to another craft, provided they have the required qualifications and openings are available, or take voluntary layoff. (The voluntary layoff option is available only to Class "A" and "B" skilled trades employees.) If they are transferred, they will be paid the applicable rate of pay. It is understood that such transfer will be temporary, and when work is again available in their regular craft the employees will be required to return to their former department and craft. Employees temporarily transferred to another trade will be cutback from the trade before regular employees in the same classification within the new craft. This procedure will be used by the Company in the event of temporary imbalance of work levels between departments even though no employee is subject to layoff; but under such circumstances, transfers between crafts will be discussed and agreement reached between the Top Committee Representative and the Maintenance Manager. This paragraph will not be construed to restrict permanent transfers.

22.21. <u>Placement of Skilled Trades Employees Cutback into Production:</u>

A.     <u>Initial Placement of Employee</u>. An employee displaced from the Skilled Trades Department will initially be placed on the job held by the employee with the least seniority in the Production Departments, provided the cutback employee has more seniority than that employee. The cutback employee may exercise seniority on "C" non-rated jobs.

B.     <u>Bidding Eligibility.</u> The cutback employee will be eligible to bid on permanent vacancies in the Production Department after 45 days of cutback into Production.

C.     <u>45 Day Cutback:</u> Each separate cutback will begin a new 45 day period.

D.     <u>Skilled Trades Employees Bid into Production</u>. Permanent Skilled Trades Department employees who have cutback to Production and successfully bid and hold a permanent bid-in classification in the Production Department will retain their permanent bid-in classification in the Production Department for 90 days when recalled to the Skilled Trades Department. At the completion of 90 days in the Skilled Trades Department, the permanent job the

34

employees vacated in the Production Department will be posted as a permanent vacancy.

22.22. Increase in Labor Requirements for Skilled Trades Following a Cutback.

    A.    Temporary Job Vacancies.  When there is a temporary job vacancy resulting from vacation, illness, or leave of absence, the job will be filled, in order of seniority, by transfer or recall of the employee who held the job classification until cutback.  The senior employee may refuse the temporary vacancy, but the junior employee must accept the vacancy.

    B.    Non-Temporary Job Vacancies.  When there is a job vacancy, not classified as a temporary vacancy, the job will be filled in order of seniority, transfer, or recall of the employee who held the job classification until cutback.  The employee eligible to return to the department must accept the job when offered, or give up any right to return to the Skilled Trades Department.  (In the Skilled Trades Departments, failure to accept the job offered will include giving up the right to bid on posted vacancies for a period of two years.)  The Top Committee Representative will be notified in writing of this refusal.

        1.    If the employee has been cutback from the Skilled Trades Department or from one Skilled Trades Department to another from within these departments for less than 90 days, placement resulting from the vacancy will be made in the same manner as the cutback when it occurred.

        2.    If the employee recalled has been cutback for a period of 90 days or more, the employee will be placed temporarily according to his seniority and qualifications, in any existing vacancy until the job posting procedures have been followed.

22.23. Overtime Placement (All Employees).  Employees will be placed on Jobs for overtime as per the scheduled weekday overtime procedures, scheduled weekend overtime procedures, and unscheduled overtime procedures as applicable as outlined in Article 44. - Overtime by classification A first, classification B second, followed by classification C by seniority, whenever possible.

22.24. Holiday Placement (All Employees).

    A.    Use Weekend Overtime Procedures.  Employees will be placed on jobs for a holiday as per the scheduled weekend overtime procedures as per Section 44.8.A and Section 44.14 regardless of what day the holiday actually falls on during the seven day work week by Classification A first, Classification B second, followed by Classification C by seniority, whenever possible.

Post(Howard)003484

B.     <u>Forced Bid-In Employees</u>. During holiday weeks, bid-In employees forced from bid-in building or department will be offered holiday work on the bid-in job, provided that the employee is not needed on the forced job. Affected employees will be responsible for notifying the department of availability no later than 48 hours prior to the holiday.

## <u>ARTICLE 23 — TRAINING</u>

23.1.    <u>Training Opportunities</u>.

A.     <u>The Canvassing Process</u>. Employees will be made aware of openings for training opportunities for A and B classifications through a canvassing process in which Supervisors will solicit all employees on shift in each building/department for their interest in the training opportunities. Employee(s) selected for training must be willing to work any shift, fill vacancies, and be capable of performing shut-down, clean-up, and start-up requirements.

B.     <u>Floaters</u>. Floaters must have a minimum of one rate within in their assigned building. If a floater does not hold a rate, he/she must train off the "needs list" in their assigned building.

23.2.    <u>Awarding of Training Opportunities</u>. If unable to fill training needs through the canvass procedures, a plant wide training bid will be posted if deemed necessary by the Company. (Skilled Trades employees are ineligible to bid while bid-in to Skilled Trades.) The training bid will be awarded by straight seniority.

**Job Training Opportunities**

| <u>Number of Rates Currently Held</u> | <u>Eligible to train one (1) time every:</u> |
|---|---|
| 3 or More | 24 Months |
| 2 | 18 Months |
| 1 | 6 Months |

23.3.    <u>Training for Progressive Classifications (Rates)</u>. Any employee selected for training, either by bid or needs list, that requires a progressive classification (rate), will be trained in the following manner:

A.     <u>B Classifications</u>. Train on B classification until he is qualified and is granted the classification (the maximum training time is the target time in the Company's training documents). Employees with the applicable B classification will start at Step B.

36

B. <u>A Classifications</u>.  Train on A classification until he is qualified and is granted the classification (the maximum training time is the target time listed in the Company's training documents).

C. <u>Proficiency Testing</u>.  Employees must pass a proficiency test for A and B classifications.

    1.  If an employee fails the test, he may request one additional week of training and retest.

    2.  An employee who fails to qualify for the A classification will retain the B classification.

D. <u>Rules for Progressive Jobs</u>.  Employees selected for training on a progressive classification will be charged with one training opportunity.  This shall apply to training only. When relinquishing classifications on progressive jobs, each progression of the job (i.e. A and B) shall be considered as individual classifications and can only be relinquished one at a time starting with the A classification.

E. <u>Minimum Hours Required</u>.  An employee must work a B classification progressive job for a minimum of 320 running hours prior to transitioning to training for the A classification job.  "Running Hours" is time the employee is scheduled to operate the equipment in his B classification. Employees will be classified as "training" during their 320 running hours.

F. <u>Training Associate and Senior Employees</u>.  When Associate employees are assigned to train on a classification, the Company will also train the eligible, senior, full-time employee on the same classification from the "Needs List."

23.4. <u>One Week Grace Period</u>.

A. <u>Employees Training Due To Needs List or Plant Wide Training Bid</u>. Employees will be trained after being placed in the job.  For "A" and "B" classification jobs, the employee may give up the training during the first five days of training.  If the employee chooses to give up the training, the employee will return to his bid-in job for the balance of the week (seniority permitting).

B. <u>Employees Training As a Result of a Permanent Bid</u>.  Employees selected to fill a permanent vacancy will be trained after being placed in the job. For "A" and "B" classification jobs, the employee may give up the bid/classification during the first five days of training.  If the employee chooses to give up the bid, the employee will return to his previous bid job the following week. Employees do not have the "five day" grace period if they already hold the

Post(Howard)003486

classification.  For "C" classification jobs, employees do not have the "five day" grace period to give up the bid.

23.5 <u>Training Within the Quality Systems Department</u>.  All training position(s) will first be posted within the Quality Systems Department.  Selection will be on the basis of qualifications.  If qualifications are equal, the selection will be made on the basis of seniority.

23.6. <u>Re-Granting a Relinquished Classification</u>.  Employees who have relinquished a classification under the procedure outlined in Article 21. - Scheduling & Relinquishing Classifications can be re-granted the classification based on the following qualifications:

A. The employee is able to pass the classification granting testing procedure with no additional training.

B. Re-granting of the classification will count as a training opportunity.

C. Once classification is re-granted, employee must maintain the classification as outlined in Article 21. – Scheduling and Relinquishing Classifications.

## ARTICLE 24. – RECALL

24.1. <u>Layoffs of Four Weeks or More</u>.  Employees laid-off four consecutive weeks or more shall be notified by phone and have a period of three calendar days, after notice of recall, to notify the Scheduling Department of their intention to return to work.  If the job for which the employee is being recalled has been filled in the interim, the employee shall be notified of the next opportunity for work.  If the laid-off employee does not notify the Company of his intention to return to work or fails to report to work when scheduled, the employee's seniority shall be canceled unless the Company can be convinced that failure to so notify the Company was for good and sufficient reason.  The Company shall keep a record of each employee's recalls, which shall be available to that employee or to the appropriate Union officer upon request.  It is the employee's responsibility to notify the Company of his current phone number.

24.2. <u>Layoffs of Less Than Four Weeks</u>.  Employees who are laid-off for less than four consecutive weeks and are recalled, will be made aware via the "call-in system" on Friday that they are scheduled to work on Monday. If the laid off employee does not report to work when scheduled, the employee's seniority shall be cancelled unless a satisfactory reason for being unable to return to work is given to the Company.

Post(Howard)003487

## ARTICLE 25. — MODIFIED WORK DUTIES

Employees who, due to an injury received while in the employ of the Company, are unable to perform their regular job duties, shall be given such other work as is available, if the employee currently possesses the requisite qualifications, skills and ability to perform that work.    In all cases, a medical report acceptable to the Company will be required to demonstrate the employee's ability to perform the alternative work duties.

## ARTICLE 26. — MINOR EQUIPMENT & MACHINERY ADJUSTMENTS

26.1.   Definition.  The term "operating employees" used in this section includes operating employees in the Production and Research & Development Departments.

26.2.   Assignment of Work.   The assignment of work in connection with the proper maintenance of fixtures, equipment, and machinery shall, whenever possible, be made on the following basis:

A.   Operating employees may perform work involving cleaning, lubrication, adjustments, preventative maintenance and repair work of a minor nature. Adjustments may include such work as changing the machine to produce different packages.

B.   Operating employees shall not perform any work on electrical equipment, pneumatic controls, high-pressure vessels or high-pressure pipes, construction, re-building, relocating, or repairs involving the use of special tools such as welders, pipe wrenches, gear pullers, cutting torches, saws, and similar tools.

C.   Additional training may be provided to operating employees to enhance skills necessary to support maximum efficiencies and optimal operating requirements.

26.3.   Procedures.

A.   During Operating Periods.

1.   In the event of machine failures or breakdowns, the operator or Supervisor will decide whether it is necessary to obtain the services of Skilled Trades employees in accordance with Section 26.2.

2.   When Skilled Trades employees are required, operators may be assigned to start the necessary work, pending the arrival of the Skilled Trades employees, and may assist the Skilled Trades employees in performing the work.

39

     3.    If Skilled Trades employees are not available, the Company may use whatever means available to repair equipment, including qualified operating employees, Supervisors, or contractors.

B.    <u>During Weekly Shutdown Periods</u>.   Repair work discovered by operating employees while cleaning and adjusting equipment and machinery is to be reported to the Supervisor, who will determine who is to do the work.

C.    <u>During Slack Periods of Production</u>.   A pool of operating employees may be utilized within their qualifications to supplement the skilled trades work requirements.

## ARTICLE 27. — BIDDING

<u>Permanent Bids - All Departments excluding Skilled Trades</u>.   Permanent job openings in all departments except Skilled Trades will be posted plant wide for bidding.   The following procedures will be used when filling vacant positions in the plant.

27.1.    <u>Permanent Vacancy</u>.   A permanent vacancy may arise from:

A.    Termination of employment.

B.    Permanent job vacated through the bid procedure.

C.    Permanent job vacated through a permanent transfer to another major department or outside the Bargaining Unit.

D.    New jobs created as development stage or new classification jobs.

E.    Permanent job vacancy as a result of an employee on approved leave of absence for six consecutive months.

27.2.    <u>Training Prior to Filling a Permanent Vacancy</u>.   When a permanent vacancy occurs that needs to be filled, and the job is operating, it will be posted.   If training is not required, the successful bidder will move into the classification only when his seniority permits.   If training is required, the successful bidder will be scheduled in the classification as soon as possible, regardless of seniority, to start and complete training in a timely manner.

Post(Howard)003489

27.3.  <u>Posting and Selecting Employees for Permanent Job Vacancies</u>.

    A.    Posting of Vacancies.

        1.    All job openings will be posted in the lobby of #7 Building for bidding. Job vacancy notices will be posted on Monday morning by 9:00 A.M. and removed at 12:00 Noon on Wednesday. Copies of posted jobs will also be sent to supervisors for posting in all departments. Job bids will be accepted during this period. A bid withdrawal will be accepted only prior to the 12:00 Noon, Wednesday deadline. Unless an employee withdraws the bid prior to 12:00 Noon on Wednesday, the employee must take the job once selected, or the employee will be charged one successful bid. During the weeks in which a holiday occurs, jobs will not be posted.

        2.    Notice of the successful bidder will be posted plant wide by 9:00 am on the following Monday after the selection of the successful bidder.

        3.    All jobs are subject to change, by mutual agreement, to the provisions of Article 10. - Management, and may be filled without departmental experience.  The Company retains the right to specify the qualifications necessary to fill any vacancy.

    B.    <u>Permanent vacancies will be filled in the following order</u>.

        1.    For progressive "A" classifications, the senior employee with the applicable "A" classification will be granted the "A" classification bid. If no employees with the applicable "A" classification bids on the permanent vacancy, then the senior employee who bids with the applicable "B" classification will be granted the bid.

        2.    When no "A" or "B" classified employees apply for the progressive "A" classified bid, the senior employee in the plant who applies will be awarded the bid.

        3.    For all other classifications, (All non-progression jobs) the senior employee in the plant who applies will be awarded the bid.

        4.    When Associates are trained on a progressive A or B classification job, the Company will offer a training opportunity in that building in that classification from the "needs list."  If no eligible employee accepts the needs list training opportunity, the Company will post a training bid plant wide and award by straight seniority.

    C.    <u>Filling C Classifications</u>.  Permanent vacancies for "C" classification jobs will be filled by plant wide seniority.

Post(Howard)003490

D.   Opening When There Are Multiple Employees in a Classification.   In jobs involving multiple employees in the same classification, and one of the employees then bids to a new job classification, the job that was vacated will not be posted for bid until the junior employee who vacated the job would have normally run the job that was vacated.  If it was the senior employee who bid to a new job classification, the job vacated will be posted for bid when the job runs again.  An employee cannot be established on, and the Company will not post for a bid, a job that is not running.  For example, if there are five AA PKG positions in a building and on the same shift and one of the AA PKG employees bids to another job who is not the senior employee, but the AA PKG employee's vacated job is not running, his vacated job will not be posted for bid until it runs again.

E.   Bidding During Absences.   Any eligible employee absent during a posting period must arrange for a Union representative to place the bid on his behalf in writing on the approved bid sheet.  Employees may not submit bids while on leave of absence except for those on FMLA-qualifying leave, STD or workers' compensation.  An employee, who bids while on STD, FMLA-qualifying leave, or workers' compensation must be available to be scheduled on the new job within 60 days of the job posting to be eligible for the bid. If the employee is not available to be scheduled within the 60-day period after the job posting, the job will be re-posted, and the absent employee will be ineligible to re-bid that job on the next posting.

F.   Holding Over a Successful Bidder.   Employees having been awarded a bid under the bidding procedures may be held in their previous position or returned to their former job for a maximum of five working weeks.  If no grace period is required, the employee will be considered established on the new bid during the first week he is held on his former job. Employees will be held in their previous position or returned to their former job only if they are the junior employees with the required rate.

G.   Transition into New Job.   Employees selected to fill a permanent vacancy will be trained after being placed in the job. For "A" and "B" classification jobs, the employee may give up the bid/classification during the first five days of training.  If the employee chooses to give up the bid, the employee will return to his previous bid job the following week.  Employees do not have the "five day" grace period if they already hold the classification. For "C" classification jobs, employees do not have the "five day" grace period to give up the bid.

A successful bidder who already holds the classification may decline the bid prior to being scheduled and placed on the job, and shall then retain his current classification, and the job will be awarded to the next senior qualified

42

employee who bid on the job without re-posting the job.   This shall be considered as one of the employee's two bids per year.

H.    Giving Up A Bid.  If an employee is the successful bidder and is scheduled to the new job within two weeks after being awarded the job, but chooses to give up the bid before or during the one-week grace period, the bid will be awarded to the next senior employee who bid on that job without re-posting the job.

I.    Establishing A New Bid.   Upon receiving a permanent bid, an employee will be considered established on the new bid job when:

1.    He completes the one-week grace period without giving up the bid (if training is required for the classification).

2.    He is placed in the job if the employee holds the classification.

3.    He is held on his former job and holds the new bid classification, and the employees' seniority qualifies that employee to be scheduled on the new bid job.

4.    On the first day, he is scheduled on his "C" job.

J.    Two Bids Per Year.   Each employee will be limited to two successful permanent bids in any one calendar year, January 1 through December 31, unless an employee is blocked from bidding because of training as outlined in Section 27.3.N. below.

K.    Becoming a Floater.   When an employee is the successful bidder and elects to give up or does not qualify for the job, that employee then becomes a Floater assigned to that building and shift following the initial one-week grace period.

L.    Junior Floater.  The Junior Floater in the Plant will be assigned an unfilled permanent bid once the job has posted two times without any bidders. Training will be required if the Junior Floater does not hold the classification.

M.    Posting Vacancies When An Employee is on a Leave of Absence.   Job vacancies resulting from an employee on an approved leave of absence will be posted when the leave reaches six consecutive months and the job is running.  Upon return to work, the cutback procedure will be used, if necessary.

N.    Bid Locks.  After an employee has been trained for a progressive classification as a result of a permanent bid, where the employee did not already hold the

43

Post(Howard)003492

classification, the employee cannot bid out of that classification for a period equal to one month for every week of training received. For example, if an employee bids to a B PKG job and the training lasts for six weeks, that employee may not bid to a different classification (other than another B PKG job on a different shift in the same building or on the A classification for the B classification job they had bid on) for six months.

27.4.   <u>Bid-In Replacement Employees.</u>   A "bid-in replacement" is a position held by an employee who is required to fill temporary vacancies as needed. The "bid-in replacement" employee will be required to have classifications as defined below. A Bid-In Replacement employee is considered a permanent bid-in shift employee within a department. The Bid-In Replacement may exercise seniority only on temporary job vacancies within their building. Bid-In Replacements will fill temporary vacancies and will be cutback in accordance with Section 22.6.C.

A.   <u>Production</u>.   The recipient of a bid for the Bid-In Replacement job must possess three of the buildings classifications and must be able to perform the essential functions of the job.

B.   <u>Quality</u>.   The recipient of a bid for the bid-in replacement job must possess at least one department classification and must be able to perform the essential functions of the job.

C.   <u>Trucks</u>.   The recipient of a bid for the bid-in replacement job must possess the necessary qualifications (CDL) and must be able to perform the essential functions of the job. During heavy vacation season or as business demands increase, the Company may schedule two bid-in replacements in the Trucks Department, after notice to the Union.

D.   <u>Stores</u>.   The recipient of a bid for the bid-in replacement job must possess at least one department classification and must be able to perform the essential functions of the job.

27.5.   <u>Temporary Job Bidding</u>.

A.   <u>Plant Services</u>.   A temporary job in existence for 90 days shall be reviewed by Management and Top Committee Representative for Plant Services to decide if the temporary job should be posted. If the same temporary job exists for six months, the job shall become permanent and will be posted as such, or the job will be re-posted as a new temporary job.

B.   <u>Stores, Trucks, Grounds, Janitors, Safety.</u>   When it is necessary to fill a Classification A or B job in one of these departments for a temporary vacancy, it will be posted plant wide. Selection will be based on qualifications and seniority.

Post(Howard)003493

C.  <u>Temporary Vacancy – More Than Four Weeks</u>.  When a job is vacant for more than four weeks, it will be posted plant-wide.  Employees filling this bid for six weeks or more will have the option of returning to their former job, but may return only after the temporary job is filled.

27.6. <u>Skilled Trades Bidding</u>.

A.  <u>Posting and Filling Permanent Openings for Skilled Trades</u>.

1.  <u>Posting of Open Position</u>. Skilled trades openings will be posted in all maintenance shops plant wide. The posting will include:

a.   Whether the job is an 'A' or 'B' position;

b.   The shift;

c.   The pay rate for the job;

d.   The date the opening is posted;

e.   The date the posting will close;

f.   Where employees should submit their bids;

g.   Qualifications for the job and

h.   Whether the position is new or it fills an existing vacancy. Job vacancy notices will be posted on Monday morning by 9:00 a.m. and removed at 12:00 Noon on Wednesday. Job bids will be accepted during this period. A bid withdrawal will be accepted only prior to the 12:00 Noon, Wednesday deadline.  Jobs will not be posted during holiday weeks.

2.  <u>Selection for the Position</u>.  The following steps will be followed to fill an open Skilled Trades position:

a.   The most senior employee with the qualifications will be awarded the position. If, however, management determines that the senior qualified bidder is needed for business reasons in his current position, he will held in his current position for no longer than 60 days;

b.   The position vacated by the successful bidder will be posted;

c.   The position vacated by the bidder in step (b.) will be posted

45

Post(Howard)003494

d. The junior employee in Conversion 1 (7:00 A.M. to 3:00 P.M. shift) will be forced to fill the vacancy vacated by the employee in step c.

e. The junior employee's position may be filled by a new hire if it is deemed necessary to fill it.

f. The Company will not cancel a job vacancy after it has already been posted unless it was posted in error.

g. After permanent bid is filled or assigned, building/department positions on that shift will be selected by seniority.

3. As a means of providing Skilled Trades employees with an opportunity to move between Skilled Trades Departments (meaning C1, C2, C3, and B1, B2 and B3), permanent job openings due solely to death, retirement, termination or classification/craft change will be posted as "A" or "B" with "A" having preference.

4. Job openings that occur on the 3-11 and 11-7 shifts in all Skilled Trades Departments shall be filled by an "A" skilled trades employee when there is only one job requiring a specific craft.   If more than one job opening exists, the job can be filled by an A or B Skilled Trades employee.  When 3-11 or 11-7 permanent bids are filled or assigned, building/department on that shift will be selected by seniority.   Job vacancies will be filled through the posting procedures outlined above, however, in the event where no bids from qualified employees are received, the job shall be filled by assigning the skilled trades employee of the required craft and classification (either "A" or "B", as specified above) with the least seniority from all Skilled Trades Departments on all shifts.  Final placement will be the junior qualified employee from C1. This employee will be allowed, based on seniority, the option of 3-11 or 11-7 shift for his permanent bid placement.  If the shift is not the shift where the permanent vacancy exists, then the junior employee displaced from the chosen shift will be assigned to the existing 3-11 or 11-7 permanent vacancy.

5. A Skilled Trades employee who is assigned or bid to the 3-11 or 11-7 shift and is unsuccessful in obtaining a permanent bid by the posting procedure above or in Section 27.6.A.6. below, may within one week of the last bid, exercise seniority to replace the lowest seniority 7-3 shift Class "A" skilled trades employee in that craft.  This procedure is limited to one unsuccessful bidder per posting, by seniority.  If a senior "A" or "B" skilled trades employee wants the off shift job (3-11 or 11-7) and filling the job complies with 27.6.A.4 above, the skilled trades employee may exercise seniority ahead of the replaced skilled trades employee within one week and fill the vacancy.

46

Post(Howard)003495

6.     If it is necessary to obtain additional skilled trades employees of a desired craft, and all qualified cutback skilled trades employees of the desired craft have been recalled, the job(s) will be filled in the following manner:

     a.     The job(s) of the desired craft will be posted plant wide. Selection will be made on the basis of qualifications. A skilled trades employee already working in another craft, who is rated and qualified for said job vacancy, may bid on the vacancy, only if the skilled trades employee is deemed available by the Maintenance Manager. If the bid is granted to a skilled trades employee from one of the other crafts, said skilled trades employee relinquishes all rights to the previous craft and department; i.e., overtime placement and cutback.

     b.     If no qualified skilled trades employee(s) is/are selected by the above procedure, the job(s) vacancy will be filled by hiring a qualified skilled trades employee from the outside. The classification of a newly hired skilled trades employee will not exceed Class "B", but can be moved to an "A" classification after 60 days of employment.

7.     When a skilled trades employee bids from one craft to another as the result of a plant-wide posting, the job from which the skilled trades employee bids will then be posted in all skilled trades departments to allow for realignment of skilled trades employees within that craft. Regular posting procedures will apply.

8.     The skilled trades employee who successfully bids from one craft to another will not be permitted to bid to another craft for 90 days from the date the bid is awarded.

B.     <u>Posting and Filling Powerhouse Jobs</u>. Jobs in the Powerhouse will be posted only within that department. Selection will be based on qualifications and seniority. In the event the vacancy cannot be filled, selection will be made by the following procedure:

1.     The job vacancy will be posted plant wide.

2.     If no qualified employee is selected by Step (1) above, the job vacancy will be filled by hiring a qualified individual from the outside.

47

Post(Howard)003496

C.   Skilled Trades Apprentice Program.   When it becomes necessary to train Skilled Trades employees, the following procedure will apply:

1.   A bid will be posted plant wide for the apprentice position(s).  Selection will be on the basis of qualifications.  If qualifications are equal, the selection will be on the basis of seniority.

2.   Employees who wish to be considered for a posted Apprentice Program will complete a bidding form and submit it to the immediate Supervisor. Applicants must bid each apprentice or training posting separately.

D.   Filling Temporary Vacancies in Skilled Trades.   A temporary job vacancy exists for over four weeks, having a predictable duration of not more than six months.

1.   A job vacancy of less than four weeks will be handled using language in Article 22, Placement and Cutback.

2.   Temporary job vacancies are to be filled by the job posting procedures in Section 27.6.  Employees filling the temporary job will fill the vacancy for which the bid was posted.  They may not displace other employees as a result of receiving the temporary job posting.

3.   When it becomes necessary to fill temporary vacancies from other crafts, the Top Committee Representative for Skilled Trades will be given an opportunity to offer timely input prior to making the final decision.

4.   A temporary job in existence for three months shall be reviewed by Management and the Top Committee Representative for Skilled Trades. At the end of the first 90-day period, management will review the temporary job with the Top Committee Representative for Skilled Trades.  Consecutive vacancies occurring back-to-back for four weeks or longer within a classification on the same shift within a Skilled Trades department will be considered one temporary vacancy.

## ARTICLE 28 — CONTRACTING OF ON-SITE SKILLED TRADES WORK

28.1.   Staffing of Skilled Trades Employees.   Maintenance will be sufficiently staffed as determined by the Company based on volume and business needs.

28.2.   Conversion Maintenance Defined.  Conversion Maintenance functions are defined as activities concerned with running, repair, and planned maintenance of existing equipment and processes used in the conversion of raw materials from point of delivery to the point of finished product shipping.

Post(Howard)003497

28.3.   <u>Use of Contractors on Company Property.</u>

A.   The performance of craft work by contractors on Company property will be restricted to those activities that cannot be performed efficiently and economically by Skilled Trades employees for reasons such as:

1.   Skilled trades employees are not qualified by reason of lack of skill or experience to do the work required or;

2.   The necessary tools or equipment are not available at the plant or;

3.   Such work cannot be completed by Skilled Trades employees within required time limits or;

4.   Such work would interfere with proper and efficient scheduling of the work for which our Skilled Trades are normally responsible.

B.   Outside contractors will not be used solely for the purpose of eliminating overtime, or reducing the hours of Skilled Trades employees. Should any job combinations or eliminations be necessary, the parties agree to negotiate the effects, and the Company will not use contractors to replace the combined or eliminated position. The use of outside contractors performing conversion maintenance work will be limited to temporary peak periods or when Company mechanics are not available. "Not available" are those situations in which the required number of skilled trades employees needed to perform conversion maintenance work have not volunteered to work overtime up to 16 hours in a work day.

28.4.   <u>Notice of Skilled Trades Work On Site by Contractors.</u>   To ensure that a proper amount of overtime can be equitably distributed, the Plant Engineering Manager or designee will discuss with the Top Committee Representative the contracting of on-site work that could be performed by Skilled Trades employees before the contract is let.

A.   Before contracting on-site work, the Company will provide the Union with the following information:

1.   Nature of work to be performed and the reason for contracting;

2.   Skilled Trade(s) involved;

3.   Date the contract is to be let; the date on which the outside contract work is scheduled to begin, along with the estimated completion date;

4.   An estimate of the number of days or hours the contractors will be on Company property and the approximate number of outside contractors working on each contract.

49

Post(Howard)003498

B.      The Company shall keep the Union informed of any changes in the above.  In addition, at this discussion, the overtime work in the affected skilled trades will be reviewed.

28.5.   <u>Elimination or Combining Skilled Trades Jobs</u>.   Should any job combinations or eliminations be necessary, the parties agree to negotiate the effects.

28.6.   <u>Construction Work</u>.   Construction work will be included as work performed by Conversion Maintenance employees, unless otherwise determined by the Company.

28.7.   <u>Overtime Worked by Contractors</u>.   On occasions when outside contractors work beyond an eight hour shift, every effort will be made by the Company to assure that any Skilled Trades employee who is available and who is qualified to perform the work, and their assistance is needed by the outside contractor, will be allowed to work overtime assisting on the project on a one for one basis with the outside contractor employee working overtime in the respective crafts. In the event that they are not needed on the project, the Skilled Trades employees who have volunteered on a one for one basis will be allowed to work on other assignments for an amount of overtime equal to the outside contractor's employee's overtime. Employees will not be forced to work overtime under this provision.

28.8.   <u>Skilled Trades Job Movement</u>.

A.      <u>Moves Less than Eight Hours</u>.   When the need to move Skilled Trades employee(s) for less than a full day (eight hours) or less, the move shall be accomplished at the discretion of the Company, with consideration given to the employee's seniority allowing for the efficiency needs of the Company.

B.      <u>Moves Eight Hours or More</u>.   When the need to move Skilled Trades employee(s) for a full day (eight hours) or more arises, employees from the available building(s) only, will be allowed to exercise their seniority for the move(s).

## ARTICLE 29. – JOB DESCRIPTIONS

The Company shall formulate and maintain written job descriptions for all departments in the plant. The Company shall consider carefully such relevant recommendations and suggestions as may be made by the Union with regard to the establishment of and amendments to such job descriptions.

50

## ARTICLE  30. — REDUCTION IN FORCE

30.1.   <u>Reduction in Force for All Buildings and Departments Except Skilled Trades.</u>  All employees in a building or department on a shift who are displaced from their permanent job because of job elimination will be placed in accordance with cutback procedures in their building or department on their shift using the employee's cutback card.  The new job received through this placement will become the employee's new permanent bid job.  Employees who do not have a permanent job in their bid building or department on their shift will be considered bid-in without a job.  Displaced employees who are bid-in without a job for 90 days or more will become Floaters.

30.2.   <u>Rate Protection - Production Department.</u>  Rate protection will apply for a period of 90 calendar days from the date of reduction in force, or until the employee is the successful bidder for a permanent job classification, whichever occurs first.  Rate protection is applicable in the following specific instances:

A.   When a production employee's regular bid-in job is permanently eliminated as a result of complete elimination of the equipment from the Production Department(s).  In this instance, however, it will not be applicable if the elimination of equipment is due to discontinuance of manufacturing a product.

B.   When a production employee's regular bid-in job is eliminated as a result of combining or rearranging jobs for the purpose of reducing established crew size.

C.   When a production employee's regular bid-in job is eliminated as a result of relocating manufacturing equipment from one department to another.  In this instance, the regular jobholder whose job is moved from the regular department must make a bona fide effort to obtain the job when it is posted in the new department.  The employee will be eligible for rate protection until the job is posted, and if the employee is not aware of the job upon bidding, rate protection will be continued for the full 90 days, or until the employee is the successful bidder for another permanent job classification, whichever occurs first.  This does not apply if the job is eliminated as a result of equipment downtime for maintenance repair, moving the equipment to a new location within the department, or modification and/or addition of new equipment to the process.

D.   Rate Protection does not apply when jobs are temporarily or permanently eliminated through: (1) changes in production levels which cause a cutback procedure, or (2) shut-down of operations for any reason other than the specific instances noted above, or (3) employees laid off from active payroll status.

Post(Howard)003500

30.3. <u>Discontinuing or Curtailing Operation</u>.  If an operation is discontinued or curtailed, employee placement will be handled the same as layoff and rehiring.  The Company shall make reasonable efforts to give employees advance notice of layoff.  Layoff and rehiring shall be in the order of plant seniority, except when efficient and continuous operations may require retaining or rehiring, employees having special skill, experience, or ability.  Voluntary layoff procedures will be followed as agreed upon between the Company and the Union.

## ARTICLE 31. – LEAVES OF ABSENCE

31.1. <u>Discretionary Leaves of Absence</u>.  Leave of absence for reasonable periods of time may be granted at the Company's sole discretion, however, requests for such leaves shall not be unreasonably denied.  Except in cases of emergencies, the Company shall give the Union five days prior notice of a leave of absence granted to employees included in the Bargaining Unit.  If an employee engages in activities other than those for which any leave is granted, his seniority will be cancelled, and he will be terminated.

31.2. <u>Union Leaves of Absence.</u>

    A.    <u>Union Paid Officers</u>.  Any employee elected or appointed to an office or position with the Union, which requires absence from the job, shall, upon request by the Union, be given a leave of absence without pay, for the period for which such office or position is occupied, and shall accumulate seniority during such leave during the term of this Agreement, provided, however, that the Company shall not be required to give such leave to more than three employees in any contract year during the term of this Agreement.  Employees leaving such office or position with the Union and desiring to return to their jobs shall immediately notify the Company accordingly, and shall return to work within 30 days after leaving such office or position.

    B.    <u>Union Training</u>.  The Company shall release Union-designated officers and stewards from work without pay to attend Union-sponsored training program(s).  The Union will provide the Company with a minimum of seven calendar days' notice of such program(s).  The Company will allow each Union officer and/or steward up to two days off without pay, during each contract year to attend such training program(s). The 2015-2016 Union Bargaining Committee will be paid to provide Collective Bargaining Agreement training for one day during the first and third year of the Contract.

31.3. <u>Bereavement Leave</u>.  When the death of a spouse, child or stepchild occurs, an employee shall be granted five consecutive work days leave with straight time pay for work days missed.  When the death of a parent, sister, brother, parent-in-law,

52

Post(Howard)003501

grandchild, grandparent, or step-parent occurs, an employee shall be granted three consecutive work days leave with straight time pay for work days missed.

31.4.   <u>Jury Duty</u>.  Employees summoned and selected for jury duty shall receive straight time pay during jury service, up to a maximum of 40 hours in any one week.  To be eligible for payment, the employee must provide his Supervisor with a copy of the jury summons within 24 hours of receiving such summons, or as soon thereafter as practicable.   Additionally, any employee serving on a jury must provide his Supervisor with evidence of actually reporting for service on each jury day in question. Employees will be entitled up to 60 paid jury duty days per year.

31.5.   <u>Family and Medical Leave</u>.  Employees will be granted leave under the Family and Medical Leave Act.  Employees taking FMLA will be required to use vacation time under the terms set forth in Section 46.9, while on leave. The Company may ask for recertification if it receives information that casts doubt upon the employee's stated reason for the absence or the continuing validity of the certification and under circumstances allowed under the FMLA.  Examples include but are not limited to an employee setting a pattern of calling off on clean-up days, an employee claiming FMLA only after being informed of the requirement for daily overtime, and an employee setting a pattern of absences before, during, and after holidays and vacation.

31.6.   <u>Military Leave</u>.   In accordance with Federal Law providing re-employment after military service or training, employees with seniority who enter service with the Armed Forces of the United States shall be entitled to reinstatement upon the conclusion of such service and shall retain and accumulate seniority during such service.

## ARTICLE  32. ASSOCIATE STAFFING and INTERMEDIATE EMPLOYEES

32.1   <u>Associate Defined</u>.  Associate employees are those employees who are not eligible to hold bid-in positions, but may be used in any production building position for which they are qualified except in the skilled trades department.  In the event that there are specific circumstances that would make it desirable for the Company to use an Associate in some other classification, other than a production classification, the Company will negotiate with the union prior to implementation.  Associate employees shall be included in the bargaining unit as per Article 3.

A.   <u>Staffing</u>.  The staffing of Associate employees will be limited to a maximum of 15% of the full-time production employees.  The Company, at its discretion, will assign Associate employees based on business needs.  Employees may be reassigned as business needs change.

Post(Howard)003502

B.    Hours of Work and Scheduling.

1.    Associate employees will be scheduled only as needed. The normal shift will be an eight hour shift consistent with the plant work schedule. Associate employees may be staffed on any or all shifts in any department based on the discretion of the Company.  Associate employees can be scheduled on a non-consecutive day basis and may begin work on any day of the week.  Associates are not guaranteed a 40-hour work week but shall not be subject to layoff, in the event that there is /are temporary worker(s) in the hand packing operation.

2.    Qualified Associate employees will be scheduled prior to Encore employees.  Associates will be scheduled to cover weekend overtime after all regularly scheduled employees on the shift and prior to offering extended overtime.  Scheduling will be consistent with existing contract language for the purpose of training.

3.    Associate employees will be scheduled to buildings and can be utilized to cover temporary vacancies and clean up assistance as required. Associate employees may cover daily absences (Monday-Friday) prior to offering of overtime to full-time employees.

4.    Associate employees can hold up to four rates (classifications) plant wide, and earn up to two rates per calendar year.

5.    In the event that an Associate works in a classification for three consecutive weeks or more, with the exception of when he is covering vacations, the Union will be notified in writing (email).  If this happens, the classification worked by the Associate shall be added to the building "needs list," and a training opportunity will be offered in that building from the "needs list" for that classification.   If no eligible employee accepts the opportunity, a training bid for that classification will be posted plant wide and awarded by straight seniority.

C.    Bidding.  This group is not to be utilized to circumvent the normal bidding process for open positions.  Associate employees will be eligible to bid into positions after they become Intermediate/Regular Full Time employees (i.e., after they are "flipped").

D.    Rate of Pay.  Associate employees will follow the wage progression defined in Article 39 (Wages-New Hires Non-Skilled Trades) of the Collective Bargaining Agreement up to a maximum rate of 65% of the job classification they perform but not less than 65% of the C rate.

Post(Howard)003503

E.   Overtime/Premium Pay.  Overtime shall be paid at time and one-half (1½) for hours worked in excess of 40 hours in any one workweek.  Hours worked shall include all straight time hours worked and days paid for including vacation, holidays under this Article, jury duty, union business and funeral leave. Associate employees are not eligible for premium pay.

F.   Holidays.  Associate employees will be eligible for eight paid holidays after they complete their probationary period.  Those holidays will include: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving and the day after Thanksgiving, and Christmas Eve and Christmas Day.

Associate employees working on a scheduled holiday shall receive his holiday pay (if eligible) and shall be paid at time-and-one-half (1½) the applicable rate for all hours worked on the holiday if they worked their last scheduled day before the holiday and their first scheduled day after the holiday.

G.   Vacations.  Associate employees will earn vacations as follows:

| Continuous Service Requirements | Length of Vacation |
|---|---|
| 6 Months service & commenced employment between January 1 - April 30 inclusive | 1 Week in calendar year of employment & 1 week after 1st anniversary of employment & during 2nd calendar year of employment |
| 6 Months service & commenced employment between May 1 - December 31 inclusive | 1 Week during 2nd calendar year of employment |

At no time will Associate employees be eligible for more than one week of vacation each calendar year.  Associate employees may take vacations in eight hour increments.

H.   Layoff.  Associate employees shall be laid off prior to any full time employee unless they are needed because of a classification they hold or are in training based on business needs.

I.   Benefits.  Associate employees are eligible for all benefits under Article 47 Benefit Plans of this Agreement, based on specific benefits provisions, except Associate employees may not participate in the Post Holdings, Inc. Retirement Plan or Retiree Health Care Plan.

Post(Howard)003504

J.    Transition to Intermediate/Full Time Employee.   Provided performance is acceptable, a job that has been bid twice with no successful bidder, and there is no Floater available to fill the position, the senior associate will transition into the open position as an Intermediate employee.  An associate can also be transitioned to a Floater position at management's discretion, or if the Company exceeds the maximum number of Associates allowed under this Article on a calendar quarter basis.

Employees demonstrating deficiencies in performance (capability, quality, attendance, etc.) will not be considered for full-time employment.

The seniority date (flip date) for Associate employees will be their transition date to Intermediate status for the purpose of: bidding, scheduling, placement, layoff, recall and cutback.  The length of service (date of hire) as an Associate employee will be used for the calculation of wages, vacation benefits, vacation preference, the Savings Investment Plan, and will count as days worked for the completion of his probationary period outlined in Article 20. Probationary Period.

32.2.  Intermediate/Full Time Employees.

A.    Intermediate Employees Defined.  Intermediate/Full Time Employees are employees: 1) hired after January 1, 2016, and 2) have moved (flipped) to Intermediate/Full Time status from the Associate position.   Intermediate employees are full time employees and enjoy all the same rights as regular full time employees under this Collective Bargaining Agreement, with respect to benefits, seniority, bidding, placement, layoff and recall, except wages. Intermediate/Full Time employees can hold bid-in positions.

B.    Intermediate/Full Time Employee Seniority.   Intermediate/Full Time employees' seniority date is the day they are flipped from their Associate position.

C.    Intermediate/Full Time Employee as a Percentage of Full Time Production Employees.  Intermediate employees shall be transitioned to fill a vacancy subject to the following caps:

1.    Effective Date through October 3, 2016, maximum of 15% of full time production employees.
2.    October 4, 2016 through October 3, 2017, maximum of 20% of full time production employees.
3.    October 4, 2017 through October 3, 2018, maximum of 23% of full time production employees.
4.    October 4, 2018 through October 3, 2019, maximum of 26% of full time production employees.
5.    October 4, 2019 through October 3, 2020, maximum of 38% of full time production employees.

Post(Howard)003505

D.     <u>Movement to Regular Full Time.</u> When a regular full time production position becomes vacant, and the percentage of Intermediate Employees exceeds the threshold established above, an Intermediate Employee will be transitioned to Regular Full Time status by seniority. Once an employee transitions to Regular Full Time, he cannot be moved back to Intermediate regardless of the fluctuations in the percentage cap changes from year to year. When an Intermediate Employee transitions to Regular Full Time, he will move into the regular wage progression in Appendix A or the wage progression in Section 39.3, depending on his length of service. Time spent as an Associate will count toward the Intermediate wage progression, and an Associate employee transitioning to an Intermediate Employee shall not result in a lower wage rate for the employee transitioning.

E.     <u>Intermediate Employee Wages.</u> Intermediate employees' wages are capped at 70% of the classification they perform. Prior to reaching the cap, Intermediate employees will follow the new hire wage progression under Article 39 – Wages for New Hires for Non-Skilled Trades Classification, until they reach the 70% cap of the classification they perform.

## ARTICLE 33 — DEVELOPMENT STAGE JOBS

33.1.    <u>Purpose.</u> Because of new products, processes or technological changes, there is a need from time to time to establish new or modified jobs. Those jobs, referred to as Development Stage Jobs, will be established or modified as outlined below. Some development stage jobs may include one or more job classifications and some may not require special skills.

Only jobs which fall within the guidelines will be considered as jobs in the development stage. Jobs will be placed in the development stage if: 1) the new job is different than other jobs in the Plant with respect to anticipated job requirements and/or requires the selection of a person to fill the position who has special skills, experience or abilities, 2) there is a planned change in an existing job, product, production, materials, process technology or equipment to the extent that the job is basically different than established jobs.

33.2.    <u>Notification Procedure.</u> Employees will be notified of the existence of Development Stage Jobs and the qualifications required, through a bulletin board or electronic notice.

33.3.    <u>Placement from Existing Jobs to Development Stage Jobs.</u> When an existing job goes into the development stage, the employee on the job will fill the revised job without posting, if qualified. Until a classification is applied to the development stage job, employee(s) on those jobs will hold them on a temporary basis. Employee(s) working on jobs in the development stage may return to their former job or bid onto

Post(Howard)003506

any other jobs.  Employee(s) in development stage jobs may bid on posted jobs without losing their development stage job bids.

33.4.   Bidding Development Stage Jobs.

    A.   Selecting Employees.  The Company reserves the right to select employee(s) for development stage jobs independent of the normal selection procedures utilized when filling permanent vacancies for regularly established jobs as outlined in Article 27 - Bidding.  When existing jobs are placed in the development stage, existing rates, if any, will not necessarily apply. Development Stage Job(s) that are put up for bid, will be posted plant wide. Selection will be by:

        1.   Senior employee on shift with special skills and/or abilities that are applicable to the new process.

        2.   Senior employee on shift plant wide.

        3.   Senior employee plant wide.

    B.   "C" Rated Development Stage Jobs.   If it is determined that a development stage job is a Classification C job requiring no previous departmental experience, the selection of the job holder will be made through the regular posting procedure outlined in Article 27 – Bidding to assure that the senior employee capable of performing the job is selected.

33.5.   Classification of Development Stage Jobs.

    A.   Transition From Development Stage to a Permanent Job.  Once development stage jobs become permanent jobs, employees on the development stage jobs will be given an opportunity to retain their jobs without any further posting. However, if the employee holding the development stage job does not wish to continue in the job, he will have the right to return to his former regular job if he makes his decision within seven calendar days after the development stage job is made a permanent job.  If the employee returns to his former job, the vacancy created will be considered a permanent vacancy and will be filled according to permanent bidding procedure in Article 27 - Bidding.

    B.   Relinquishing Development Stage Jobs.   Employees relinquishing development stage jobs will normally be expected to remain on the development stage job for a minimum of one week to train replacements. Employees may be required, however, to remain on development stage jobs for up to three months to train replacements.

33.6   Cutback of Development Stage Jobs.  In the event of a cutback of development stage jobs, affected employee(s) will have a choice of returning to: 1) their former

58

Post(Howard)003507

job(s), if operating, or a prior job which they are entitled to in their department (an employee who bids successfully to another permanent job does not lose the development stage job bid), or 2) a job in the development stage group for which they are fully qualified and have sufficient seniority.

33.7.   Establishing Pay Rates for Development Stage Jobs.

A.   An experimental hourly wage will be assigned to each job when it is placed in the development stage, and will remain in effect until the job is permanently established and a regular base hourly wage becomes effective. There will be no retroactivity of base hourly wages if it is higher than the Development Stage rate.

B.   An employee assigned to a development stage job will be paid the experimental hourly wage.

C.   The experimental hourly wage, which will be agreed to by the Union and Management on the basis of a thorough analysis of the job, will be set at a level which will fairly compensate the employee for the work performed. This hourly wage, however, is not to be construed as being the base wage that will be made effective when the job is permanently established. The hourly wage assigned to each job will be listed on the bulletin board notice when informing employees of the vacancy.

## ARTICLE 34 — ENCORE and TEMPORARY EMPLOYEES

34.1.   Encore Program.

A.   Participation.   Participation in the program is restricted to hourly employees who have retired from the Post Foods Battle Creek Plant. Participants can receive their first assignment no earlier than 30 days after their retirement date from Post Foods Battle Creek Plant. The number of retirees participating in the Encore program will not exceed 30 at any one time during the term of this Agreement. There will be no use of Encore employees when there are regular full-time bargaining unit employees or Associates on layoff that are capable of performing the work required, with the exception of voluntary layoff.

B.   Selection.   Active full-time employees will receive, as part of their exit interview process, a questionnaire that they may use to indicate their interest and availability to participate in the program.   Selection will be based on the qualifications of the applicant and the job requirements.

C.   Scheduling.   Participants may work on a part-day or a full-day basis based on the needs of the business and the participant's desires. Participants will be notified of their scheduling and assignments after regular employees have

59

Post(Howard)003508

exercised their normal job choices. Weekend overtime will be filled by all available contractual procedures, with the exception of forced situations, with regular employees prior to an Encore employee being scheduled or called in for Saturday or Sunday work. Participants will not be scheduled to work more than 500 hours in a calendar year. Once an employee reaches 500 hours in a calendar year (January 1- December 31), he will not be scheduled for the remainder of the year. The participant may be scheduled again the following calendar year. The Company will provide each participant a periodic report of his year-to-date hours worked upon request of the Encore employee. An Encore employee's eligibility for continued pension benefits will be governed by the pension plans and not this collective bargaining Agreement.

D.  <u>Assignment</u>. Participants will not be assigned work they are not qualified to perform. Assignments include but are not limited to:

1.  Developing training materials;

2.  Training other full-time employees (when a Designated Trainer or Regular Employee is not available to do the training);

3.  Special Projects, i.e., Safety/Quality/QCMS/PSRMP audits;

4.  Vacation Replacements (after exhausting the normal methods of filling for vacations by regular employees);

5.  Unscheduled absence replacements

6.  Cover for overtime vacancies that could not be filled by full-time volunteers.

E.  <u>Compensation</u>. Compensation is based on the hourly rate of the job performed and in accordance with Appendix A and B of the current collective bargaining Agreement. Participants will not be eligible for any bonus payments. Encore employees will participate in the direct deposit program.

F.  <u>Union Membership/Dues.</u> The Company shall deduct dues from the wages of program participants in the manner stipulated within Check-Off – Article 7 of the current collective bargaining Agreement.

G.  <u>Overtime</u>. One and ½ times the straight time rate will be paid for all hours worked over 40 hours in any one workweek.

H.  <u>Holidays/Vacation</u>. Participants will not earn vacation time or other forms of paid time off, including Company observed holidays.

Post(Howard)003509

I.   <u>Benefits</u>.  Participants will not accrue vesting service or additional credited service for any benefit in which active employees may participate.

J.   <u>Grievance Procedure</u>.  Participants will also have access to the grievance procedure as outlined in the CBA.

34.2.  <u>Temporary Workers</u>.

A.   The Company may hire temporary workers through a third party for Specialized Hand Packing subject to the following:

   1.   The use of temporary employees is limited to work involving specialized packaging configurations, specialized club packaging and/or specialized hand packing only.

   2.   Temporary employees will only be used when there are not enough Associates or volunteers to perform work under this section.

   3.   Temporary employees are not eligible for any Company benefits.

   4.   The Company will not re-assign temporary employees to work performed by the bargaining unit outside of the hand packing operation.

   5.   The Company will provide the Union with documentation of workdays of temporary employees each calendar quarter upon request.

B.   Use of Employee Volunteers for Specialized Hand Packing.

   1.   Employees who otherwise would have been scheduled for layoff for the week will be given the opportunity to volunteer to fill these Specialized Hand Packing assignments by designating their interest on their shift and department preference card. Temporary workers will fill all available positions after the volunteer list is exhausted. Volunteers will be offered Specialized Hand Packing positions.  Any time an employee volunteer works this assignment they will be paid 55% of the "C Classification" rate as spelled out in Appendix A Wages.

   2.   Employee volunteers scheduled to these Specialized Hand Packing assignments will be subject to layoff, for all or part of a week, and will be laid off at the completion of the work, whether work is completed mid-shift or mid-week unless they are needed for a classification.

   3.   The Company will not force full time bargaining unit members into Specialized Hand Packing assignments except under extenuating circumstances, when no other options are available.  When forcing full time employees in the hand pack operation, it shall be done by reverse seniority order (junior first).

Post(Howard)003510

4.  Employee volunteers will not be eligible for, or entitled to, overtime assignments while working on Specialized Hand Packing assignments. In addition, these assignments will not be treated as "Temporary Vacancies."

## ARTICLE 35. – WORK SCHEDULES

35.1.  Posting of Work Schedules and Changes.   The Company shall make every reasonable effort to post, before the end of each work week, work schedules for the following work week, covering employees in all departments where work schedules are used.   All work schedules shall be subject to change; however, under normal working conditions, every reasonable effort will be made to schedule employees on a five consecutive day basis.   Subject to the qualifications in this Article, every reasonable effort will be made to schedule employees called to work after the commencement of the workweek for the remainder of the Monday-Friday period of the normal weekly work schedule.   Employees will be informed of any work schedule change.   The Company shall make every reasonable effort, consistent with the efficient and economical operation of the Plant, to provide the maximum amount of work for employees during slack periods.

35.2.  Alternative Work Schedules.   The Union agrees to discuss alternative scheduling with the Company as the need/opportunity arises which would necessitate such scheduling for existing products/business/lines or to secure new products/business/lines.  The Union must approve any alternative schedules prior to implementation by the Company.

35.3.  Breaks Between Shifts and Extended Overtime.   Employees who work an eight hour shift and are scheduled to report to a shift that only allows for an eight hour break will not be forced to work extended overtime at the end of that shift unless no other employee is available.

35.4.  Maximum Hours in 24 Hours.   No employee will work more than 16 hours within a rolling 24 hour period.

## ARTICLE 36. – ON CALL

Skilled Trades and Plant Service employees shall be on call at all times in order to properly maintain the Plant and its equipment.

Post(Howard)003511

## ARTICLE  37. – BREAK PERIODS

37.1.   <u>Eight Hour Shifts</u>.  During each eight hour shift, employees will be allowed one meal period of 20 minutes with pay and two 10 minute paid break periods.  Lunch periods will be scheduled as near the middle of the shift as is possible, recognizing operating conditions.

37.2.   <u>10 Consecutive Hours</u>.  Employees who work 10 consecutive hours shall be allowed one extra 10 minute break.

37.3.   <u>12 Consecutive Hours</u>.  Employees who work 12 consecutive hours shall be allowed one additional 20 minute paid lunch period.

37.4.   <u>16 Consecutive Hours</u>.  Employees who work 16 consecutive hours will have double the breaks as outlined in Section 37.1. above.

37.5.   <u>Break Areas and Break Times</u>.  Breaks can only be taken in designated break areas. Reasonable travel time will be allowed for breaks. All break period schedules shall be established by the Supervisor.   The break period is established for the convenience of employees with the understanding that they will cooperate with their Supervisors and co-workers in working out relief arrangements.  No extra employees will be provided for relief purposes except as identified by the Supervisor.

## ARTICLE  38. – WAGES AND SHIFT DIFFERENTIAL

38.1.   <u>Wage Schedule</u>.  The wages listed in Appendix A and B of this Agreement shall remain in effect throughout the life of the Agreement. No wage increases will be granted beyond the expiration of this Agreement unless mutually agreed to by the parties in writing.

38.2.   <u>Working In Lower or Higher Classification</u>.  Employees who are assigned to work in a lower paid classification during their shift will be paid their job classification rate for the entire shift. If the employee performs in a higher rated job for four or more hours during their shift, the employee shall be paid the higher classification rate for the entire shift.

38.3.   <u>Incentive Pay</u>.  The Company has the right to implement Incentive pay programs during the term of this Agreement after discussing any new program with the Union prior to implementation.

38.4.   <u>Shift Differential</u>.  Employees will receive the shift differential indicated below for each hour worked on the shift indicated:

Post(Howard)003512

**Shift Differential**

|  |  |  |
|---|---|---|
|  | Year 1 | $0.20 |
|  | Year 2 | $0.20 |
| 3 PM – 11 PM | Year 3 | $0.21 |
|  | Year 4 | $0.21 |
|  | Year 5 | $0.21 |

|  |  |  |
|---|---|---|
|  | Year 1 | $0.27 |
|  | Year 2 | $0.27 |
| 11 PM – 7 AM | Year 3 | $0.28 |
|  | Year 4 | $0.28 |
|  | Year 5 | $0.28 |

## ARTICLE 39. – WAGES FOR NEW HIRES FOR NON-SKILLED TRADES CLASSIFICATIONS

39.1. <u>Starting Rate For Probationary Employees.</u>  55% of the C classification rate will be paid to employees during their probationary period, regardless of job performed.

39.2. <u>Employees Hired Prior to January 1, 2016</u>.  Upon completion of their probationary period, employees will be paid 60% of the job classification performed.  This rate will be paid uniformly with no adjustments during the term of the Agreement.

    A. On the first day of the 2nd year after completion of the probationary period, the hourly wage will be 65% of the job classification performed for that year.  This rate will be paid with no adjustments during the term of the Agreement.

    B. On the first day of the 3rd year after completion of the probationary period, the hourly wage will be 75% of the classification performed for that year.

    C. On the first day of the 4th year after completion of the probationary period, the hourly wage will be 90% of the job classification performed for that year.

    D. Upon completion of the 4th year after the probationary period, the employee will receive the regular wage rate of the job performed as listed in Appendix A of the Agreement.

64

Post(Howard)003513

39.3. <u>Employees Hired After January 1, 2016</u>.  Upon completion of their probationary period, employees will be paid 60% of the job classification performed.  This rate will be paid uniformly with no adjustments during the term of the Agreement.

    A.    On the first day of the 2nd year after completion of the probationary period, the hourly wage will be 65% of the job classification performed for that year.  This rate will be paid with no adjustments during the term of the Agreement.

    B.    On the first day of the 3rd year after completion of the probationary period, the hourly wage will be 70% of the classification performed for that year.

    C.    Upon completion of the 3rd year after the probationary period, an Intermediate employee will be held at the hourly wage cap of 70% of the classification performed until the Company exceeds the maximum allowable number of Intermediate Full Time employees listed in Section 32.2.C, evaluated on a quarterly basis.  Once the maximum allowable number has been exceeded, an Intermediate employee will transition to a regular full time employee and will receive the regular wage rate of the job performed as listed in Appendix A.

## ARTICLE 40. – CALL BACK & REPORTING PAY

40.1. <u>Call Back Pay</u>.  Employees who have completed their shifts and are called back to work after having left the Plant shall receive at least four hours of work or pay at time and one-half.

40.2. <u>Reporting Pay</u>.  Employees reporting for work in accordance with work schedules or called to work shall be given at least four hours work or pay.

    A.    <u>No Double Counting of Reporting Pay</u>.  However, when an employee is notified to commence work earlier than the regular shift starting time and is provided at least four hours continuous work after reporting for work, this Article does not apply.  Employees shall be paid for any applicable premium pay or overtime pay for all hours worked or scheduled under this section.

    B.    The reporting pay guarantee provided in Section 40.2. above shall not apply under the following circumstances:

        1.    When the Company has made an attempt to notify the employee but is unable to make contact due to the employee's failure to record the proper address and telephone number in the Human Resources Department.

        2.    When an employee is given disciplinary action for a violation occurring after reporting for work.

        3.    When an employee attends a Company-sponsored meeting at a time other than regular working hours.

Post(Howard)003514

4.   When work is not available because of a labor dispute

5.   When an employee is not able or willing to continue to work.

6.   An emergency condition outside of the control of the Company (See Section 22.4.A. for placement in the event of an emergency).

## ARTICLE  41. – PAY ON DAY OF OCCUPATIONAL INJURY

Employees who suffer an occupational injury after commencing work and who leave the plant to receive medical treatment will receive compensation for the remainder of their shift at the hourly base rate of their regular job (overtime excluded), provided the employee has not violated instruction, safety practices, or Plant Safety rules. This Article will apply only on the day the injury occurred.

## ARTICLE  42. – WORKERS' COMPENSATION CLAIM DISPUTES

In the event a Workers' Compensation claim is disputed, the employee may apply for Short Term Disability Plan benefits.  Any decision relating to an employee's eligibility for either Worker's Compensation benefits or Short Term Disability benefits will be made by the third party administrator of the plan. Objections to the third party administrator's decision may be appealed through the plan's objection procedures or through procedures allowed by applicable state law.

## ARTICLE  43. – UNIFORMS, SAFETY SHOES, SAFETY GLASSES AND TOOLS

43.1.   Uniforms.  The Company will supply uniforms and laundry services at no cost to the employee. Uniforms must be worn by employees while at work.  Employees shall be required to change clothing on Company premises, and that time shall not be counted as time worked.  Employees may not wear or take their uniforms or any safety shoes outside of Plant security gates.  This provision will be implemented at a time determined by the Company during the term of this Agreement with 30 days advance notice to the Union.

43.2.   Safety Shoes.  Employees must wear safety shoes while at work.  Employees will be given a voucher for $120.00 each calendar year of this Agreement.

43.3.   Prescription Safety Glasses.  Every two years, authorized prescription safety glasses will be provided to employees at no cost to those who need prescription safety glasses.

66

Post(Howard)003515

43.4.   <u>Phase In of Uniform Policy</u>.  The new uniform policy outlined in Section 43.1. of this Article will not be implemented immediately upon the effective date of this Agreement. Until such time, the current uniform policy of supplying uniforms, not to exceed three sets per year at no cost to employees, will remain in effect, and employees will not be required to use the laundry service.

43.5.   <u>New Requirements</u>.   Additional clothing and PPE requirements may also be implemented during the term of this Agreement in order to comply with the Food Safety Modernization Act and Good Manufacturing Practices (GMP).

43.6.   <u>Tools for Skilled Trades and Production Employees</u>.

A.   The Company will furnish Skilled Trades and necessary production employees with the tools, toolbox, equipment, accessories, special tools, power tools, special welding equipment, clothing and departmental tools needed to perform their job at no cost to the employee.   Employees are responsible for maintaining tools and equipment and use them according to reasonable standards.

B.   As soon as practical after the effective date of this Agreement, all employees' tool boxes will be inventoried, and all personal tools will be removed by the employee and replaced with Company owned tools.

C.   The Company agrees to repair or replace tools that are stolen, broken or unusable. Tools will be replaced after being inspected and approved by the department Supervisor.   It is the employee's responsibility to notify his Supervisor immediately if a tool has been stolen or needs to be replaced under this section.

D.   When an employee terminates or transfers to another position, all tools, toolbox, equipment, and accessories will remain with the Skilled Trades or production department. Tools, toolbox, equipment, and accessories will be inventoried against the tools provided to the employee.   The Company reserves the right to charge employees to replace tools if there is evidence of intentional abuse or neglect by the employee.

## ARTICLE  44. – OVERTIME

44.1.   <u>Overtime Pay</u>

A.   <u>Work in Excess of Eight Hours per Day – 40 Hours per Week</u>.

1.   Extended Overtime (Daily Overtime).   All employees, except Associates, shall be paid time and one-half for work in excess of eight

67

hours in any one work day.  Time and one-half will be paid for work in excess of eight consecutive hours even though part of the total hours worked falls in the workday preceding or succeeding the day in which the employee works his regular shift.

2.  <u>Weekly Overtime</u>.  All employees, including Associates, shall be paid time and one-half for all hours worked in excess of 40 straight-time hours in any one work week.

B.  <u>Saturday and Sunday Premium Pay</u>.

1.  <u>Saturday Premium Pay</u>.  Employees will be paid time and one-half of their straight-time rate for work performed on a Saturday, provided that the employee works all his scheduled hours Monday through Friday. Employees are entitled to Saturday premium pay even if they do not work all their scheduled hours if their absence is because of one of the reasons set forth in Section 44.1.B.3 below.  Associate employees are not entitled to Saturday premium pay.

2.  <u>Sunday Premium Pay</u>.  Employees will be paid two times of their straight-time rate for work performed on Sunday, provided the employee works all his scheduled hours Monday through Saturday. Employees are entitled to Sunday premium pay even if they do not work all their scheduled hours if their absence is because of one of the reasons set forth in Section 44.1.B.3 below. Associate employees are not entitled to Sunday premium pay.

3.  <u>Absences that Count as "Hours Worked"</u>.  For purposes of determining weekly overtime hours and Saturday and Sunday premium pay the following absences will count as "hours worked":

a.  Absence required by law, when violation of the law by the employee is not involved.

b.  Absence when excused for convenience of the Company.

c.  Paid Funeral leave.

d.  A recognized paid holiday in Article 45. – Holidays.

e.  A pre-approved absence due to Union Business.

f.  The employee is unable to complete his full shift because of an injury on the job.

g.  An approved paid vacation day(s).

68

Post(Howard)003517

h.   An employee who provides the Company with at least 48 hours' notice in advance for the need to leave work for a doctor's visit after having worked a minimum of four hours of a shift shall be considered as a day worked. The employee must provide written documentation of the doctor's visit in the same payroll week.

i.   A granted Saturday refusal.

4.   <u>Absences that Do Not Count as "Hours Worked".</u>   For purposes of determining extended and weekly overtime and Saturday and Sunday premium pay, the following absences will not count as "hours worked":

a.   Absences under the Family and Medical Leave Act

b.   Days on Layoff.  However, if an employee  is called to return to work and works all scheduled hours during the work week after being on layoff, he will be entitled to premium pay on Saturday and/or Sunday during that work week.

c.   Disciplinary suspensions

d.   Illnesses

e.   Leaves of Absence (other than approved leaves listed in Section 44.1.B.3.)

44.2.   <u>Maximum Hours Worked per Day.</u>

A.   Production employees can only be forced to work 12 hours in a 24-hour period.

B.   No employee will work more than 16 hours within a rolling 24 hour period.

44.3.   <u>No Pyramiding of Overtime.</u>   In no case will overtime be paid twice for the same hours worked.

44.4.   <u>Tracking of Overtime Hours for the Purpose of Equalizing Overtime Opportunities.</u>   Tracking of overtime hours for all employees will be based on the total yearly overtime hours as tracked through the payroll system.  Overtime hour accumulation will begin January 1 of each year and will end December 31st of each year.   Low overtime hours refers to the employee with the least amount of accumulated overtime hours as tracked by the payroll system on a weekly, not daily, basis.  Total year-to-date overtime hours will be updated every week.  When employees have equal overtime hours, the determining factor will be seniority.

69

Post(Howard)003518

During the first two weeks of the year, overtime will be awarded based on straight seniority.  Starting with the third full week of the year, overtime will be equalized based on the total year-to-date overtime hours worked, looking back one week.

44.5.  Posting and Filling Scheduled Extended Overtime Monday – Friday (Except Skilled Trades and Powerhouse).

A.  Sign-up Sheet for Weekday Extended Overtime.  The Company will provide a sign-up sheet available for all employees to indicate their interest in working extended overtime opportunities.

B.  Preference for Extended Overtime.  Scheduled extended overtime opportunities will be posted daily for each shift based on known vacancies. Employees will sign their name next to posted job(s) they are willing to work and are qualified to work.  If signing for two or more opportunities, an employee must designate his preferred order.  (Example: 1st choice, 2nd choice, etc.).  The employee's bid-in job will be his first choice.

If other junior employees in the building and on shift have the qualifications to fill the needed extended overtime opportunity, their classifications will also be listed on the sign-up sheet.  This is referred to as an "or" job.  If the original vacancy does not get filled, but the "or" job does get filled, the junior qualified employee on the shift of the vacancy will be required to move to the original vacancy.

C.  Weekday Extended Overtime.  Monday through Friday opportunities will be posted one day in advance of the opportunity.

D.  Notice of Selection.  The scheduled extended overtime sign-up sheet will be posted at beginning of the shift and taken down by the Supervisor no sooner than mid-shift (i.e. 11 A.M. (7-3 shift), 7 P.M. (3-11 shift), and 3 A.M. (11-7 shift).   The sign-up sheet will be reposted by the Supervisor no later than 60 minutes prior to end of the shift showing the employee who will fill the extended overtime opportunity. Employees who signed the extended overtime sheet are responsible for checking the sheet prior to the end of their shift.  If re-posted less than 60 minutes prior to the end of the shift, the Supervisor will notify employees who will be working the extended overtime.

E.  Assignment of Extended Overtime.  Extended overtime will be assigned in four hour increments based on the following procedure:

1.  The senior qualified volunteer who is bid-in to the classification and working in the building (preceding and succeeding shifts) will have first preference.

Post(Howard)003519

2. The low overtime hour qualified volunteer working in the building (preceding and succeeding shifts) will have second preference.

3. If no employee has signed up for an overtime opportunity, the junior qualified employee will be forced to the original vacancy classification (preceding and succeeding shifts). Employees forced to fill extended overtime opportunities will be verbally notified by their Supervisor.

4. Employees will be assigned four hour extended overtime increments prior to employees being assigned an eight hour extended overtime increment.

F. <u>Assigning Junior Employees on Shift</u>. When an extended overtime vacancy exists for a classification in which no employee on the preceding or succeeding shift holds the classification, the Junior employee on the shift where the vacancy exists who holds the vacant classification will be moved to the vacancy, and his vacated job will be filled via extended overtime.

G. <u>Refusing Extended Overtime</u>. Employees who have signed up for a scheduled extended overtime opportunity cannot refuse the overtime after they are scheduled.

H. <u>Job Selection</u>. Employees assigned to work extended overtime opportunities will not be allowed to use their seniority with regard to job selection. However, when more than one extended overtime opportunity exists in the building and on the shift, within a multiple job classification (i.e., AA PKG Operator) employees filling the extended overtime opportunity will be permitted to exercise seniority for purposes of job placement within the vacancies in the multiple classification after the regular scheduled employees on that shift.

I. <u>Replacement if Employee is Forced</u>. An employee who is forced to work overtime may seek a qualified replacement for the job that he is forced to work from any available source, from inside or outside their building, subject to Supervisor approval. If the employee finds coverage within his building, he may still be forced to another overtime job within his building if a more senior employee in his building is also forced to work. In the event that the employee finds coverage and does not perform the forced work, he may still be forced in early his next work day. If the employee finds coverage from outside the building, he may not be forced to work another job that day, but he may be forced to come in early the next day.

J. <u>Limit on Forcing Extended Overtime</u>. An employee may only be forced to work once in a 24 hour period.

71

Post(Howard)003520

44.6.  Posting and Filling Scheduled Extended Overtime on Saturday and Sunday (Except Skilled Trades and Powerhouse):

A.  Sign-up Sheet for Weekend Extended Overtime.  The Company will provide a sign-up sheet for all employees to indicate their interest in working extended overtime opportunities on Saturday and Sunday.

B.  Preference for Weekend Extended Overtime.  Scheduled extended overtime opportunities for Saturday and Sunday will be posted Thursday of each week based on known vacancies and refusals.  Employees will sign their name next to posted job(s) they are willing to work and are qualified to work.  If signing for two or more opportunities, employee must designate his preferred order.  (Example: 1st choice, 2nd choice, etc.).  The employee's bid-in job will be his first choice.   In addition to a known vacancy and refusal requests, an "or" job will be posted as defined in Article 44.5.B.

C.  Assignment of Weekend Extended Overtime.   Extended overtime will be assigned in four hour increments based on the following procedure:

   1.  The senior qualified volunteer who is bid-in to the classification and working in the building (preceding and succeeding shifts) will be given preference.

   2.  The low overtime hour qualified volunteer working in the building (preceding and succeeding shifts) will have second preference.  For employees with equal overtime hours, the determination will be made by seniority.

   3.  If no employee has signed up for a Saturday or Sunday extended overtime opportunity, the junior qualified employee from the preceding and succeeding shifts will be forced to work the extended overtime.  If the vacancy is due to a weekend refusal, the weekend refusal will be denied prior to forcing the junior employee, unless the refusal is because of a scheduled vacation the following week.  Employees forced to fill extended overtime opportunities will be verbally notified by their Supervisor.

   4.  Employees will be assigned four hour extended overtime increments prior to employees being awarded an eight hour extended overtime increment.

D.  Uncovered Weekend Extended Overtime.   If four or more hours remain uncovered on Saturday or Sunday, the employee who has accepted the other four hours will be offered the entire eight hours.   A weekend refusal will be denied prior to a four-hour force unless the employee who refused is on vacation the following week.  If the refusal is for a scheduled vacation the

72

Post(Howard)003521

following week and the employee who was awarded four hours elects not to fill the entire eight hours, then the junior qualified employee in the building on the adjacent shifts will be forced to fill four hours of the vacancy adjacent to his shift.  A forced employee may seek a qualified replacement from any source, subject to Supervisor's approval.   If the replacement is from within the building, he must be used to un-force the most senior forced employee due to being denied a weekend refusal.  If the replacement is from outside of the building, the forced employee finding the replacement will be unforced.  The final decision how to fill the job remains with the Company.   An employee must be working their scheduled shift the day of the extended overtime to be considered, or forced to fill the extended overtime opportunity.   When an employee's weekend refusal is granted by the Company, the employee may not cancel the refusal.

E.    <u>Filling Weekend Overtime with Employees in "Call-in Book"</u>.  If a vacancy of eight hours exists on the weekend and cannot be filled utilizing the above procedure, additional qualified employees will be selected from the #4 Building Call-in Book by qualifications and seniority.  Cut off time for signing the #4 Building Call-In Book is 7:00 A.M. Friday morning.

F.    <u>Forcing Junior Employees.</u>  When an extended overtime vacancy exists for a classification in which no employee on the preceding or succeeding shift holds the classification, the junior employee on the shift where the vacancy exists, who holds the vacant classification and a classification held by an employee on the preceding or succeeding shift, will have his job posted and will be forced to the vacancy if his job is filled.

G.    <u>Final Option</u>.  After all options have been exhausted, the job may be filled from any available source.

44.7.   <u>Filling Unscheduled Extended Overtime Monday through Sunday (Except Skilled Trades and Powerhouse)</u>.

A.    <u>Sign-up Sheet</u>.  A weekly sign-up sheet for unscheduled daily extended overtime opportunities that may occur will be posted for each shift in each building.  Employees interested in unscheduled overtime have the opportunity to sign this sheet and identify what day(s) and shift(s) they are interested in working extended overtime opportunities.   Employees who have signed this sheet will be canvassed and offered unscheduled extended overtime opportunities based on their: 1) bid-in classification by seniority, 2) rated classification, low overtime hours and seniority.

B.    <u>Forcing Junior Employee</u>.  If no employee has signed up for the unscheduled overtime opportunity, the junior qualified employee will be forced, if the

73

process is running.  Employees forced to fill extended overtime opportunities will be verbally notified by their Supervisor.

C.    <u>Forcing Junior Employee On-Shift</u>.  When an extended overtime vacancy exists for which no employee on the preceding or succeeding shift holds the classification, the junior employee on the shift where the vacancy exists, who holds the vacant classification and a classification held by an employee on the preceding or succeeding shift, will have his job posted and will be forced to the vacancy if his job is filled.

44.8.    <u>Scheduled Weekend Overtime (Except Skilled Trades and Powerhouse).</u>  Scheduled Weekend Overtime is defined as an overtime opportunity on Saturday and Sunday on the shift the employee worked during the week.  Employees wishing to not be scheduled for the weekend must submit their weekend refusals to their Supervisor by the middle of their shift Wednesday (i.e. 11 A.M. (7-3 shift), 7 P.M. (3-11 shift), and 3 A.M. (11-7 shift).  The tentative Weekend Overtime Schedule will be posted by the middle of the shifts Thursday (i.e. 11 A.M. (7-3 shift), 7 P.M. (3-11 shift), and 3 A.M. (11-7 shift), the final Weekend Overtime Schedule including corrections, additions, and deletions will be posted by Friday mid-shift.  Any changes made to the Weekend Overtime Schedule after mid-shift Friday, the Supervisor will directly notify the affected employee of the change.

A.    <u>Scheduled Weekend Overtime opportunities will be assigned according to the following steps:</u>

1.    The senior bid-in employee(s) in the classification on the affected shift that was scheduled in the building and shift the entire work week (also known as "my job only").

2.    The senior employee(s) working in the classification on the affected shift for the entire work week, who is not bid-in to that job (also known as "my job only").

3.    The low overtime hour qualified employee(s) working in the building on the shift will be offered the weekend opportunity.

4.    Bid in Jobs in Classification C, will be offered weekend overtime as per 1, 2, & 3 above.  Jobs in Classification C that are not bid in jobs are available to all full time employees by seniority and to associates by date of hire.

5.    Remaining open weekend scheduled jobs will be filled using the "Posting and Filling Extended Overtime Saturday & Sunday" process in Section 44.6 of this Article.

Post(Howard)003523

6.  All qualified employees on their scheduled shift who are not scheduled to work will be called for an opportunity before anyone extends their shift to fill an eight hour vacancy.   A vacancy of four hours or less may be filled by extending the shift of the employee already scheduled or calling in the qualified employee already scheduled to work the next shift.   A vacancy of more than four hours will be filled by calling in a qualified employee not scheduled to work.

7.  Employees Called-in during the week and employees scheduled in the Pool are eligible for weekend scheduled overtime only after all regularly scheduled employees.

8.  An employee working out-of-seniority will not be considered as a regularly scheduled employee (unless the employee has returned to seniority through call-ins as of Tuesday, 7:00 A.M.) and will only be scheduled for weekend scheduled overtime if his classification is required, or all regularly scheduled employees are scheduled to work in their respective building/department and shift.

9.  Associates will be scheduled to cover weekend overtime after all regularly scheduled employees and prior to offering extended overtime.

10. Employees who are forced out of their department for the week will be forced for all seven days.  If the building the employee is forced to is not scheduled to run or to be cleaned for the weekend, the employee will return to his bid-in job.

11. If the overtime opportunity cannot be filled through procedures outlined in this Article, the employee with the least seniority working on the shift in the classification where the overtime exists must accept the overtime work or find a qualified replacement from any source, with Supervisor approval.

B.  Scheduled Weekend Overtime Prior to Vacation.  The Company will not force an employee to work on the Saturday and Sunday immediately preceding a properly scheduled vacation week unless an emergency situation develops. To be guaranteed a vacation refusal, the employee must take both days off.  If the employee is not taking both days off, it will be treated as a normal refusal, and the employee may then be forced.

C.  Definition of "Regular Employee on the Job".  The senior employee who works the job Monday through Friday (see Section 44.1.B.3. and B.4. for definition of hours worked).

D.  Temporary Vacancy.  If on Monday an employee elects to fill a temporary vacancy (Monday-Friday) but is required to work elsewhere, the employee will

Post(Howard)003524

be considered the Regular Employee on the Job on the temporary vacancy.  If the temporary vacancy becomes available to the employee later in the week, the employee must fill it or select a newly created temporary vacancy.   When an employee fills a temporary vacancy for the regular five-day workweek, the employee shall be considered the Regular Employee on the Job for the temporary vacancy position only.   If the employee has to leave the temporary vacancy on or before Friday with four or more hours remaining in the shift, the employee will automatically return to his regular job and become the Regular Employee on the Job.  If the employee leaves the regular job any day after Monday to fill a temporary vacancy and works the new job the rest of the regular work week, the employee will not be considered the Regular Employee on the Job for either the regular job or the temporary job.

E.  <u>Fill A & B Classifications First</u>.   When filling openings for overtime, the Company will fill all the A & B classifications prior to filling C classifications whenever possible.

F.  <u>Right to Schedule Straight Time Hours</u>.  The Company will retain the right to schedule straight time hours prior to overtime hours, and straight time or overtime hours prior to double time hours, however no regular full time employee may be bypassed for Saturday and Sunday premium pay by a Pool or Associate employee.

44.9.  <u>Scheduled Weekend Overtime – Trucks Department Only</u>.

A.  Weekend drivers are selected without regard to each employee's normal job or shift.

B.  Once the required number is identified, shift assignments are made by the following order of selection:

1.  Regular drivers are assigned their bid-in shift by seniority.

2.  A driver who has worked a job all week can elect to stay on the job and shift during the weekend.

3.  Remaining shift assignments are by seniority preference.

4.  In no case can a borrowed driver exercise preference over a regular driver.

5.  A driver may refuse an overtime opportunity, but the junior employee must work if no one else is available.

44.10.  Unscheduled daily extended overtime in the Trucks Department will be filled in accordance to Section 44.7 in this Article.

Post(Howard)003525

44.11. <u>Scheduled Weekend Overtime – Quality Systems Department Only</u>.  Weekend scheduled overtime opportunities will be posted utilizing the Quality Systems weekend overtime sign-up sheet.

A.  Employees must initial their preferences by mid shift of their scheduled shift Wednesday.  Employees who indicate they do not want to work cannot be offered weekend overtime after the weekend overtime has been scheduled or if a new vacancy occurs.  If no preference is initialed, it will be considered a refusal.

B.  When a new weekend vacancy occurs after weekend scheduling has been completed, and Management determines the need to fill the job, the following procedure will apply:

1.  The senior employee on the shift of the vacancy, not scheduled, who had indicated on the sign-up sheet their preferences as "yes" to work will be scheduled, if possible.

2.  If the job remains unfilled, it will be offered as extended overtime, using the overtime procedures outlined in section 44.6 in this article.

3.  If a new weekend vacancy is the result of an employee who is scheduled and requests a refusal after scheduling is completed, and the vacancy remains unfilled, then that employee will be forced to work.

4.  Forced employees may seek a qualified replacement outside of the Quality Systems Department upon Management approval.

44.12. <u>Unscheduled Daily Overtime in Quality Systems</u>.  Unscheduled daily extended overtime in the Quality Systems Department will be filled in accordance to section 44.7 in this article.

44.13. <u>Scheduling Overtime in the Skilled Trades Department</u>.

A.  <u>Departments</u>.  Each of the following is identified as a separate department: 7-3 Conversion (C1), 3-11 Conversion (C2), 11-7 Conversion (C3), Powerhouse, 7-3 Buffer, 3-11 Buffer and 11-7 Buffer.

B.  <u>Posting of Extended Overtime Opportunities</u>.  The Company will provide a sign-up sheet available for all skilled trades employees to indicate their interest in working extended overtime opportunities.

1.  Skilled Trades Department Overtime will have no "my job Only Provisions" and shall be awarded by equalized Overtime hours worked. During the first two weeks of the year, overtime will be awarded based

77

Post(Howard)003526

on straight seniority. Starting with the third full week of the year, overtime will be equalized based on the total year-to-date overtime hours worked, looking back one week.

2. When possible, planned overtime work will be offered first to the department where the work originated, when overtime is required to complete the work.

C. <u>Filling Extended Overtime Opportunities in Skilled Trades Monday Through Sunday</u>.

   1. <u>Work in Progress</u> with an estimated duration of two hours or less.

      a. Overtime will first be offered to the skilled trades employee(s) working on the job. If the skilled trades employee refuses the overtime opportunity and another skilled trades employee accepts the overtime, the skilled trades employee working on the job will remain until he hands off the work to the employee who accepted the overtime.

      b. Overtime opportunities will be offered by qualifications, low overtime hours and seniority to skilled trades employee(s) on the shift immediately preceding the opportunity who have signed the overtime sheet.

      c. If the overtime opportunity is not filled, the junior qualified skilled trades employee(s) will be forced to work the overtime.

   2. <u>Extended Overtime with an estimated duration of Four Hours or Less</u>.

      a. If an overtime opportunity is four hours or less at the beginning of a shift, it will be offered by qualifications, low overtime hours, and seniority to skilled trades employee(s) on the shift immediately preceding the opportunity who have signed the overtime sheet.

      b. If an overtime opportunity is four hours or less at the end of a shift, it will be offered by qualifications, low overtime hours, and seniority to skilled trades employee(s) on the shift immediately succeeding the opportunity who have signed the overtime sheet.

      c. If not filled under the procedures in a. or b. above, the junior qualified skilled trades employee(s) will be forced to work the overtime.

Post(Howard)003527

3.    <u>Extended Overtime – Eight Hour Vacancy</u>.

    a.    If an overtime opportunity is for an entire shift, it will be offered by qualifications, low overtime hours, and seniority to skilled trades employee(s) who have signed the overtime sheet.

        1.    The overtime opportunity will first be offered in an eight-hour increment;

        2.    If not filled, the overtime will be offered in two, four-hour increments.

    b.    If not filled, the junior qualified skilled trades employee(s) will be forced to work the entire eight hours.

D.    <u>Scheduled Weekend Overtime Prior to Vacation</u>.  The Company will not force an employee to work on the Saturday and Sunday immediately preceding a properly scheduled full vacation week unless an emergency situation develops. To be guaranteed vacation refusal, the employee must take both days off.  If the employee is not taking both days off, it will be treated as a normal refusal and the employee may then be forced.

44.14.  <u>Scheduled Weekend Overtime in Skilled Trades</u>.

A.    <u>Double Shifts</u>.  The Company will provide a double shift(s) (16 hours) sign-up sheet for all skilled trades' employees to indicate their interest in working double shifts on the weekend.  This double shift sign-up sheet will be available from 7:00 AM Monday to 7:00 AM Wednesday.  Employees must also submit weekend refusals and shift preference to their Supervisor by 7:00 AM, Wednesday.

B.    <u>Not Scheduled on Weekends</u>.  All Skilled Trades employees being replaced on the weekend will not be eligible for other overtime on the date they are not scheduled.  The double shifts will be offered to all Skilled Trades employees who have signed the Double Shift sign-up sheet in the affected craft.

C.    <u>Order of Scheduling Weekend Work</u>.  The Scheduling Department will schedule the Skilled Trades for the weekend based on required needs of the plant in the following order:

    1.    Employees who have committed to work by signing-up. Employees not signed-up will be bypassed.

    2.    Scheduling of weekend overtime will be Saturday first, then Sunday by qualifications, low overtime hours and seniority.

79

     3.    Changes in the schedule after 10:00 AM on Friday will be made by adding or deleting only those skilled trades' employees directly affected by the job change.

     4.    All qualified employees on their scheduled shift who are not scheduled to work will be called for an opportunity before anyone extends their shift to fill an eight hour vacancy.

44.15. <u>Replacements</u>. Forced Skilled Trades employees may seek a qualified replacement from any source with management approval.

44.16. <u>Powerhouse Overtime Operating Crew</u>. Overtime will be offered based on qualifications, low overtime hours, and seniority. If a vacancy still exists, the junior qualified employee(s) will be forced to work the overtime.

44.17. <u>MHC Buffer Skilled Trades</u>. The MHC Buffer warehouse will follow the Skilled Trades overtime language, except that the departments are B1, B2, & B3.

44.18. <u>Posting Overtime Hours</u>. The Company will post each week on Monday before 10 a.m. the total yearly overtime hours (looking back one week) as tracked through the payroll system in all departments, including the Skilled Trades maintenance shops (see section 44.4.)

44.19. <u>Errors in the overtime procedures (All Employees)</u>.

     A.    <u>Notification of Error</u>. If an error in an extended overtime or premium assignment is made, it is the responsibility of the employee, the employee's Union steward or Union officer to bring the error to the attention of the employee's Supervisor, in writing, when possible, in a reasonable amount time in advance of the extended overtime or premium pay opportunity being worked so that it may be corrected.

     B.    <u>Correcting Error in Advance</u>. If the error is brought to the Supervisor's attention in accordance with Section A, and the error is confirmed and it is not corrected, the Company will pay the impacted employee lost wages.

     C.    <u>Timely Notification</u>. If an extended overtime or premium pay assignment error is brought to management's attention within 72 hours after the completion of the overtime/premium assignment and the error is confirmed, a make-up opportunity will be given to the impacted employee.

     D.    <u>Untimely Notification</u>. If an extended overtime or premium pay assignment error is not brought to management's attention within 72 hours after the completion of the overtime/premium assignment, there will be no remedy.

Post(Howard)003529

E.    <u>Scheduling/Layoff Errors</u>.  Errors in scheduling or layoff will be corrected as outlined in 44.19. A. though D.

44.20.  <u>Overtime Procedures for Plant Services: Quality, Trucks, Grounds, Janitors, Safety, and Stores Employees</u>.  The production overtime procedures in this Article will apply for Quality, Trucks, Grounds, Janitors, Safety (including the Fire Marshall) and Stores employees (unless otherwise addressed in this Article).

44.21.  <u>Scheduled Weekend Overtime with Medical Limitations (All Employees)</u>.  Weekend overtime will be filled first with employees who are medically qualified to work their entire weekly schedule including extended overtime.  If weekend slots still remain to be filled, the remaining overtime work can be filled with those employees who are medically restricted from working their regular weekly schedule including extended overtime.  Employees are still subject to contractual forcing within their limitations.

Jobs filled during the week by employees with medical limitations which prohibit them from working their entire weekly schedule including extended overtime, will be treated as open jobs for the weekend overtime purposes.  Start-ups after complete or partial building outages and pre-shift start-ups, if occurring on a weekend, will be treated as an overtime opportunity.

## ARTICLE 45. – HOLIDAYS

45.1.  <u>Recognized Paid Holidays</u>.  Holidays will be aligned to eliminate/minimize multiple start-ups.  In the calendar year 2016, the following will be recognized as holidays starting at the beginning of the work day as defined in Section 2.59 of this Agreement.

| December 28, 2015* | November 24, 2016* |
|---|---|
| May 30, 2016* | November 25, 2016* |
| July 4, 2016* | December 26, 2016* |
| July 5, 2016** | December 27, 2016* |
| July 6, 2016 | December 28, 2016 |
| July 7, 2016 | December 29, 2016 |
| July 8, 2016 | December 30, 2016 |
| September 5, 2016* | |

In the calendar year 2017, the following will be recognized as holidays starting at the beginning of the work day as defined in Section 2.59 of this Agreement:

| January 2, 2017* | November 23, 2017* |
|---|---|
| May 29, 2017* | November 24, 2017* |
| July 3, 2017** | December 25, 2017* |
| July 4, 2017* | December 26, 2017* |
| July 5, 2017 | December 27, 2017 |
| July 6, 2017 | December 28, 2017 |
| July 7, 2017 | December 29, 2017 |
| September 4, 2017* | |

Post(Howard)003530

In the calendar year 2018, the following will be recognized as holidays starting at the beginning of the work day as defined in Section 2.59 of this Agreement:

| | |
|---|---|
| January 1, 2018* | November 22, 2018* |
| May 28, 2018* | November 23, 2018* |
| July 2, 2018 | December 24, 2018* |
| July 3, 2018** | December 25, 2018* |
| July 4, 2018* | December 26, 2018 |
| July 5, 2018 | December 27, 2018 |
| July 6, 2018 | December 28, 2018 |
| September 3, 2018* | |

In the calendar year 2019, the following will be recognized as holidays starting at the beginning of the work day as defined in Section 2.59 of this Agreement:

| | |
|---|---|
| December 31, 2018* | November 28, 2019* |
| May 27, 2019* | November 29, 2019* |
| July 1, 2019 | December 23, 2019 |
| July 2, 2019 | December 24, 2019* |
| July 3, 2019** | December 25, 2019* |
| July 4, 2019* | December 26, 2019 |
| July 5, 2019 | December 27, 2019 |
| September 2, 2019* | |

In the calendar year 2020, the following will be recognized as holidays starting at the beginning of the work day as defined in Section 2.59 of this Agreement.

| | |
|---|---|
| December 30, 2019* | November 26, 2020* |
| May 25, 2020* | November 27, 2020* |
| June 29, 2020 | December 21, 2020 |
| June 30, 2020 | December 22, 2020 |
| July 1, 2020 | December 23, 2020 |
| July 2, 2020** | December 24, 2020* |
| July 3, 2020* | December 25, 2020* |
| September 7, 2020* | |

**: Indicates the day designated for the observance of Martin Luther King Day.

45.2.   Recognized Paid Holidays – New Hires.  The above listed holidays identified by an asterisk (*) will be recognized in the respective calendar year for employees who have completed their probation (including Associate employees) but have not attained their first year anniversary. Probationary employees and Students are not eligible for holiday pay.

82

Post(Howard)003531

45.3.   Eligibility.  To be eligible for holiday pay the employee must work his last scheduled work day prior to the holiday and his first scheduled work day after the holiday, unless the employee fails to report for work on a holiday when work is required.

45.4.   Computation of Holiday Pay.

A.   Unworked Paid Holidays.

    1.   All employees eligible for unworked holiday pay and who have not been disqualified under any circumstances outlined above will be paid eight times the hourly base rate of their regular bid-in classification wage rate, if they perform no work  on a holiday.

    2.   Employees are not eligible for holiday pay for unworked holidays if they are receiving Short Term Disability, Workers' Compensation, or vacation pay.

B.   Work on Paid Holidays.  All employees who are eligible for unworked holiday pay and who are not disqualified under any of the circumstances outlined in item 45.3. of this Article will receive, in addition to their unworked holiday pay (see 45.4.A.1.), double time for all hours worked on a holiday.

C.   Work on Unpaid Holidays.  Employees who work on a recognized holiday, but who are disqualified (under Section 45.3) from receiving unworked holiday pay, will receive time and one-half their regular rate for all hours worked in excess of 32 straight time hours during the week in which such holiday occurred.

D.   Computing Overtime.  Holidays listed under section 45.1, except those that fall on a Saturday or Sunday, will count as days worked for the purpose of computing weekly overtime.

E.   General.  If the employee either works or is scheduled two shifts, both of which cut across the holiday "work day", either one of the shifts, but not both, is considered as the holiday.  It is the intent that there shall be no pyramiding of the overtime premiums specified in Section 44.3.

Post(Howard)003532

## ARTICLE  46. – VACATIONS

46.1.   <u>Vacation Accrual</u>.  All regular employees will accrue vacation as follows:

During the First and Second Year of Employment:

| Continuous Service Requirements | Vacation Earned |
|---|---|
| 6 months service and  employee commenced employment between January 1-April 30 Inclusive | 1 week can be taken 6 months after the employee's date of hire. The employee can take their 2nd  week of earned vacation after their 1st anniversary date  during their 2nd calendar year of employment |
| 6 months service and commenced employment between May 1-December 31 inclusive | 1 week during 2nd calendar year of employment |

After Second Year of Employment:

| | |
|---|---|
| After 2nd Year Anniversary Date | 2 Weeks |
| After 6th Year Anniversary Date | 3 Weeks |
| After 13th Year Anniversary Date | 4 Weeks |
| After 20th Year Anniversary Date | 5 Weeks |
| After 25th Year Anniversary Date | 6 Weeks |

46.2.   <u>Vacation Pay</u>.

A.    <u>Employees Hired Before October 4, 2000</u>.  The hourly wage rate applicable to an employee hired before October 4, 2000 for vacation pay will be calculated using the employee's prior year pensionable earnings multiplied by 1/52nd. This amount divided by employees' bid-in job rate of pay (as of January 1) will determine hours of vacation pay per week for the year.  Minimum hours shall be 40 hours per week to a maximum of 52 hours per week of vacation. Vacation rate of pay will be employee's bid-in job hourly rate at time of vacation.  Employees who are bid-in without a job or floaters will receive Classification C pay.

B.    <u>Employees hired after October 4, 2000</u>.   The hourly wage rate for an employee hired after October 4, 2000 shall be 40 hours multiplied by employee's regular job rate for each week of vacation eligibility.

C.    <u>Single Day Vacation Pay</u>.  Vacation pay for single day vacations will be determined by multiplying the employee's bid-in rate by eight hours for employees hired after October 4, 2000.  Vacation pay for employees hired on

84

Post(Howard)003533

or prior to October 4, 2000 will be determined by using the formula listed in A. above divided by five.

    D.    Vacation pay will not be paid in advance.

46.3.  <u>Vacation Season</u>.  The vacation season will be the 53 week period beginning with the first Monday in each calendar year as follows:

| Calendar Year | |
|---|---|
| 2016 | Week beginning January  4, 2016, through week beginning January 2, 2017 |
| 2017 | Week beginning January 2, 2017, through week beginning January 1, 2018 |
| 2018 | Week beginning January 1, 2018, through week beginning January 7, 2019 |
| 2019 | Week beginning January 7, 2019 through week beginning January 6, 2020 |
| 2020 | Week beginning January 6, 2020 through week beginning January 4, 2021 |

46.4.  <u>Scheduling of Vacations</u>.  Vacations will be granted at such times during this period as may be determined by local Management, due consideration being given to the efficient operation of Company business and the seniority and personal desires of the employees. There will be three opportunities to select full-week vacations.  The first round to request full-weeks' vacation will be from December 1st through January 31st.  Vacation requests will be granted based on seniority and vacation quotas established by the Company.  The second opportunity to request full-week vacations will be from February 1 through February 15th.  Vacation requests will be granted based on seniority, availability and vacation quotas established by the Company. After February 15th, employees who were not granted their full week vacation during the first two periods will be given an opportunity to request full week vacations on a first come-first serve basis.

46.5.  <u>Vacation Carry-Over and  Pay in Lieu of Vacation</u>.  Earned vacation will not carry over from one calendar year to the next, except employees who have earned three weeks or more of vacation in a calendar year may carry over one week of vacation to the following calendar year.

| <u>Earned Vacation</u> | <u>Maximum that can be taken during the Calendar Year</u> |
|---|---|
| 3 Weeks | 4 Weeks |
| 4 Weeks | 5 Weeks |
| 5 Weeks | 6 Weeks |
| 6 Weeks | 7 Weeks |

Employees who have earned three or four weeks of vacation in a calendar year may request to be paid in lieu of up to two weeks of earned vacation during the calendar

85

Post(Howard)003534

year.  Employees who have earned five or six weeks of vacation in a calendar year may request to be paid in lieu of up to three weeks of earned vacation during the calendar year.  Those who failed to request vacation by year-end will be paid no more than three weeks' vacation pay in lieu of time off for which they are otherwise eligible.  The Company will assume no responsibility for loss of eligibility for additional weeks, if any.

46.6.   Vacation Pay During Layoff.  Employees who are laid-off temporarily due to lack of work may request to use earned vacation during layoff if such request is made prior to being laid off.

46.7.   Single Day Vacations.  Employees may use up to five vacation days annually as single day vacations. Single day vacations must be scheduled and approved by the employee's Supervisor by Tuesday of the week prior to the work week in which the employee desires to take the single day vacation.  Single day vacations may not be carried over to the following year.

46.8.   Substitute Paid Holidays.

   A.   Earning Substitute Paid Holidays.  An employee will earn a "substitute paid holiday" when a holiday falls during an employee's full week vacation.

   B.   Using a Substitute Paid Holiday.  A substitute paid holiday may be taken only after it is earned, subject to operating requirements.  Earned Substitute Paid Holidays must be approved through the Supervisor no later than the Tuesday before the week they desire to take the Substitute Paid Holiday(s). Employees may elect pay in lieu of taking earned Substitute Holiday(s).

   C.   Year End Holidays.  Employees who earn substitute paid holidays during the Christmas outage will be allowed the option to carry those days into the first quarter of the next calendar year.  Employees who earn a substitute paid holiday on the New Year holiday can take it anytime in the vacation season. No other earned substitute paid holidays may be carried over.

46.9.   Use of Vacation during FMLA Leave.  Employees on intermittent FMLA leave will be required to use earned vacation after the first 72 hours of annual FMLA 12 week eligibility.  Employees who utilize FMLA in compliance with Section 44.1.B.3.h. (48 hour notice of a doctor visit) shall not have such time included in the 72 hour calculation.

46.10.  Retirement Vacation Allowance.  For each employee who will be paid a supplement vacation payment upon retirement, the calculation will be as follows:  One-twelfth (1/12th) of the normal annual vacation pay for which the employee qualifies under

Post(Howard)003535

the terms of this Article, multiplied by the number of months in which the employee worked in the year of retirement. This payment is restricted entirely to those employees who establish eligibility on the above basis.

### ARTICLE 47. – BENEFIT PLANS

47.1.  <u>Employee Benefit Plans</u>.  The following Company benefit plans, programs and/or policies are provided to eligible regular full-time employees during the term of this Agreement. The benefits provided are subject to and shall be construed as being consistent with the provisions of the Company's benefit plans and/or applicable contracts or policies, including any changes or modifications made to those plans, programs, policies or contracts. Eligible employees shall receive the same benefits and shall pay the same employee cost share of the contribution rate as all other employees employed by Post Consumer Brands, LLC, its affiliates, or its subsidiaries. The Company may change the benefit levels and/or employee cost share of the contribution rate, except for those contribution rates listed in this agreement, so long as employees covered under this agreement are in the same position or better as other employees employed by Post Consumer Brands, LLC, its affiliates, or its subsidiaries, and who are covered under these plans, programs, policies, or contracts. The Company will set the overall cost of the Company plans listed below at the end of the calendar year, to be effective January 1st of the following year. The official plan documents and contracts govern in all cases.

1.  Post Holdings, Inc. Vision Plan

2.  Post Holdings, Inc. Employee Assistance Plan

3.  Post Holdings, Inc. Voluntary Personal Accident (Accidental Death & Dismemberment)

4.  Post Holdings, Inc. Life Insurance Plan

5.  Post Holdings, Inc. Short Term and Long Term Disability

6.  Post Holdings, Inc. Business Travel Accident Plan

7.  Post Holdings, Inc. Employee Health Care Plan (Including medical, dental and prescription drug coverage) until November 30, 2016. To be replaced by the RWDSU Medical 85 plan with prescription drug coverage, and the RWDSU Dental $1750 plan, effective December 1st, 2016.

8.  Post Holdings, Inc. Savings Investment Plan (401(k)),

Post(Howard)003536

9.    Post Holdings, Inc. Retirement Plan (including Early Retirement Supplement at $25 dollars per month, per year of service, capped at 35 years, for those employees hired prior to January 1, 2013).

10.   Post Holdings, Inc. Retiree Health Care Plan for those eligible employees hired prior to October 9, 2005.

11.   Post Holdings, Inc. Flexible Benefits Plan

12.   Post Holdings, Inc. Tuition Reimbursement Program

47.2.   Plan Changes.   The Company reserves the right to amend or modify the Post Holdings, Inc. plans, programs, policies and/or contracts listed above, provided such plan changes or cost increases shall not be in violation of specific provisions of this Agreement.  If, during the term of this Agreement, there is an employee contribution increase, or an amendment to any Post Holdings, Inc. plan, programs, policy, and/or contract that is required by federal law to be communicated to participants, the Company will advise the Union of such amendment before announcing it to the employees.

47.3.   Claims and Appeal Procedures.   The parties understand that the plans listed in this Article have claims and appeal procedures related to plan administration.  Disputes over covered services and other plan administration issues are to be resolved through the plans' claims and appeal procedures.

47.4.   Health and Dental.   Subject to Article 47.5, eligible employees shall be offered the RWDSU Medical 85 Plan on an annual basis during an open enrollment period which is mutually agreed to by the Company and the RWDSU fund administrator. The Company, Union and the Fund Administrator will work together to facilitate open enrollment.  All full time Associate employees, Intermediate full time employees, and Regular full time employees will be entitled to Medical and Dental benefits under the terms of this agreement. For the purpose of Medical and Dental coverage only, "full time employees" are those who work an average of 30 or more hours per week.

The RWDSU Medical 85 Plan and the RWDSU Dental $1750 plan are bundled together and may not be elected separately.  An employee who declines medical coverage is also declining dental coverage.  Dependents that are not covered under the medical plan will not be eligible for dental coverage.

Effective December 1, 2016, the Company agrees to be bound by the RWDSU Health and Benefit Fund Trust Agreement, as it may be amended from time to time, and is hereby made a part of the Collective Bargaining Agreement with the same force and effect as if fully incorporated herein, and the Company and the Union hereby agree that effective December 1, 2016 they shall be deemed parties to said

Post(Howard)003537

Trust Agreement.  The Company will sign the RWDSU Health and Benefit Fund Trust Agreement, in a timely manner upon the ratification of this agreement, and submit such signed agreement to the RWDSU Fund office no later than July 1st, 2016.  The Trust must provide the Company with 90 days' notice of any changes to the Trust Agreement that impacts any terms under this Agreement. If there is a conflict between the Trust Agreement and this Collective Bargaining Agreement, this Collective Bargaining Agreement will control.

The employee and employer costs for the RWDSU Medical 85 plan will not exceed the schedule below during the term of this Agreement. In the event that the plan trustees raise the employer premiums above the quoted caps, one hundred percent (100%) of any increase above the quoted costs listed in the schedule below will be paid by employees through regular weekly pre-tax payroll deductions, in addition to the cost share outlined in the schedule below.

The Company shall be responsible for remitting to the RWDSU fund office on a monthly basis its share of the premium (82%) and the premium contribution paid by the employee as follows:

### a. Medical/Pharmacy:

**RWDSU Plan**
**12/1/16 - 11/30/17**

| Tier | Monthly Employee Rate | Monthly Employer Rate | Total Monthly Cost |
|------|----------------------|----------------------|--------------------|
| Single | $94.40 | $430.07 | $524.47 |
| + 1 | $193.53 | $881.63 | $1,075.16 |
| Family | $287.93 | $1,311.70 | $1,599.63 |

**RWDSU Plan**
**12/1/17 - 11/30/18**

| Tier | Monthly Employee Rate | Monthly Employer Rate | Estimated Total Monthly Cost |
|------|----------------------|----------------------|------------------------------|
| Single | $101.01 | $460.17 | $561.18 |
| + 1 | $207.08 | $943.35 | $1,150.42 |
| Family | $308.09 | $1,403.52 | $1,711.60 |

**RWDSU Plan**
**12/1/18 - 11/30/19**

| Tier | Monthly Employee Rate | Monthly Employer Rate | Estimated Total Monthly Cost |
|------|----------------------|----------------------|------------------------------|
| Single | $108.08 | $492.38 | $600.47 |
| + 1 | $221.57 | $1,009.38 | $1,230.95 |
| Family | $329.65 | $1,501.76 | $1,831.42 |

Post(Howard)003538

**RWDSU Plan**
**12/1/19 – 11/30/20\***

| Tier | Monthly Employee Rate | Monthly Employer Rate | Estimated Total Monthly Cost |
|---|---|---|---|
| Single | $117.81 | $536.70 | $654.51 |
| +1 | $241.51 | $1,100.22 | $1,341.74 |
| Family | $359.32 | $1,636.92 | $1,996.24 |

### b. Dental:

**RWDSU Plan**
**12/1/16 - 11/30/17**

| Tier | Monthly Employee Rate | Monthly Employer Rate | Total Monthly Cost |
|---|---|---|---|
| Single | $4.23 | $19.27 | $23.50 |
| +1 | $8.67 | $39.50 | $48.17 |
| Family | $12.90 | $58.77 | $71.67 |

**RWDSU Plan**
**12/1/17 - 11/30/18**

| Tier | Monthly Employee Rate | Monthly Employer Rate | Total Monthly Cost |
|---|---|---|---|
| Single | $4.53 | $20.62 | $25.15 |
| +1 | $9.28 | $42.26 | $51.54 |
| Family | $13.80 | $62.88 | $76.69 |

**RWDSU Plan**
**12/1/18 - 11/30/19**

| Tier | Monthly Employee Rate | Monthly Employer Rate | Total Monthly Cost |
|---|---|---|---|
| Single | $4.84 | $22.06 | $26.91 |
| +1 | $9.93 | $46.22 | $55.15 |
| Family | $14.77 | $67.29 | $82.05 |

**RWDSU Plan**
**12/1/19 – 11/30/20\***

| Tier | Monthly Employee Rate | Monthly Employer Rate | Total Monthly Cost |
|---|---|---|---|
| Single | $5.18 | $23.61 | $28.79 |
| +1 | $10.62 | $48.39 | $59.01 |
| Family | $15.80 | $72.00 | $87.80 |

\* These benefits will not extend beyond the termination of this Agreement unless there is an extension agreement in effect.

90

Post(Howard)003539

The Company will deduct employee premiums on a weekly basis. The above listed premiums may be less, depending on the yearly quote by the RWDSU funds office.

47.5.  <u>Termination of RWDSU benefits</u>.  Notwithstanding any provision in the Trust Agreement, with not less than 60 days advance notice, the Company may exit the RWDSU Medical 85 plan, RWDSU Dental $1750 Plan and Trust Agreement as described above and provide eligible employees with coverage under Company sponsored healthcare plans.   The Company may substitute the RWDSU health insurance plan with equivalent medical and dental plans with the same employee cost as listed above.  In the event that the Company exits the RWDSU Medical 85 plan and RWDSU Dental $1750 Plan, the Company will be responsible for paying the premium for the final month that coverage is provided by the RWDSU plan.

47.6.  <u>Summary Plan Descriptions</u>.   For their own benefit plans, the parties will provide applicable Summary Plan Descriptions (SPD) to employees.

47.7.  <u>Information to be provided to the Company</u>.  The RWDSU and RWDSU Fund agree to provide the Company with all information in a timely manner, including information required under the ACA, upon request.

47.8.  <u>Retiree Medical Benefits</u>.   Employees hired on or after October 9, 2005 are not eligible for retiree health benefits.  Eligible employees who retire under the term of this Agreement will receive retiree medical benefits as provided for in Appendix F.

Retirees will incur any additional cost for the purchase of healthcare that exceeds the amount of any annual subsidy provided for in this Article.  Employees who retire after January 1 of a given calendar year will receive a prorated subsidy contribution for the calendar year in which they retire. The contribution and distribution of the Annual Company contribution amount will be subject to the terms, policies, and/or contracts governing the Retiree Only Health Reimbursement Account arrangement.

47.9.  <u>Retirement Plan</u>.  Eligibility, participation, and benefits for the Post Holdings, Inc. Retirement Plan are determined exclusively under the terms of such plan as it may be amended from time to time.   Notwithstanding the previous sentence, the Pension plan benefit multiplier calculation will not be changed or altered without negotiation with the Union in accordance with the mid-term negotiation process outlined in Section 48.2.  In the event that the parties are unable to reach an agreement, the benefit multiplier calculation will remain unchanged. This, however, will not interfere with the Trustees' duties to administer the plan.

47.10.  <u>Benefit Plans Not Arbitrable</u>.   The provisions of the Company's benefit plans, programs, contracts, or policies shall not be arbitrable.  Only the issue of whether the

Post(Howard)003540

plan or policy was misapplied toward an employee shall be the subject of arbitration, but only if the plan or policy does not have its own appeal procedure.

47.11. _Termination of Benefits_.  The benefits provided for under this Article will terminate upon the earlier of:

A.    Termination of this Agreement;

B.    The implementation of the 60-day notice period in Section 47.5;

C.    For eligibility reasons benefits will terminate in accordance with the plan documents, contracts, or policies.

D.    For purposes of a strike or work stoppage, as of the date of the strike or work stoppage.

### ARTICLE  48. – COMPLETE SETTLEMENT & MID-TERM BARGAINING

48.1.   _Complete Settlement_.  The parties agree that by the execution of this Agreement they have settled all issues relative to negotiation of this Agreement.  The parties further agree that no written agreement, letter of intent, letter of interpretation, Company bulletin notice, or other document predating the date of execution of this Agreement that is not included in this Agreement will be binding upon either party or considered to represent precedent unless both parties accept such written agreement as mutually binding. Past practice may be used under this Agreement to interpret contractual language applications, and procedural practices but not to create substantive rights.

48.2.   _Mid-Term Bargaining_.  The Local 374 Executive Board and the Company shall be authorized, upon written agreement by the parties, that any section of this Agreement may be reopened for permissive bargaining during its term.  The written notice will include the specific provisions of the contract to be negotiated, interpreted, or adjusted.  Any agreements between the parties must be in written form and signed by both parties authorized representatives before becoming effective.  In the event of mid-term negotiations, all sections of the contract not included on the written agreement to bargain will remain in effect, including the provisions of Article 9 (Strikes & Lock-Outs).  In the event that the parties are unable to reach a final written agreement on the subject of mid-term negotiations the Company may not claim impasse, and the contract will remain unaltered.

Post(Howard)003541

## ARTICLE  49. – SUCCESSORSHIP

This Agreement shall be binding on all signatories hereto, and their successors and assigns, whether such status is created by sale, lease, assignment, or any other type transfer transaction.  In consideration of the Union's execution of this Agreement, the Employer promises that its operations covered by this Agreement or any part thereof shall not be sold, conveyed, or otherwise transferred or assigned to any successor without first securing the Agreement of the successor to assume all of the Employer's obligations under this Agreement and to offer employment subject to the terms of this Agreement, to all of the Employer's then current employees, recognizing their accrued seniority for all purposes. Provided, that the Employer shall not be a guarantor or be held liable for any breach by the successor or assignee of its obligations, and the Union will look exclusively to the successor or assignee for compliance with the terms of this Agreement.

## ARTICLE  50. – TERM OF AGREEMENT

50.1.   Definition of Term.  This Agreement is effective from October 5, 2015, and shall continue in full force and effect until 11:59 P.M. on October 4, 2020, and thereafter, from year to year, unless one of the parties hereto on or before the 60th day prior to October 4, 2020, or any October 4th  thereafter, shall notify the other party thereto, in writing, of its desire to modify or terminate the same, provided that if modification is desired, a copy of the specific modifications desired shall accompany such notice.

50.2.   Advance Notice.  Because of the nature of the manufacturing process, each party has a continuing obligation during and beyond the expiration of this Agreement or any extended Agreement to provide a minimum of seven full days advance notice to the other party of intent to take action, such as strike, or in the case of the Company, lock-out.  This provision shall be effective seven full days in advance of the expiration of this and any subsequent or extended Agreement.  The party failing to give seven full days' notice will be held liable for any and all damages suffered by the other party.

## ARTICLE  51. – NOTICES

Written notice as required by this Agreement, shall be sufficiently served by the Union upon the Company when such notice is addressed to, sent by certified mail, return receipt requested and delivered to the:

Plant Manager
Post Foods, LLC
275 Cliff Street
Battle Creek, MI 49014

Post(Howard)003542

A duplicate copy of such notice may also be sent to:
    Chief Human Resources Officer
    Post Consumer Brands
    PO Box 1025
    20802 Kensington Blvd
    Lakeville, Minnesota 55044

Written notices shall be sufficiently served by the Company upon the Union when such notice is addressed to, sent by certified mail, return receipt requested, and delivered to the:
    President
    RWDSU Local 374
    250 Cliff St.
    Battle Creek, MI  49014

A duplicate copy of such notice may also be sent to the:
    Regional Director, RWDSU
    3181 Eastern Ave
    Grand Rapids, MI 49508

## ARTICLE 52. -- SAVINGS CLAUSE

None of the provisions included in this Agreement or its Appendices or Supplements may be interpreted in any manner that would be in conflict with any federal, state or local laws.  If any court or federal, state, or local law should invalidate any part of this Agreement, such decision or law shall not invalidate the entire Agreement.  If necessary, the parties will renegotiate the provision that become invalid.  If any provision of this Agreement is deemed to violate any such law(s) or ordinance(s), the remainder of this Agreement shall not be affected.

## ARTICLE 53. -- PRINTING & DISTRIBUTION OF THIS AGREEMENT

The Company shall have this Agreement printed, and during the term thereof, shall distribute copies to all present and newly hired employees.  The parties will agree to seek a bid from a Union printer, and the parties will discuss the continuance of the practice of the Union paying the difference of the cost of printing if a Union bid for the job is higher.  A condition of awarding the bid for printing of this Agreement is that an electronic copy of the Agreement must be provided in a format acceptable to the Company; i.e., Microsoft Word.

94

Post(Howard)003543

**ARTICLE  54. – SIGNATURE PAGE**

IN WITNESS WHEREOF, the parties hereto have executed this Agreement in quadruplicate as of the day and year first written above.

UNITED CEREAL, BAKERY & FOOD WORKERS
LOCAL 374 of the RETAIL, WHOLESALE &
DEPARTMENT STORE UNION

POST FOODS LLC –
BATTLE CREEK PLANT

FOR THE UNION:

Ken Brown, RWDSU Int. Representative

Bryan Cornwell, Shift Committeeperson

Chris Hare, Secretary/Treasurer

Lance Emery, President

Tommie Kirk, Top Committeeperson Production

David Ledbetter, Top Committeeperson Maint

Mitch Marz, Recorder

Michael Neuman, Shift Committeeperson

Rick Stalb, 2nd Vice President

G Allen Mayne,  Director of Collective Bargaining

FOR THE COMPANY:

Dallas Clipp, Associate General Counsel

Tim A Garnett, Attorney, Ogletree Deakins

Don Holton, Plant Manager – Battle Creek

Jan Kelly, HR Director – Battle Creek

Davie Marlok, Business Unit Manager

J B Patterson, Sr Director Human Resources

Kathy Sutton, Associate HR Mgr

95

Post(Howard)003544

## APPENDIX A
## JOB CLASSIFICATION - A-B-C WAGE TABLE:   PRODUCTION & NON-MECHANICAL

| #4 BUILDING | CLASS | 10/16/15 | 10/03/16 | 10/02/17 | 10/01/18 | 10/07/19 |
|---|---|---|---|---|---|---|
| A1 Bran | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A2 Bran – Bran Rolls | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A3 Bran Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A Rice Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| AA Packaging–Progressive | AA | 30.69 | 31.14 | 31.60 | 32.22 | 32.85 |
| B Packaging | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A1 Material Handler | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Mill Operator | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B2 Sanitation Specialist | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| C Utility | C | 28.62 | 29.05 | 29.49 | 30.08 | 30.68 |
| Specialized Hand Pack | Other | 15.74 | 15.98 | 16.22 | 16.54 | 16.87 |

| #17 BUILDING | CLASS | 10/16/15 | 10/03/16 | 10/02/17 | 10/01/18 | 10/07/19 |
|---|---|---|---|---|---|---|
| A5 Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A4 Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B2 Process | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| AA Packaging–Progressive | AA | 30.69 | 31.14 | 31.60 | 32.22 | 32.85 |
| B Packaging | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A1 Material Handler | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| C Utility | C | 28.62 | 29.05 | 29.49 | 30.08 | 30.68 |
| B2 Sanitation Specialist | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| Specialized Hand Pack | Other | 15.74 | 15.98 | 16.22 | 16.54 | 16.87 |

| #20/32 BUILDING | CLASS | 10/16/15 | 10/03/16 | 10/02/17 | 10/01/18 | 10/07/19 |
|---|---|---|---|---|---|---|
| AA Packaging–Progressive | AA | 30.69 | 31.14 | 31.60 | 32.22 | 32.85 |
| B Packaging | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A1 Puff-Head Buhler-Progressive | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A2 Puff-Head Coat Reel Progressive | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B1 Puff Process | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A1 Mill | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A1 Material Handler | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A2 PCO | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B1 Feed | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| C Utility | C | 28.62 | 29.05 | 29.49 | 30.08 | 30.68 |
| A1 Head Granola Process - Progressive | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B1 Assistant Granola-Process | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A2 Granola Bulker | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A1 Head Crisp Rice – Progressive | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B1 Crisp Rice Assistant | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A3 Crisp Rice Rolls | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A1 WP Extruder | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A2 WP Reels | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |

Post(Howard)003545

| | | | | | | |
|---|---|---|---|---|---|---|
| A3 Grape Nut Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A Support Feed Plant | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B2 Sanitation Specialist | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A3 Blending | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Specialized Hand Pack | Other | 15.74 | 15.98 | 16.22 | 16.54 | 16.87 |
| **#29 BUILDING** | **CLASS** | **10/16/15** | **10/03/16** | **10/02/17** | **10/01/18** | **10/07/19** |
| A1  Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A2 Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A3 Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A4 Process | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A5 Bulker (Tote) | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| AA Packaging–Progressive | AA | 30.69 | 31.14 | 31.60 | 32.22 | 32.85 |
| B Packaging | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| A Modular Operator | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| A1 Material Handler | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| B2 Sanitation Specialist | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| C1 Support | C | 28.62 | 29.05 | 29.49 | 30.08 | 30.68 |
| A2 Vitamin Room | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Specialized Hand Pack | Other | 15.74 | 15.98 | 16.22 | 16.54 | 16.87 |
| **#5 BUILDING – GRAIN TANKS** | **CLASS** | **10/16/15** | **10/03/16** | **10/02/17** | **10/01/18** | **10/07/19** |
| Grain Tanks Operator | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Warehouse Rec Inspector | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| **#65 BUILDING - MHC RATE** | | | | | | |
| MHC Operator | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| **PLANT SERVICES** | | | | | | |
| Bld-In Janitor | Other | 22.01 | 22.34 | 22.67 | 23.12 | 23.59 |
| Truck Driver | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| **GROUNDS DEPARTMENT** | | | | | | |
| Fumigator | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Bld-In Grounds | Other | 22.01 | 22.34 | 22.67 | 23.12 | 23.59 |
| **STORES DEPARTMENT** | | | | | | |
| A1 Stores | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| **QUALITY SYSTEMS DEPT** | | | | | | |
| Building Inspector | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Central Lab | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Raw Material Inspector | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Micro Lab Tech | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| **SAFETY DEPARTMENT** | | | | | | |
| Fire Marshal | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Safety Compliance Coordinator | A | 30.14 | 30.59 | 31.05 | 31.67 | 32.30 |
| Safety Technician | B | 29.32 | 29.76 | 30.21 | 30.81 | 31.43 |
| Designated Trainer | Paid an additional $1.25/hour when training another employee | | | | | |
| Non-Designated Trainer | Paid an additional $0.75/hour when training another employee | | | | | |

97

Post(Howard)003546

## APPENDIX B
## SKILLED TRADES CLASSIFICATIONS - MECHANICAL DEPARTMENT

| | CLASS | 10/16/15 | 10/03/16 | 10/02/17 | 10/01/18 | 10/07/19 |
|---|---|---|---|---|---|---|
| **ELECTRICAL: OP SERVICE  (additional $1.25 for the Plant Master Electrician)** | | | | | | |
| Electronic Technician | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class A Electronics Mechanic | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class A Electrician | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class B Electronics Mechanic | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class B Electrician | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class C Electronics Mechanic | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| Class C Electrician | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| **MACHINE SHOP: OP SERVICE** | | | | | | |
| Class A Machinist | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class B Machinist | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class C Machinist | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| **MECHANICS: OP SERVICE (Millwright & Pkg Combined)** | | | | | | |
| Class A Mechanic | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Certified Class AA PKG Mechanic | AA | 32.18 | 32.66 | 33.14 | 33.79 | 34.46 |
| Class B Mechanic | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class C Mechanic | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| **SHEETMETAL: OP SERVICE** | | | | | | |
| Class A Mechanic | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class B Mechanic | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class C Mechanic | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| **PIPEFITTING: OP SERVICE** | | | | | | |
| Class A Pipefitter | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class A Pipe coverer | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class A Pneumatics Mechanic | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class B Pipefitter | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class B Pipe coverer | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class B Pneumatics Mechanic | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class C Pipefitter | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| Class C Pipe coverer | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| Class C Pneumatics Mechanic | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| **AUTOMOTIVE MECHANIC: OP SERVICE** | | | | | | |
| Class A Lift Truck Mechanic | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| **POWERHOUSE: OP SERVICE** | | | | | | |
| Class A Repair | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Swing Shift Operator | Other | 32.04 | 32.52 | 33.01 | 33.67 | 34.34 |
| Class B Repair | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Powerhouse Operator | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |

Post(Howard)003547

| Assistant Swing Shift Operator | Other | 31.28 | 31.75 | 32.22 | 32.87 | 33.53 |
|---|---|---|---|---|---|---|
| Assistant Operator | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Powerhouse Relief | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class C Repair | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| Trainee | Other | 28.68 | 29.11 | 29.55 | 30.14 | 30.74 |
| **OTHER MAINTENANCE TRADES: OP SERVICE** | | | | | | |
| Class A Refrigeration A/C Mechanic | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class B Refrigeration A/C Mechanic | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| Class C Refrigeration A/C Mechanic | C | 29.24 | 29.68 | 30.12 | 30.73 | 31.34 |
| Class A Motor Repair | A | 31.63 | 32.11 | 32.59 | 33.24 | 33.91 |
| Class B Motor Repair | B | 30.76 | 31.22 | 31.69 | 32.33 | 32.97 |
| **ELECTRICAL MATERIAL HANDLING MECH: OP SERVICE** | | | | | | |
| Distribution Mechanic | Other | 32.88 | 33.36 | 33.84 | 34.49 | 35.16 |
| Distribution Technician | Other | 32.88 | 33.36 | 33.84 | 34.49 | 35.16 |
| **OTHER TRADE CLASSIFICATION: ALL DEPARTMENTS** | | | | | | |
| **Skilled Trades Dept. Liaison** | Paid an additional $1.25/hour | | | | | |

## APPENDIX C
## SKILLED TRADES LIAISON & DESIGNATED TRAINER

Skilled Trades Liaison.

A.     Maintenance Liaison Position.   Skilled Trades Liaison is an employee who is selected by his trade peers to assist management in the day to day execution of the maintenance plan as needed.

B.     Selection and Duties of Skilled Trades Liaison.  The Skilled Trades Department will recommend the Liaison and an Alternate.  The Skilled Trades Department stewards will canvass the trade by using the authorized selection form.  In the event of a tie in the canvass procedure, the senior Skilled Trades employee will be recommended.  In the event of a tie, the person with the second most votes or who was not selected will be designated as the Liaison Alternate.  The selection form votes shall be counted by the Skilled Trades Manager and the Skilled Trades Top Committee man.

Management  will  select  the  Liaison  based  on  the  Skilled  Trade  Department recommendation.  The Liaison can be replaced if performance is not acceptable.  During leaves of absence, vacation, or in the event that the Liaison is permanently replaced, the Alternate shall be the Liaison.

The minimum time period for this position is 12 months. If employee wishes to give up the position, they will be unable to re-apply for 12 months.

99

Post(Howard)003548

C.  <u>Expectations and Rate of Pay of the Liaisons</u>.

    1.  Management will determine the need to utilize the Liaison, and the Liaison will be considered as a regular scheduled mechanic with regard to extended and weekend overtime opportunities per current contract language.

    2.  The Liaison may be held up to four weeks prior to being forced to fill a vacancy and will be paid an additional $1.25 per hour at all times when performing Liaison duties.

    3.  The Liaison will be a working member of the crew when available and will be used for his knowledge and expertise in his trade.

D.  <u>Responsibilities of the Liaisons will not include the following</u>:

    1.  Liaisons will not be asked to discipline employees.

    2.  Liaisons will not be asked to approve any leave of absence (vacation, illness, etc.)

<u>Designated Trainer and Trainers</u>.

A.  <u>Designated Trainer Position</u>.  Designated Trainer is established to enhance job skills by using qualified experienced bid-in operators as trainers.

B.  <u>Selection and Duties of Designated Trainers</u>.

    1.  Management will determine if a designated trainer position is needed for a classification.

    2.  The bid-in job holders in that classification will recommend a Designated Trainer.

    3.  Management will select a Designated Trainer based upon the bid-in employees' recommendations. Designated Trainers can be replaced/discontinued if performance is not acceptable.

    4.  Designated Trainers will receive additional compensation only during the time which they are training other employees in addition to the performance of their jobs.

    5.  If the Designated Trainer is not available on the trainee's shift, the trainee will move to the shift of the Designated Trainer.

    6.  The Designated Trainer must provide assistance and information necessary to update training documents.

100

Post(Howard)003549

C.  <u>Designated Trainer Pay Rate</u>.  Designated Trainers will receive an additional $1.25 per hour during the time spent training.

D.  <u>Trainers</u>.  Any employee who is not a Designated Trainer, but who is scheduled by the Company to train another employee, will receive an additional $0.75 per hour during the time spent training.

**APPENDIX D**
**RWDSU MEDICAL 85 PLAN**

| | IN-NETWORK (PPO) | OUT-OF-NETWORK (NON-PPO) |
|---|---|---|
| **GENERAL PROVISIONS**<br>**(Includes Mental Health Disorders and Substance Abuse)** | | |
| **Calendar Year Deductible** | No deductible required.    $75 per person; 3 member family maximum. | |
| **Annual Out-of-Pocket Maximum** | $5,000 per person; $12,700 family maximum<br><br>**In-Network Services:** All deductibles, copays and coinsurance for in-network services and out-of-network mental health and substance abuse emergency services apply to the out-of-pocket maximum, including prescription drugs.<br><br>**Out-of-Network Services:** Excluding mental health and substance abuse services rendered in the emergency room, out-of-network services do not apply to the out-of pocket maximum. | |
| **INPATIENT HOSPITAL FACILITY SERVICES**<br>**(Includes Mental Health Disorders and Substance Abuse)** | | |
| **Inpatient Facility Coverage (including maternity)** | Covered at 85% of the allowance with no deductible or copay. Covers semi-private room and board, intensive care units, general nursing services and usual hospital ancillaries. | Covered at 60% of the allowance subject to the calendar year deductible. Covers semi-private room and board, intensive care units, general nursing services and usual hospital ancillaries. |
| **Preadmission Certification** | All hospital admissions require preadmission certification (except emergency hospital admissions and maternity); notification within 48 hours of emergencies. For preadmission certification, call 1 800 248-2342.  If preadmission certification is not obtained, a $100 penalty will be applied. | |
| **Individual Case Management** | Coordinates care in the event of a catastrophic or lengthy illness or injury. For more information, call 1 800 821-7231. | |
| **Disease Management** | Coordinates care for chronic conditions such as asthma, diabetes, coronary artery disease, congestive heart failure and chronic obstructive pulmonary disease. | |
| **Baby Yourself** | A prenatal wellness program. For more information, call 1 800 222-4379. You can also enroll online at www.behealthy.com. | |
| **OUTPATIENT HOSPITAL FACILITY SERVICES**<br>**(Includes Mental Health Disorders and Substance Abuse)** | | |
| **Surgery** | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |

101

Post(Howard)003550

| | | |
|---|---|---|
| **Medical Emergency** | Covered at 85% of the allowance with no deductible or copay. | Covered at 85% of the allowance with no deductible or copay.<br><br>Mental health disorders and substance abuse services apply to the out-of-pocket maximum. |
| **Accidental Injury** | Covered at 85% of the allowance with no deductible or copay. | Covered at 85% of the allowance with no deductible or copay. |
| **Diagnostic Lab, X-ray and Pathology** | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| **Hemodialysis, IV Therapy, Chemotherapy and Radiation Therapy** | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| **Intensive Outpatient Program (IOP) and Partial Hospitalization Program (PHP)** **Note:** Preadmission Certification is required. Call 1-800-248-2342 (toll free). | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| **PHYSICIAN SERVICES**<br>**(Includes Mental Health Disorders and Substance Abuse)** | | |
| **Office Visits, Outpatient Consultations and Outpatient Surgery** | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| **Emergency Room Physician Fees** | Covered at 85% of the allowance with no deductible or copay. | Covered at 85% of the allowance with no deductible or copay.<br><br>Mental health disorders and substance abuse services apply to the out-of-pocket maximum. |
| **Inpatient Surgery and Anesthesia** | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| **Inpatient Visits, Second Surgical Opinions and Inpatient Consultations** | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| **Maternity** | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |

Post(Howard)003551

| BENEFIT | IN-NETWORK (PPO) | OUT-OF-NETWORK (NON-PPO) |
|---|---|---|
| Diagnostic X-rays and Lab Exams | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| Hemodialysis, IV Therapy, Chemotherapy and Radiation Therapy | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| **PREVENTIVE CARE SERVICES** | | |
| Routine Immunizations and Preventive Services | Covered at 100% of the allowance with no deductible or copay. See AlabamaBlue.com/preventiveservices for a listing of the specific immunizations and preventive services. | Not covered |
| **In addition to the preventive services listed at AlabamaBlue.com/preventiveservices, your group provides benefits for below preventive services.  In some cases, the frequency of preventive services listed below is more liberal than the frequency of the same preventive services listed on the website.  In those cases, the more liberal frequency will apply.** | | |
| Additional Routine Preventive Services | Covered at 100% of the allowance with no deductible or copay. OB/GYN exam (one per calendar year for females age 7 and over) Urinalysis (when necessary) CBC (when necessary) TB skin testing (when necessary) Lipid panel (once every five calendar years) Comprehensive metabolic panel (once every five calendar years) Colonoscopy (one per calendar year for members age 40 and over) | Not covered |
| **OTHER COVERED SERVICES (Includes Mental Health Disorders and Substance Abuse)** | | |
| Chiropractic Services (excluding diagnostic x-rays) | Covered at 80% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| | Limited to $25 per visit and a maximum of $625 or 25 visits per person per calendar year.  Also limited to a lifetime maximum payment of $2,500 per person. | |
| Chiropractic Diagnostic X-rays | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| Allergy Testing and Treatment | Covered at 85% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |
| Durable Medical Equipment | Covered at 80% of the allowance subject to the calendar year deductible. | |
| Private Duty Nursing | Covered at 80% of the allowance subject to the calendar year deductible. | |
| Ambulance Services | Covered at 80% of the allowance subject to the calendar year deductible. | |
| Physical, Speech and Occupational Therapy | Covered at 80% of the allowance with no deductible or copay. | Covered at 60% of the allowance subject to the calendar year deductible. |

103

Post(Howard)003552

**APPENDIX E**
**RWDSU PRESCRIPTION & DENTAL PLAN(S)**

**EMPLOYER NAME:** Post Cereal

|  | AMOUNT PAYABLE |
|---|---|
| **Express Scripts PRESCRIPTION DRUG BENEFITS** | |
| Retail Prescription Drug Program Co-payment per Prescription | |
| Generic prescriptions | $5 |
| Formulary prescriptions | $15 |
| Non-formulary prescriptions | $25 |
| | |
| Mail Order Prescription Drug Program Co-payment | |
| Generic prescriptions | $5 |
| Formulary prescriptions | $15 |
| Non-formulary prescriptions | $25 |
| Days Supply-NEW/REFILL | 45/90 |
| | |
| **\*DENTAL BENEFITS (EXAMPLE ONLY. Will vary based on plan choice)** Minor Dependent Orthodontia – Lifetime Maximum | $2,000 |
| Annual Maximum (Employee/Dependent) | $1,750/$1,650 |
| Deductible: Individual – Calendar Year | $0 |

| | |
|---|---|
| Amount Payable after Deductible | |
| First $400 paid at | 100% |
| Balance paid at | 85% |
| | |
| **\*HEARING BENEFITS** | |
| Exam Maximum Benefit (paid once every three years) | $100 |
| Hearing Aid Maximum Benefit (paid once every three years) | $500 per year |

The amounts referred to above are for "Covered Expenses" only. If you incur charges which are not considered Covered Expenses according to the PLAN DOCUMENT, they are not considered for payment by the Fund, nor are they taken into account when your Coinsurance and Out-of-Pocket Maximum levels are reached. PLEASE REFER TO THE SUMMARY PLAN DESCRIPTION FOR A DESCRIPTION OF THE BENEFITS, LIMITATION, AND YOUR RIGHTS AND OBLIGATIONS FOR RECEIVING BENEFITS.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE RWDSU HEALTH AND BENEFIT FUND OFFICE at (800) 633-8906 or (205)252-3586. THIS SHEET IS FOR INFORMATION ONLY AND IS NOT A GUARANTEE OF BENEFITS.

Post(Howard)003553

**APPENDIX F**
**RETIREE MEDICAL**

A.   <u>HSA Plan and/or 80/60 Plan</u>
Eligible employees who retire under the term of this Agreement and prior to or on 10/31/2017 will be eligible for enrollment in the HSA plan or 80/60 PPO plan under the Post Holdings, Inc. Retiree Welfare Benefit Plan (the "Plan"), at the contribution levels in section D below.  The Company shall not make contributions to the health savings accounts of retirees who elect the HSA plan, if available. The official plan documents and contracts govern in all cases. With respect to the eligible employees described in this paragraph, and their covered dependents, coverage under the plan will terminate 11/30/2017. Beginning 12/1/2017, eligible retirees described in this paragraph who were covered under the Plan as of 11/30/2017 will be eligible to be covered under the Post Holdings, Inc. Retiree Health Reimbursement Account ("Retiree HRA") Plan. Eligible employees who retire on or after 12/1/2016 must provide proof of enrollment under the RWDSU Medical 85 plan, and such proof must indicate continuous coverage under the RWDSU plan through their retirement date. The Company reserves the right, in all cases, to determine eligibility under the Post Holdings, Inc. Retiree Welfare Benefit Plan ("the Plan") and/or the Post Holdings, Inc. Retiree Health Reimbursement Account ("Retiree HRA") subject to the appeal procedures under the applicable plans.

B.   <u>Retiree-Only HRA</u>
Eligible employees who retire under the term of this Agreement and on or after 11/1/2017 will be eligible for the Post Holdings, Inc. Retiree Health Reimbursement Account ("Retiree HRA") Plan, subject to its terms and conditions. The official Retiree HRA plan documents and contracts govern in all cases. Eligible retirees will receive an annual employer contribution (See Section E of this Appendix) to be used for the reimbursement of the cost of premiums for health coverage.  Employee contributions will be prorated for retirees who enroll after January 1 of a given calendar year. Retirees who are eligible for Medicare must enroll in Medicare Parts A, B, and D in order to become or remain eligible for the Retiree HRA plan.   Employer's total contributions shall be limited to those amounts provided for in Section E of this Appendix. The Company reserves the right, in all cases, to determine eligibility under the Post Holdings, Inc. Retiree Welfare Benefit Plan ("the Plan") and/or the Post Holdings, Inc. Retiree Health Reimbursement Account ("Retiree Only HRA"), subject to the appeal procedures under the applicable plans.

C.   <u>Claims and Appeal Procedures</u>:  The parties understand that the Plan and the Retiree HRA plan have claims and appeal procedures related to plan administration. Disputes over covered services and other plan administration issues are to be resolved through the plans' claims and appeal procedures.

Post(Howard)003554

D.    Retiree Contributions:   Retiree Contributions for medical coverage under the Post Holdings, Inc. Retiree Welfare Benefit Plan for the dates set forth below are:

| Period/Program Name | Pre-65 Premium Rates | | | Post-65 Premium Rates | | |
| --- | --- | --- | --- | --- | --- | --- |
| | EE | EE+1 | Family | EE | EE+1 | Family |
| Tiered Contribution Rates | | | | | | |
| **2/6/16 - 12/31/16:** | | | | | | |
| 80/60 PPO | $135 | $191 | $283 | $130 | $180 | $232 |
| Health Savings Account* | $110 | $145 | $206 | N/A | N/A | N/A |
| **1/1/17-11/30/17:** | | | | | | |
| 80/60 PPO | $140 | $197 | $292 | $134 | $185 | $239 |
| Health Savings Account* | $113 | $149 | $212 | N/A | N/A | N/A |

Notes:

*Per the Internal Revenue Code, participants entitled to Medicare cannot make or receive a contribution into a Health Savings Account

E.    The annual employer contribution to the Retiree HRA plan, beginning 12/1/2017 will be:

| *Subsidy amounts to be provided beginning 12/1/17:* | | **Annual** |
| --- | --- | --- |
| Pre-65 subsidy amounts: | Retiree only | $13,900 |
| | Retiree + 1 | $27,800 |
| | Surviving Spouse only | $13,900 |
| Retiree & Spouse | One > 65 and one < 65 | $18,700 |
| Post-65 Subsidy amounts: | Retiree only | $3,500 |
| | Retiree + 1 | $7,000 |
| | Surviving Spouse only | $3,500 |

Post(Howard)003555

# EXHIBIT 1(C)



# AGREEMENT

## Between



## POST FOODS LLC - BATTLE CREEK PLANT

## And



## LOCAL UNION #374 of the
## UNITED CEREAL, BAKERY, AND FOOD WORKERS
## Of the RETAIL, WHOLESALE & DEPARTMENT
## STORE UNION UFCW

## October 5, 2020 to October 2, 2023



Post(Howard)003253

## TABLE OF ARTICLES & APPENDICES

ARTICLE  1. — AGREEMENT ................................................................................1

ARTICLE  2. — DEFINITIONS ............................................................................1

ARTICLE  3. – UNION RECOGNITION ...............................................................6

ARTICLE  4. – EMPLOYEE RESPONSIBILITIES ................................................6

ARTICLE  5. – UNION SECURITY ......................................................................6

ARTICLE  6. – UNION ACTIVITY ........................................................................6

ARTICLE  7. – CHECK-OFF & MAINTENANCE OF MEMBERSHIP ................6

ARTICLE  8. – COMMITTEE REPRESENTATIVES– SELECTION & NUMBER .......7

ARTICLE  9. – STRIKES & LOCK-OUTS ..........................................................7

ARTICLE 10. – MANAGEMENT ...........................................................................7

ARTICLE 11. – SUBSTANCE ABUSE TESTING ...............................................8

ARTICLE 12. — DISCIPLINE ............................................................................11

ARTICLE 13. – PERFORMING BARGAINING UNIT WORK .............................12

ARTICLE 14. – NON-DISCRIMINATION ...........................................................12

ARTICLE 15. – GRIEVANCES ...........................................................................13

ARTICLE 16. – ARBITRATION ..........................................................................14

ARTICLE 17. – EXPEDITED ARBITRATION .....................................................15

ARTICLE 18. – SENIORITY DEFINED ..............................................................15

ARTICLE 19. – IDENTICAL SENIORITY DATES ..............................................16

ARTICLE 20. – PROBATIONARY PERIOD .......................................................16

ARTICLE 21. – SCHEDULING & RELINQUISHING CLASSIFICATIONS .........17

ARTICLE 22. – PLACEMENT & CUTBACK .....................................................22

ARTICLE 23 — TRAINING.................................................................................34

ARTICLE 24. – RECALL ...................................................................................36

ARTICLE 25. –– MODIFIED WORK DUTIES ...................................................37

ARTICLE 26. — MINOR EQUIPMENT & MACHINERY ADJUSTMENTS .........37

ARTICLE 27. — BIDDING..................................................................................38

ARTICLE 28 — CONTRACTING OF ON-SITE SKILLED TRADES WORK .......47

ARTICLE 29. – JOB DESCRIPTIONS...............................................................49

ARTICLE 30. — REDUCTION IN FORCE .........................................................49

ARTICLE 31. – LEAVES OF ABSENCE ...........................................................50

ARTICLE 32. - PRODUCTION SUPPORT EMPLOYEES (NON-SKILLED TRADES)........52

ARTICLE 33 — DEVELOPMENT STAGE JOBS ..............................................54

Post(Howard)003254

ARTICLE 34 — ENCORE AND TEMPORARY EMPLOYEES.....................................56

ARTICLE 35. – WORK SCHEDULES ....................................................................59

ARTICLE 36. – ON CALL.......................................................................................60

ARTICLE 37. – BREAK PERIODS .........................................................................60

ARTICLE 38. – WAGES AND SHIFT DIFFERENTIAL..............................................60

ARTICLE 39. – WAGES FOR NEW HIRES - NON-SKILLED TRADES CLASSIFICATIONS .....61

ARTICLE 40. – CALLBACK AND REPORTING PAY ...............................................62

ARTICLE 41. – PAY ON DAY OF OCCUPATIONAL INJURY ...................................63

ARTICLE 42. – WORKERS' COMPENSATION CLAIM DISPUTES ...........................63

ARTICLE 43. – UNIFORMS, SAFETY SHOES, SAFETY GLASSES AND TOOLS...................63

ARTICLE 44. – OVERTIME ....................................................................................65

ARTICLE 45. – HOLIDAYS ....................................................................................79

ARTICLE 46. – VACATIONS ..................................................................................80

ARTICLE 47. – BENEFIT PLANS ..........................................................................83

ARTICLE 48. – COMPLETE SETTLEMENT & MID-TERM BARGAINING .................89

ARTICLE 49. – SUCCESSORSHIP........................................................................89

ARTICLE 50. – TERM OF AGREEMENT ...............................................................89

ARTICLE 51. – NOTICES......................................................................................90

ARTICLE 52. – SAVINGS CLAUSE .......................................................................90

ARTICLE 53. – PRINTING & DISTRIBUTION OF THIS AGREEMENT .....................91

ARTICLE 54. – SIGNATURE PAGE.......................................................................92


APPENDIX A - JOB CLASSIFICATION: A-B-C-D WAGE TABLE: PRODUCTION & NON MECHANICAL.......................................................................................................93

APPENDIX B - SKILLED TRADES CLASSIFICATIONS - MECHANICAL DEPARTMENT........95

APPENDIX C – SKILLED TRADES LIAISON & DESIGNATED TRAINER...............................96

APPENDIX D – RWDSU MEDICAL 85 PLAN ....................................................................98

APPENDIX E - RWDSU PRESCRIPTION & DENTAL PLAN(S) .........................................101

APPENDIX F – POST HOLDINGS MEDICAL & DENTAL PLAN(S) DESIGN ........................102

APPENDIX G - LETTER OF UNDERSTANDING - PRODUCTION SUPPORT ......................103

APPENDIX H - LETTER OF UNDERSTANDING - RELIABILITY GROUP ............................104

Post(Howard)003255

## ARTICLE 1. — AGREEMENT

THIS AGREEMENT entered into, as of November 24, 2020, by and between POST CONSUMER BRANDS, having a place of business at 275 Cliff Street, Battle Creek, Michigan (hereinafter referred to as the "Company"), and UNITED CEREAL, BAKERY & FOOD WORKERS, LOCAL 374 of the RETAIL, WHOLESALE AND DEPARTMENT STORE UNION, UFCW, a Labor Union having an office at 250 Cliff Street, Battle Creek, Michigan (hereinafter referred to as the "Union").

WHEREAS, it is the intent and purpose of the parties hereto to maintain harmonious industrial relations at the Company's operations at Battle Creek, Michigan.

NOW THEREFORE, in consideration of the mutual promises hereinafter set forth, the parties hereto agree as follows:

## ARTICLE 2. — DEFINITIONS

1. <u>A Rate, B Rate, C Rate, D Rate</u>.  Same as "Classification"; employee is qualified to perform a specific job.  All A and B rates are building specific.  C and D rates are plant-wide.

2. <u>Bid-In</u>.  An employee who holds a permanent job, shift, and building when the employee is the successful bidder to a permanent vacancy. An employee also gains the status of a bid-in employee when he elects to retain a development stage job after it becomes a permanent job, or the employee is cutback through job elimination within their building.

3. <u>Bid-In Replacement</u>.  A relief employee.  Production, Quality, Stores and Trucks have employees whose job it is to act as relief for employees to cover vacancies.  If no vacancy exists, they will cut back to another position for which they are qualified.

4. <u>Bid-In Without a Job</u>.  Employee who is bid-in to a department and shift but not a specific classification.

5. <u>Bid Lock</u>.  After an employee has been trained for a classification as a result of a permanent bid, and the employee has been trained within the five week period in accordance with Section 27.3.F., where the employee did not already hold the classification, the employee cannot bid out for a period equal to one month for each week of training according to the training documents.  Bid lock starts on the first day of training.  The Company will make every effort to complete training in full week increments and completed within a reasonable amount of time.

6. <u>Canvassing Process.</u>  Start with the most senior employee in the department for "Needs List" training opportunities.

7. <u>Capital Work</u>.  Capital work is defined as capital expenditures and refers to either a new or replacement of asset or repairs/refurbishing that materially increases the value or appreciably

Post(Howard)003256

prolongs the useful life of an existing asset.  Capital work of new or replacement of assets are to be considered as a project(s) in its entirety (including but not limited to removal of old equipment).

8.   <u>Carry the Rate</u>.  List of rates/classifications that an employee is qualified to perform.  An employee can carry his rate forever, but an employee can relinquish his rate only after the rate has been held for five years.

9.   <u>Company Convenience</u>.  Also known <u>Convenience of the Company</u>.

10.   <u>Construction</u>: Alteration, remodeling, decorating, installation, repair and/or improvements to old and new buildings, infrastructure and structures internal and external to production buildings not directly related to conversion.

11.   <u>Cutback</u>.  Layoff or bumping rights.  For example, an employee is cut back from his bid job.

12.   <u>Designated Trainer</u>.  Designated Trainer is established to enhance job skills by using qualified, experienced bid-in operators as trainers.  Designated Trainers receive an additional $1.25/hour when training an employee.

13.   <u>Development Stage Jobs</u>.  New classification(s) with special placement provisions as per Article 33.

14.   <u>Employees</u>.  "Employees" mean all regular hourly-paid employees listed in Appendices A and B, newly created positions in the Production, Maintenance (Skilled Trades), Safety, Plant Services, and Production Support employees at the  Plant , excluding clerical employees, guards, and Supervisors as defined by the Act.

15.   <u>Encore Employee</u>.  A retired bargaining unit employee who returns to active status to fill vacancies and train other employees.

16.   <u>Family Medical Leave Act (FMLA)</u>. The Family Medical Leave Act provides eligible employees with job protected leave time for a period of 12 weeks in a rolling year for the purpose of the employee's serious health condition or the serious health condition of spouse, parent or child, and also for the placement or adoption of a child.

17.   <u>Farm Outs</u>.  Employees scheduled to the Pool, and then sent to a Building as an "extra."

18.   <u>Floater</u>.  A regular employee, with seniority, who is not established in a permanent job, building, shift or department; a non-probationary employee without a permanent job, shift or building, also known as relief.

19.   <u>Forced Employee</u>.  Employee who is forced off his bid-in job in order to work a different job that he is qualified to perform, or he is forced to work overtime.

Post(Howard)003257

20.    Granting of Classifications.    Employee is trained and passes proficiency testing for a classification.

21.    Hourly Base Wage. "Hourly base wage" means the pay per time period to which other consideration in wages may be added, such as, overtime premium and shift differential. Hourly base wages are listed in Appendix A and Appendix B.

22.    Intermittent Leave.  FMLA leave taken in separate blocks of time due to a single qualifying reason.

23.    Long Term Cutback.  Reduction in work force of one week or longer.

24.    Man on the Job.  Employee bid in or working in a classification on a shift for the entire week.

25.    Mechanical Department Preference Card.  Skilled Trades Department employee preference cutback card.

26.    Multiple Classification.  A classification with multiple bid-in employees.

27.    My Job Only.  An employee scheduled (bid or working) to a job for the entire week with priority for weekend overtime

28.    Needs List.  A list of training needs based on classifications for each building and shift using an agreed to formula based on the number of bid-in positions

29.    Non-Designated Trainer.  An employee scheduled by the Company to train other employees, but not a Designated Trainer.  A Non-Designated Trainer will receive an additional $0.75/hour when training.

30.    "Or Job".  When filling extended overtime, if other junior employees in the building and on shift have the qualification to fill the needed extended overtime opportunity, their classification will also be listed on the sign-up sheet.  This is referred to as an "or job."

31.    Out of Seniority Employee.  A junior employee scheduled for the week with a senior employee on layoff.

32.    Partial Building Outage.  A Partial Building Outage is when one or more – but not all – building processes are scheduled to run for the week.

33.    Permanent Bid.  Employee's bid-in classification.

34.    Plant.  The Company's Post Plant at Battle Creek, Michigan.

35.    Plant Services Department.  Employees working in Quality Systems, Trucks, Grounds,

Post(Howard)003258

Janitors, Safety including Fire Marshal, and Stores Departments.

36. <u>Pool</u>. The Pool is a group of employees who are scheduled weekly but are not scheduled to any department or job. Pool employees can be bid-in, Floater, or Production Support employees. Also known as "employees on the bench".

37. <u>Predetermined Job Preference Card</u>. Building cutback card.

38. <u>Preferred Jobs</u>. If an employee is cutback, an employee lists jobs he wants to bump into and is qualified to perform (Building Cutback Card).

39. <u>Probationary Employee</u>. A new hire in his first 180 calendar days of employment.

40. <u>Progressive Classification</u>. Two classifications performing similar duties with the A classification having a higher skill set. One example is A Pack/B Pack.

41. <u>Regular Employee</u>. Non-Production Support employee, and not an Encore employee.

42. <u>Relinquishing of Classifications</u>. Giving up a classification per Article 21.8 held for five years. An employee cannot give up a bid-in classification.

43. <u>Saturday and Sunday</u>. Premium days.

44. <u>Scheduled Hours</u>. Normal 40 hour work week that is posted on Friday of each week and does not included extended overtime.

45. <u>Shift Call Option</u>. Designation of employee's specific shift preference; employee's preference not to work a specific shift.

46. <u>Shift & Department Preference Card or Job Election Card</u>. If an employee is not scheduled to his bid-in job, on a quarterly basis, an employee may elect his building preference and shift preference. Also includes hand-pack preference.

47. <u>Short Term Cutback</u>. Cutback less than one week.

48. <u>Short Term Disability</u>. Short Term Disability (STD) is the benefit plan that provides the employee with income replacement due to an absence for a qualifying medical condition.

49. <u>Single Day Vacation</u>. Vacation day that is scheduled in advance.

50. <u>Skilled Trades</u>. Includes employees in Powerhouse, Buffer 1, Buffer 2, Buffer 3 and Conversion 1, Conversion 2 and Conversion 3.

51. <u>Substitute Paid Holiday</u>. Also known as Extra Day Vacation (EDV).

Post(Howard)003259

52.   Summer Student.  "Summer student" means a person hired especially for the purpose of replacement for regular employees during the heavy vacation season of May, June, July, and August.  Summer students will work no more than 120 days, and during this period will be treated as a probationary employee.

53.   Temporary Employee.  Temporary workers hired through a third party specifically for the purpose of hand-packing.  Temporary workers will only be used when there are not enough Production Support or volunteers to perform Specialized Hand Packing.

54.   Temporary Employee in Quality Systems.  Employees working in the Quality Systems Department who do not hold a permanent Quality Systems bid. (This definition addresses 21.3. and 22.16.B.)

55.   Temporary Bid Employee in Skilled Trades.  Regular, full time Skilled Trades employee who holds a temporary bid or fills a Skilled Trades temporary vacancy. (This definition addresses 22.20.A.1.)

56.   Temporary Vacancy in Production.  A temporary vacancy in production is when a vacancy of six months or less arises from sickness, injury, vacation, leave of absence, non-excused absence and disciplinary layoff, or the transfer of employees from permanent jobs to Temporary Jobs or Development Stage Jobs.  This includes a vacancy that occurs while the job posting and bidding procedure is being followed.  A temporary vacancy may also result from several consecutive absences, as described above, but only if on one shift and in one department.

57.   Temporary Vacancy in Skilled Trades.  A temporary vacancy in Skilled Trades is when a vacancy of one week or more but less than four weeks arises from sickness, injury, vacation, leave of absence, non-excused absence, and disciplinary layoff.  This includes a vacancy that occurs while the job posting and bidding procedure is being followed.  A temporary vacancy may also result from several consecutive absences, as described above, but only if on one shift and in one department.  When there are circumstances due to time constraints or operations' needs in conversion or construction work that require additional manpower of one week or more but less than four weeks, the Company will discuss the circumstances with the top committeeperson prior to scheduling and will insure that the purpose of the manpower need is to complete the work in a timely and cost efficient manner.

58.   Upset Conditions: Extreme situations such as shorting orders, missing shipments, product quality in peril, safety emergencies, major or multiple failures that impede or danger production.

59.   Work Day.  The words "Work day" means the period of 24 hours starting at 7:00 A.M. and ending the following day at 6:59 A.M. and normally consists of three, eight hour shifts.

60.   Work Week.  "Work week" means the period of seven consecutive days at the Plant

Post(Howard)003260

commencing at 7:00 A.M. on Monday morning and ending the following Monday at 6:59 A.M. The normal weekly work schedule shall be 40 hours.  Pre-shift start-up in the Production Department will be considered as part of Monday except that pre-shift Monday work shall be paid at the applicable Sunday rate of pay.

## ARTICLE 3. – UNION RECOGNITION

The Company recognizes the Union as sole and exclusive bargaining agent with respect to wages, hours, and working conditions for all employees, and the Company shall not bargain about wages, hours, or working conditions, affecting the employees, with any representative of the employees other than the Union.

## ARTICLE 4. – EMPLOYEE RESPONSIBILITIES

It is in the best interest of the Company and the employees to constantly look for ways to increase the efficiency of production, make an honest and conscientious effort to maintain a clean and sanitary plant, reduce waste and take every precaution to prevent contamination of products.  As a condition of employment, employees will keep themselves neat, clean and well groomed, and will wear clean work clothing.  It is agreed that the Company and Union share the same priorities of safety, quality, customer satisfaction and productivity.

## ARTICLE 5. – UNION SECURITY

All employees who have not acquired membership in the Union, except those employees whose application for membership in the Union has been rejected or those employees expelled from the Union for reasons other than failure to tender periodic dues or initiation fees, shall be required, as a condition of employment, to the extent permissible by applicable state law, beginning on the 31st day following employment or 30 days after the execution of this Agreement, whichever is later, to pay to the Union an amount equal to the Union's regular and usual initiation fee and to pay each month a service charge in an amount equal to the regular monthly dues as contribution toward the administration of this Agreement, such contribution to continue throughout the term of this Agreement.  The Union will be allowed to meet with new hires during orientation.

## ARTICLE 6. – UNION ACTIVITY

The Union shall not coerce or intimidate employees into joining or maintaining membership in the Union. Union members shall not engage in Union activity on Company time or property, except as specifically permitted by this Agreement or allowed by applicable State or Federal law.

## ARTICLE 7. – CHECK-OFF & MAINTENANCE OF MEMBERSHIP

7.1.    <u>Check-Off</u>.  The Company shall deduct from the wages of employees and turn over to the Union the dues of such employees who become members of the Union or who pay the

Post(Howard)003261

service fees required under Article 5. As those individuals so request in writing in a form satisfactory to the Company, and the Company shall continue to make such dues or service fee deductions in the case of each such employee so long as such request remains in effect.

7.2. <u>Maintenance of Membership</u>. All employees who are members of the Union on the date of execution of this Agreement, and all employees who become members after that date, shall as a condition of employment, maintain their membership in good standing during the 12 months from the date of the execution of this Agreement, or 12 months from the date of their enrollment into the Union, and from year to year thereafter, provided, however, that during the period from October 1, to October 31, inclusive, each year while this Agreement is in effect, an employee who wishes to withdraw from Union membership may do so without loss of employment status by giving written certified letter to the Union and the Company. Such withdrawal will serve to cancel dues deductions under the Check-Off plan.

7.3. <u>Union Indemnification</u>. The Union agrees to indemnify and save the Employer harmless against any and all claims, demands, suits or liability that might arise out of or by reason of action taken or not taken with respect to the deduction of dues made pursuant to the provisions of this Agreement.

## ARTICLE 8. – COMMITTEE REPRESENTATIVES– SELECTION & NUMBER

In all departments and individual crafts, there will be no more than one Committee Representative per shift.

## ARTICLE 9. – STRIKES & LOCK-OUTS

9.1. <u>Strikes</u>. The Union, its officers, members, and employees agree that for the duration of this Agreement there shall be no strikes, sit-downs, slow-downs, stoppages of work, sympathy strikes, refusals to work on a job, or any other acts that interfere with the Employer's operations at the Battle Creek Plant. Nor shall the Union, its officers and members sponsor a boycott against Post Consumer Brands. Should any such act occur, and it is not authorized, instigated, called, supported, or maintained by the Union, or its' officers, the Union will in no way be held responsible, provided that the Union immediately makes a genuine and bona fide effort to bring it to an end. This does not limit the Union's liability under law.

9.2. <u>Lockout</u>. The Company agrees that there shall be no lockout during the life of this Agreement.

## ARTICLE 10. – MANAGEMENT

10.1 <u>Rights of Management</u>. The Company has the exclusive right under this Agreement to manage its business, operate the Plant, and direct the workforce, including but not limited

Post(Howard)003262

to, the right to hire, discipline, discharge for just cause, demote, lay off employees; discontinue, consolidate and modify existing jobs; to establish new jobs and classifications; to establish quality and production standards; to evaluate job performance; to establish new operations; to determine what classifications are appropriate to accomplish the existing workload; to establish and determine employee qualifications; to determine the personnel, methods, means, and facilities by which operations are conducted; to determine the products produced; to transfer work in and out of the plant;  to expand, reduce, alter, combine, transfer, assign, or cease any job, classification, position, department, or operation; to add, remove, control and regulate the machinery, facilities, equipment and other property of the Company; to introduce new or improved methods of production, service, technology, distribution, and maintenance including materials, machinery and equipment; to discontinue any part of its operations and to adopt and enforce reasonable Plant rules governing the conduct of employees.  Such rights shall in no event be so exercised as to infringe on the rights of the Union or of employees under specific provisions of this Agreement.  The scheduling of work is a management right.  The Company will decide which jobs will be scheduled to work.  This applies to work scheduled on overtime as well as straight time.

10.2   Transfer of Work.  In the event the Company plans to transfer work covered under this Agreement out of the Battle Creek plant during the term of this Agreement, the Company agrees to give the union 30 calendar days advance notice.  During the 30 days, the Company will discuss the decision to move the work and give the Union an opportunity to offer economic alternatives to transferring the work. The Company also agrees to discuss the effects that the transfer may have on bargaining unit employees. The final decision to transfer work, however, remains with the Company. The 30 day notice period may be waived in the event of exigent circumstances.

10.3.  Plant Closure.  In exchange for the commitments made by each party during the negotiation of this Agreement, the Company agrees not to exercise its right to close the Battle Creek plant during the term of this Agreement except in the case of an Act of God. The Company will have satisfied this commitment as long as it operates one production line in the plant through the expiration date of the Agreement, subject to normal production cessations such as holiday shut downs, maintenance or capital projects.  At all times, the Company retains its right to schedule manufacturing, determine the appropriate level of staffing in all departments.

## ARTICLE 11. – SUBSTANCE ABUSE TESTING

11.1.  Purpose.  The Company and the Union recognize the problem of drug and alcohol abuse in society, while also realizing that drug and alcohol dependency can be treated and controlled. The parties are committed to providing a safe work environment, one that is free of drug and alcohol abuse, for all of its employees.  Employees are expected to recognize this commitment and understand that remaining "drug-free" is a condition of continued employment.  The purpose of this policy is to provide a work environment that prevents drug

Post(Howard)003263

and alcohol abuse and to offer assistance to employees who voluntarily come forward seeking help with a substance abuse problem prior to the occurrence of a violation of this policy.

11.2.  <u>General Provisions</u>.

A.   <u>Employee Assistance</u>.  The Company offers assistance to all employees for the treatment of drug and alcohol abuse through employee assistance programs (EAP) authorized by the Company for this purpose.  Employees are encouraged to voluntarily acknowledge a problem and to undertake a treatment program before any incident occurs under this policy which could lead to disciplinary action.  If no other Company policies are violated, employees who successfully complete the program will not place their jobs in jeopardy.  Employees who violate any provisions of this policy before requesting help through an employee assistance program will be subject to disciplinary action, up to and including discharge.

B.   <u>Definitions</u>.  "Drugs" or "controlled substance" as used in this policy refers to alcoholic beverages and any substance or narcotic taken or possessed not under the supervision of a licensed health care professional including, but not limited to, marijuana including medically prescribed marijuana, cocaine, methamphetamine, oxycodone, buprenorphine, methadone, benzodiazepines, opiates, amphetamines, and barbiturates. It also includes prescription and over-the-counter medications which are being used illegally, or other than as prescribed, and inhalants, such as glue and nitrous oxide.

C.   <u>Use of Prescription Medicine</u>.  Prescription and over-the-counter drugs are permitted when taken in standard dosage and/or according to a physician's prescription. Employees who are undergoing prescribed medical treatment using prescription or over-the-counter drugs are responsible for being aware of any potential effect such drugs may have on their judgment and ability to perform their duties and to report such use to their Supervisor or the Human Resources department prior to beginning work. This information will be handled on a confidential basis.  A determination will be made if the employee's assignment is temporarily affected; the employee's job, however, will not be jeopardized.  Failure of an employee to report medical treatment as required may subject the employee to disciplinary action, up to and including discharge. Employees who fail a drug or alcohol test given under this policy without having previously notified the Company of their use of medicines that could adversely affect their ability to safely perform their job are subject to disciplinary action, up to and including discharge.

D.   <u>Substance Testing</u>: Employees will be required to submit to substance testing to determine the presence of drugs or alcohol within their systems.  The Company shall have the right to determine the appropriate method of testing, which may include, but is not limited to, urine, breath, blood, saliva, standard 90 day hair follicle tests, or any other recognized means of substance testing.

Post(Howard)003264

The Company will require employees to undergo testing to determine the presence of drugs and/or alcohol under the following conditions occurring on Company premises:

1. <u>Post-Accident</u>.

   a. <u>Reportable Injuries</u>. Testing is required after a reportable injury. A reportable injury is an on-the-job injury that involves off-site medical treatment.

   b. <u>Vehicle Accidents</u>. This section of the policy applies to drivers of any Company-owned or leased car, truck or powered piece of equipment, such as forklifts (whether the accident occurs on site or off). It also applies to anyone receiving a car allowance for a leased or rented vehicle, which is used for Company business. Testing will be required after accidents whether or not the driver was injured and whether or not a ticket was issued to the driver.

   c. <u>Property Damage</u>. Testing is required after accidents that cause damage in excess of $500.00 to Company property, leased property, and employee or customer property, including, but not limited to, product, physical plant and vehicles.

2. <u>Reasonable Suspicion</u>. Employees may be required to submit to an alcohol and/or drug test if the Company has reasonable suspicion to believe that an employee possesses or is using or has used alcohol or prohibited drugs in violation of this policy. The decision to request a test will be made on factors including, but not limited to, an employee's speech, appearance, motor skills, smell, or performance of job duties. A drug-related arrest or conviction will be considered reasonable suspicion under this section, as will the possession of drug paraphernalia on Company-owned or leased premises. When reasonable suspicion exists, an employee will be tested as soon as practical but will not be allowed to return to work until the test results are known. If the test is negative, the employee will be reimbursed for all lost time spent providing the sample in addition to straight time, time and one half, and double time hours lost.

3. <u>Return to Work</u>. Employees may be asked to submit to an alcohol and/or drug test upon return to work following a layoff or leave of absence lasting 90 days or more.

4. <u>Legal Requirements</u>. Employees will be subject to drug testing as may be required by federal, state or local laws. If any provision of this policy is in conflict with any federal, state or local law or regulation, the provisions of the applicable law or regulation will control.

E. <u>Disciplinary Action</u>. Employees who have positive results on the test will be afforded an opportunity to undergo a drug rehabilitation treatment. However, if the test shows a

Post(Howard)003265

high level of drugs or alcohol in the employee's system that would have been a major contributing factor in causing extreme injury to the employee or others or in causing extreme damage to Company property, the employee may be terminated.   If the employee elects not to undergo treatment, he will be terminated.   Upon satisfactory completion of the rehabilitation program and any follow-up programs, the employee will have to pass drug/alcohol tests given at an approved facility on a random basis within one year of returning to work.   Any positive test within this one-year period will result in termination.   Should an employee voluntarily seek employee assistance for a drug relapse during the 12- month random testing period, the employee will be required to undergo any recommended treatment, and the 12-month random testing period will start over with the new release date.   When a reason for testing exists, the employee will be asked to submit to a medically supervised drug/alcohol test.   If the employee refuses, he will be terminated.

1.   If the employee tests positive and then tests positive a second time during his employment, the employee will be terminated.

2.   It is recognized that certain legal drugs may influence behavior, have side effects, and/or be detected on a drug test.   A person who tests positive, but only for a previously disclosed, proper dosage of a legal drug will not be subject to discipline under Section 11.2.E above as a result of that positive test.

3.   Periodic training on recognizing the signs and symptoms of being "under the influence" shall be provided for Union and Company representatives.   However, lack of this training shall not be cause to challenge the decision to test when any of the conditions within this Article exist.

11.3.   <u>State and Federal Law</u>.   The Company and the Union agree that this program shall not diminish the rights of individual employees under state and federal laws. The Company agrees to hold the Union harmless in litigation areas out of the Company's activities in carrying out this drug and/or alcohol-testing program.

## <u>ARTICLE 12. — DISCIPLINE</u>

12.1.   <u>Notice of Discharge or Suspension</u>.   In the event an employee is discharged or suspended, the Company will notify the Union by email of the action within 24 hours after the effective date of the discharge or suspension.

12.2.   <u>Issuance of Discipline</u>.   All disciplinary actions shall be issued within 14 calendar days after the Company is aware of the infraction or within five calendar days after completion of the Company's investigation. The Company will inform the Union if additional time is needed to complete its investigation beyond 14 days. If an employee is absent for any reason during these periods, the discipline shall be issued at a reasonable time after the employee returns to work.

Post(Howard)003266

12.3.   <u>Cleansing of Discipline</u>.  Corrective actions may not be used for progressive discipline 18 months after being issued.  Corrective actions, even if cleansed, may be used in defending actions against the Company such as arbitrations or civil litigation.  Corrective Actions that have been cleansed under this section can still be considered by an arbitrator, but the arbitrator will give the appropriate weight to the cleansed corrective actions based on the age of the corrective action and relevance to the issue before him/her.

### ARTICLE 13. – PERFORMING BARGAINING UNIT WORK

Bargaining Unit employees shall not be displaced by salaried Supervisors. The only time that salaried Supervisors shall perform work on Bargaining Unit jobs is for: 1) the purpose of instruction; 2) experimental work; 3) assisting bargaining unit employees with research and development; 4) emergencies where Supervisor assistance is required to maintain operations continuously and efficiently; and 5) assisting replacement employees when qualified bargaining unit employees are not available.  Continuous Improvement employees and Engineers may work in conjunction with the Operator for items 3 and 4 above, but many not make adjustments without notifying the qualified Operator working the job.  The Supervisor will advise the Committee Representative when any work is performed as described above.

### ARTICLE 14. – NON-DISCRIMINATION

14.1.  <u>Discrimination Prohibited</u>.  There shall be no discrimination by the Company or the Union because of race, creed, color, sex (including pregnancy), disability, sexual orientation, age, genetic information, veteran status, religious affiliation, Family Medical Leave Act (FMLA), national origin, ancestry, because of Union affiliation or lack thereof, or any other legally protected trait or protection on the Company's non-discrimination policy.  The Company and the Union agree to comply with applicable Federal and State, and local laws against discrimination.  If any employee alleges discrimination on the basis of any of the protected traits in this Article and seeks redress through any agency or court, he shall not have the right to use the grievance and arbitration procedures provided for in this Agreement.

14.2.  <u>Americans with Disabilities Act</u>.  The parties recognize that each of them has obligations pursuant to the Americans with Disabilities Act to employ and, in some cases, to accommodate disabled persons.  The parties further acknowledge that the employer may take whatever action is necessary to comply with provisions of that Act and that nothing in this Agreement is intended to interfere with, or impede, the employer in meeting these obligations.

14.3.  <u>Use of Pronouns</u>.  The use of the male or female gender nouns or pronouns in this Agreement is not intended to describe any specific employee or groups of employees, but is intended to refer to all employees in job classifications regardless of sex.

14.4  <u>Diversity Committee</u>:  The Company and the Union will participate in a monthly meeting for the purpose of diversity and inclusion of all employees.  Meetings will be scheduled at a time

Post(Howard)003267

mutually agreeable to committee members.   The Committee will comprise a minimum of two persons selected from the Company and two persons selected by Local 374, but shall not exceed ten total members.  The Committee will focus on matters related to hiring/onboarding and retention, training, diversity, equality, and inclusion in the work place.

## ARTICLE 15. – GRIEVANCES

15.1.   <u>Purpose</u>.  Should any dispute, dissatisfaction, or disagreement arise between the Union and/or an employee and the Company, it shall be settled in accordance with the following procedure.  The failure to submit a grievance to the next step of the procedure within the stated time limit provided for in this Article will move the grievance to the next step unless otherwise agreed.

15.2.   <u>Grievance Procedure</u>.  Grievances not settled at each step will be elevated to the next step.

<u>Step 1</u>.     Any dispute, dissatisfaction, or disagreement arising out of the terms and conditions of employment between the Union, an employee, and the Company shall be verbally presented to his immediate Supervisor within ten (10) calendar days of the occurrence of the Issue.   This discussion shall also include a representative of the Union if the employee desires.

<u>Step 2</u>.     The grievance shall be placed in writing on a pre-arranged form within twenty (20) calendar days after the last Step 1 meeting, stating the date, time, place of alleged violation, name(s) of the Company representative(s), employee(s) involved as well as any other pertinent facts.  The Step 2 grievance meeting between the Top Committeeperson or designee and the appropriate manager will be held within 10 calendar days.

<u>Step 3</u>.     The Step 3 Grievance meeting with the Union designee and the Human Resources Manager or designee will be held within ten (10) calendar days of the date of the Step 2 Grievance meeting.

<u>Step 4</u>.     The Step 4 grievance will be discussed between the Plant Manager and the Union President within 30 calendar days.   Either party may serve notice of intent to arbitrate within 30 days after the Step 4 meeting, unless extended by mutual agreement.

15.3.   <u>Time Limits</u>.  The time limits in this Article may be extended by mutual agreement.  In the event that a representative is unavailable from either party, the affected party will appoint a representative to adhere to timelines that has the authority to settle in the affected step.

15.4.   <u>Procedure for Contacting a Top Committee Representative</u>.  In the event that an employee or a Shift Committee Representative has a problem which requires the service of the Top Committee Representative, the employee may contact his immediate Supervisor, who will

Post(Howard)003268

call the department and Supervisor of the appropriate Top Committee Representative and request that the Representative be permitted to contact the employee initiating the request. Top Committee Representatives will make their presence known to the immediate Supervisor, upon entering the department of an employee initiating the request.  Should the Top Committee Representative be off-shift, the Supervisor will permit the employee or Shift Committee Representative to call the Top Committee Representative at home.

15.5.   <u>Grievances Regarding Discharge</u>.  Any grievance relating to the discharge of an employee must be presented within 20 calendar days after such discharge.  The first step of the Grievance Procedure in such complaints shall be Step 3.  The Company will notify the Union of the discharge of any Bargaining Unit employee within 24 hours from the date of discharge or sooner, if practical.

15.6.   <u>Grievances Regarding Work Pace</u>.  In the event that a grievance concerns work pace (line speeds) the Union shall have the right to use an outside time study professional at their own expense to evaluate the work pace. If the grievance is to proceed to arbitration, the selected arbitrator shall have time study/work pace as an area of expertise.

15.7.   <u>Expediting the Settlement of Grievances</u>.  For the purpose of expediting the settlement of grievances, it is agreed that the employee presenting a grievance, in accordance with the Grievance Procedure, shall receive a decision on the grievance as soon as practical.  In the event a grievance situation develops which requires the attention of a Union Representative higher than a Shift Committee Representative, the Shift Committee Representative, upon request to the Management Representative handling the situation, shall be permitted to contact the proper Top

Committee Representative by following the procedure set forth above for contacting a Top Committee Representative.

15.8.   <u>Grievance Discussions</u>. Grievance discussions between a Committee Representative and employee(s) shall normally take place before or after the employee's shift or during the employee's lunch period.  However, if it is necessary for a Committee Representative to engage in the adjustment of a grievance within regularly scheduled hours, the Committee Representative shall not leave the job without supervisory permission and shall not contact another employee about the grievance without prior permission of that employee's Supervisor.  The Committee Representative shall return to work as promptly as possible, and upon returning, shall at once report to the Supervisor.

## <u>ARTICLE 16. – ARBITRATION</u>

16.1.   <u>Purpose</u>.  Any grievance not resolved following exhaustion of the procedures provided for in Article 15 shall be submitted to arbitration.

16.2.   <u>Procedure</u>. Within 30 calendar days after written notice of intention to arbitrate, the matter

Post(Howard)003269

shall be referred to the Federal Mediation and Conciliation Services (FMCS) in accordance with the voluntary labor arbitration rules of the FMCS. The arbitrator shall be selected from a list of seven arbitrators provided by the Federal Mediation and Conciliation Service (FMCS). The parties shall strike names alternately and the party seeking arbitration shall strike first. Each party shall have the right to strike the entire panel of arbitrators once. The expenses of arbitration shall be borne equally by the Company and the Union. The arbitrator shall have no authority to amend, alter, or modify the Agreement. The decision of the arbitrator shall be binding upon the parties. The arbitrator shall render a written decision within 60 days after receipt of the parties' briefs or 60 days from the conclusion of the hearing if no briefs are filed by the parties. Past practice may only be used by the arbitrator to interpret a vague or ambiguous provision of this Agreement. The arbitrator's decision is to be based solely on the evidence and arguments presented by the parties. Each grievance or dispute shall be submitted to a separately convened arbitration proceeding, except when the Union and Company mutually agree to consolidate grievances for arbitration.

16.3.  <u>Choice of Forums</u>.  If any employee alleges a violation of any term or condition of employment and seeks redress through any agency or court, he shall not have the right to use the grievance and arbitration procedures provided for in this Agreement.

## ARTICLE 17. – EXPEDITED ARBITRATION

17.1.  <u>Violation of No Strike No Lockout Prohibition</u>.  Whenever a violation of Article 9 (Strikes and Lockouts) is alleged during the term of this Agreement or an extension of this Agreement, either party may seek an injunction in a court of competent jurisdiction or use the special arbitration procedure outlined below.

17.2.  <u>Special Procedure for Returning Employees Back to Work</u>.  In the event either party elects not to seek an injunction as set forth in section Article 17.1 above, the following special arbitration procedure may be used. The dispute shall be asserted by notice in writing via registered mail or return receipt requested sent to the other party. A copy of the notice shall be sent simultaneously to the Federal Mediation Conciliation Services (FMCS), who shall immediately provide a list of seven available arbitrators. Within 24 hours of receipt of the list of arbitrators, the parties shall select the arbitrator as set forth in Article 16.2 above. The arbitrator shall hold an arbitration hearing as expeditiously as possible, but in no event later than 24 hours after designation by the FMCS. The award by the arbitrator shall be issued no later than three hours after conclusion of the hearing. The arbitrator shall have the authority to direct an appropriate remedy, including the power to order a cessation of conduct which violates Article 9. – Strikes & Lock-Outs. It is understood that the arbitrator shall not have the power to amend, modify, alter, or subtract from this Agreement or any provision thereof.

## ARTICLE 18. – SENIORITY DEFINED

18.1.  <u>Definition of Seniority</u>.  Seniority means the length of unbroken employment with the

Post(Howard)003270

Company within the bargaining unit.

18.2.   <u>Termination of Seniority</u>.  An employee will be terminated and his seniority will be broken in the following circumstances:

    A.    Termination of employment for just cause.

    B.    Resignation, retirement, or quitting.

    C.    Performance of no work for 30 consecutive months for any reason other than: layoff; service with the Armed Forces pursuant to Article 31.6; or leave of absence for Union position pursuant to Article 31.2.  Seniority shall not be broken for those employees who are on an approved disability leave of absence if their seniority date is prior to October 1, 1995.

    D.    Failure to conform to the recall, reinstatement, or return provisions of Articles 24, 31.2, and 31.6 of this Agreement.

    E.    Failure to return from Leave of Absence within specified time.

    F.    Continuous absences from work for more than 12 months due to layoff.

## ARTICLE 19. – IDENTICAL SENIORITY DATES

When employees hired prior to October 9, 2005, have identical seniority dates, the time of physical examination as shown by Human Resources Department records will determine the seniority order provided such employees actually commenced work on the same date.  Seniority between the individuals hired on the same day after October 9, 2005, shall be determined by the alphabetical ranking (Adams before Booth, etc.) of their current last names. In the event individuals hired on the same day have the identical last names, alphabetical ranking of first names will govern.

## ARTICLE 20. – PROBATIONARY PERIOD

All employees will be required to serve a probationary period of 180 calendar days. The probationary period will be extended for any period that an employee is on a leave of absence during his probationary period.  During the probationary period, employees may be laid off or discharged at the sole discretion of the Company without recourse to the Arbitration Procedures or other provisions of this Agreement.  Seniority shall not begin until the employee has completed the probationary period, but upon the completion of the applicable period, seniority shall date back to the first day of work.  The Company will notify the Union of all bargaining unit employees completing their probationary period.

Post(Howard)003271

## ARTICLE 21. – SCHEDULING & RELINQUISHING CLASSIFICATIONS

21.1.  <u>Employee Statuses in Production</u>.  All employees will be considered "bid-in" to a classification, "floaters" or "production support".

    A.   <u>Bid-In Employees Defined</u>.  An employee who holds a permanent job, shift, and building when the employee is the successful bidder to a permanent vacancy is considered a bid-in employee. An employee also gains the status of a bid-in employee when he elects to retain a development stage job after it becomes a permanent job, or the employee is cutback through job elimination within his building.

    B.   <u>Floaters</u>.  A regular employee, with seniority, who is not established in a permanent job, building, shift, or department is considered a floater.  Floaters are assigned as follows:

        1.   All new employees are assigned to a building and shift during their orientation week.

        2.   All employees who are Floaters shall be scheduled to work on their permanent shift and building if there are vacancies not filled by a bid-in or senior employee assigned to that building.  Employees who do not have the seniority to work in their assigned building will be scheduled according to their building/shift preference card.

21.2.  <u>Scheduling Procedure for Production Employees</u>.

    A.   <u>Scheduling of employees will be in the following order</u>.

        1.   Bid-In Employees

        2.   Floaters

        3.   Production Support employee(s) who holds the rate

    B.   <u>Employees will be scheduled in order of seniority and qualifications (A or B) in the following sequence:</u>

        1.   To bid-in job classification, shift, building, or, if not possible,

        2.   To bid-in or assigned shift that an employee holds an A or B classification within building, or if not possible,

        3.   To bid-in or assigned shift that an employee holds an A or B classification    within the plant, or if not possible.

        4.   To bid-in or assigned shift, any building, in accordance with their shift and

Post(Howard)003272

department preference card. Employees who are cut back for one week or longer will be scheduled according to their department preference cards.  Employee(s) cut back will only displace junior bid-in building employees prior   to being scheduled to another shift. If not possible,

5.   To any shift, any building, in accordance with shift and department preference card, or if not possible,

6.   To any shift, any building, on any job.

C.   <u>Scheduling Due to a Cutback of a Week or Longer</u>.

1.   Cutback Scheduling will be handled by the Plant Scheduler.

2.   Employees will be scheduled to a building based on their classifications, qualifications and seniority on shift in accordance with the employees' Shift and Department Preference Card (also known as Plant Cutback Card).

3.   Employees, once scheduled to a building, will be placed on a job in accordance with Article 22.5.

4.   Employees whose seniority does not allow them to be scheduled to a building may be laid off through the scheduling process or assigned to Production Support or the Pool.

D.   <u>Shift and Department Preference Card (also known as Plant Cutback Card)</u>.

1.   <u>Preference Cards</u>.  The list of preferred shifts and departments, as specified in writing by employees, will be used in scheduling when employees are cutback from their permanent department and/or shift for a week or longer.  Preference cards must be on file with the Company by the Monday preceding the scheduling meeting in order to be effective the following Monday.

2.   <u>Shift Call</u>.  All employees may elect the shift call option for up to two shifts. Employees may elect not to exercise a shift call option and be available for all three shifts. The shift call option and shift preference will be listed on the Plant wide cutback card.  An employee who does not hold sufficient seniority to remain on his preferred shift and exercises a shift call option may be placed on layoff in accordance with the layoff and recall provisions of this Agreement. The Company reserves the right to schedule an employee who has elected shift call but is the junior person with the needed classification.  Plant scheduling requirements may require a senior shift call employee with a rate to work while a junior shift call employee without the needed rate may be permitted to exercise their shift call option.  If all available shift call employees on a specific shift have been granted shift call by seniority through the scheduling or call-in process, the most junior

Post(Howard)003273

employee, regardless of shift preference, with the qualifications will be required to fill the vacancy.

3. <u>Employees without a Bid</u>.  If an employee does not hold a bid, it is the employee's responsibility to be knowledgeable of the shift to which he is assigned.

4. <u>Job Election Changes</u>.  Each employee will be limited to four job election changes per calendar year to be made during the first two weeks of each calendar quarter (a calendar quarter is January through March, April through June, July through September, and October through December).

E. <u>Voluntary Layoff</u>.  In any cutback of a week or more, the employee affected by placement provisions contained in this Article, through the Plant Scheduler, may elect to bypass this placement and go directly to layoff in the following manner:

1. Have a signed request on file with the Plant Scheduler for weeks requested.

2. The request must be submitted to the Plant Scheduler by the Monday preceding the requested week to be effective the following Monday.

If a sufficient number of employees are not available to fill temporary vacancies due to the Voluntary Layoff language outlined above, the junior employee making this election will be scheduled as needed.  The Company will report to The Michigan Employment Security Commission that "work is unavailable" for those employees electing voluntary layoff.

F. <u>Employees Returning From Temporary Absence</u> (an absence of 6 months or less). Employees returning to work from a temporary absence will be scheduled on their permanent job, building and shift when seniority permits.

21.3. <u>Employee Statuses in Quality Systems</u>.  In the Quality Systems Department, an employee will be considered a permanent employee upon successfully bidding a permanent job vacancy in the department and being placed into the job to become established as a regular employee.  All other employees working in the Quality Systems Department are considered temporary employees for purposes of cutback and placement within the Quality Systems Department.  Under no condition will a temporary employee replace permanent employees.

21.4. <u>Scheduling Procedure for Quality Systems</u>.

A. Quality Systems employees will be scheduled in order of seniority and qualifications, in the following sequence:

1. To bid-in job classification, shift, or, if not possible;

2. To bid-in or assigned shift, or if not possible;

Post(Howard)003274

    3.    To bid-in or assigned shift, any building, in accordance with shift and department preference card.  Employees who are cut back for one week or longer may be scheduled according to their shift and department preference cards. Employee(s) in cutback will only displace junior bid-in building employees prior to being scheduled to another shift.  If not possible;

    4.    To any shift, any building, in accordance with shift and department preference, or if not possible;

    5.    To any shift, any building, on any job.

21.5.   <u>Employee Statuses in Skilled Trades</u>.  All skilled trade employees will be bid to a specific department.  After bidding to a department, the skilled trades' employees will be canvassed for their area preference (i.e. 4 Bldg. Process Support, East Planned, 20/32 Bldg. Process Support, West Planned).   Departments are identified as:   7-3 Conversion (C1), 3-11 Conversion (C2), 11-7 Conversion (C3), and Powerhouse.  The MHC Buffer warehouse will follow the Skilled Trades scheduling language, except that the departments are B1, B2 & B3.

21.6.   <u>Scheduling Procedure for Skilled Trades Employees</u>.

    A.    Scheduling of skilled trades employees will be in the following order:

        1.    Skilled Trades employees will be scheduled to their bid-in department and area of preference based on their seniority and classification.

        2.    Remaining open positions will be filled with a "Temporary Job Holder", if available;

        3.    Remaining open positions will be filled by qualifications and seniority, if available;

        4.    Remaining open positions will be filled following the overtime language in Section 44.13 and 44.14.

    B.    <u>Temporary Job Vacancy in Skilled Trades</u>.  A temporary job vacancy is a vacancy that exists for over four weeks and has a predictable duration of not more than six months.

    C.    <u>Temporary Job Holder</u>.  A Temporary Job Holder is a regular Skilled Trades employee who has bid to a temporary job vacancy through the job posting procedure.

21.7.   <u>Scheduling of Plant Services: Trucks, Grounds, Janitors, Safety, and Stores Employees</u>.

Post(Howard)003275

The production scheduling procedures in section 21.2 will apply for Trucks, Grounds, Janitors, Safety (including the Fire Marshall) and Stores employees (unless otherwise addressed in this Article).

A.   Forced employee(s) may exercise seniority for job placement.

B.   A senior employee cannot be forced off his bid-in shift by a junior Plant Services employee.

21.8.   <u>Relinquishing of Classifications – All Employees</u>.   Classifications may be relinquished only for the following reasons:

A.   A decrease in wage rate or due to a significant change in job content.

B.   Classifications may be voluntarily relinquished only after being held for five years from the date the classification was awarded, or three years if the employee has not worked a minimum of 40 hours per week, for a minimum of two weeks, during the three year period.  An employee may voluntarily relinquish no more than one classification per year.  Any such request must be submitted in writing prior to January 15th of any calendar year.  The change will become effective no sooner than the Monday following January 15th.

C.   Employees may not relinquish a classification if it is their bid-in job.

D.   Employees must relinquish a higher progressive classification prior to relinquishing lower progressive classification.  An Operator cannot hold a higher classification without holding lower classification. For example, if an employee holds an A PKG classification, he must relinquish the A PKG first before relinquishing the B PKG classification.

E.   An employee may not relinquish a classification if it will take his total number of classifications held below two.  All employees hired after October 1, 2005 must maintain a minimum of two classification rates at all times.  Those without two classifications or who lose a classification due to job elimination will be required to train on one additional classification in a timely manner.

F.   Prior to hiring new employees for hourly jobs in non-skilled trades departments,  Skilled Trades employees will be notified by posting procedures of opportunity(ies) to relinquish Skilled Trade bid(s) and be assigned as a floater to Production Department(s). Awarding of requests for transfer will be by seniority and only if the Skilled Trades employee is deemed available by the Maintenance Manager.


21.9.   <u>Scheduling and Placement of Employees into the Pool</u>.

Post(Howard)003276

A.   <u>Pool Defined</u>.  The Pool is a group of employees who are scheduled weekly but are not scheduled to any department or job. Pool employees can be bid-in, floater or Production Support employees.

B.   <u>Scheduling Pool Employees</u>.   Any employee can be scheduled into the Pool. Employees are scheduled into the Pool at management's sole discretion.
Pool employees can be placed in any job based on their seniority, for which they are qualified, at management's discretion.  Employees called into the Pool must return to the Pool the following day.

## ARTICLE 22. – PLACEMENT & CUTBACK

22.1.   <u>Placement of Production Positions</u>.

A.   Once employees are scheduled, they will be placed into positions in the following manner:

1. Bid-in classification A first, classification B second, followed by classification C by seniority, whenever possible.

2.   The senior qualified bid-in building employee in cutback.

3.   Bid-In Replacements.

4.   Remaining vacancies will be filled using the Filling Temporary Vacancy Language in section 22.2.B.

22.2.   <u>Temporary Vacancies in Production Defined</u>.

A.   A temporary vacancy in production is when a vacancy of six months or less arises from sickness, injury, vacation, leave of absence, non-excused absence and disciplinary layoff, or the transfer of employees from permanent jobs to Temporary Jobs or Development Stage Jobs.  This includes a vacancy that occurs while the job posting and bidding procedure is being followed.  A temporary vacancy may also result from several consecutive absences, as described above, but only if on one shift and in one department.

B.   <u>Filling Temporary Vacancies in Production</u>.  Employees wishing to fill a temporary vacancy must make their request known prior to the start of the shift.  Temporary vacancies will be filled as follows:

1.    The senior bid-in, qualified building employee unless the job is filled by a senior qualified bid-in building employee in cutback.

2.    The Bid-In Replacements.

Post(Howard)003277

3.      The senior qualified employee working in the building.

4.      The junior qualified employee working in the building on the shift will be required to fill the vacancy.

5.      Call for the classification from the Pool.

6.      Exhaust the plant wide call-in list (from layoff).

7.      Force the junior employee with the classification within the building and department on the shift to the vacancy, regardless of his preferred job category.

8.      Extended overtime.

C.      <u>Special Rules for Placement and Vacancies in Production</u>.

1.      An employee cutback from their bid building may exercise his seniority to fill any open vacancy for any A, B, or Production Support classification job within the new building.  Employees cutting back to Production Support will be paid in accordance with section 34.2.B.

2.      An employee who works a job on pre-shift start-up must work that job Monday through Friday provided the job exists.  Pre-shift start-up will be considered as part of Monday.

3.      Forced employee(s) may exercise seniority for job placement.

4.      Employees who work an eight hour shift and are scheduled to report to a shift that only allows for an eight hour break will not be forced to work extended overtime at the end of that shift unless no other employee is available.

5.      If the vacancy is for eight hours or less, extended overtime can be utilized after exhausting the Pool.

D.      <u>Placement of Employees Scheduled Out of Seniority Plant Wide</u>.  An employee scheduled "out of seniority" because he is needed for a classification will be considered as an employee on layoff for placement purposes.  The "out of seniority" employee must work the specific classification for which he was scheduled or be moved to temporary layoff.  If the "out of seniority" employee would have been called in on Monday, in seniority order, such employee will not be classified on layoff for placement purposes, and may exercise seniority starting on Tuesday on temporary vacancies.  If the "out of seniority" employee's seniority is such that he would have been called into work during the week, the employee will not be moved to temporary layoff.

Post(Howard)003278

22.3.   <u>Placement of Employees within a Multiple Job Classification</u>.  Employees scheduled to a multiple job classification, such as A PKG, will be placed in the following manner:

1.   Bid-in, cutback or forced employees will be considered first for filling jobs and exercising their seniority.

2.   When an employee voluntarily fills a temporary vacancy, the employee must work the vacant assignment and may not exercise his seniority over a bid-in or a cutback employee.

3.   When a line is shut down or a job is discontinued during the week and another line or job is started, the person displaced will be transferred to the new job or the newly started line.  However, if the line originally selected starts-up again during the week (Monday-Friday), those employees will have the option of returning to their original line.

4.   Employees who are considered as regular employees on the job, working on weekends, have the preference of cleaning or operating, based on their seniority.

5.   The first person cutback from a multiple classification will be:

a.   The senior forced person.

b.   The junior person filling a temporary vacancy.

22.4.   <u>Job Placement Due to Short Term Cutback</u>.

A.   <u>Employee Placement Due to Cutback for Less than a shift</u>.

1.   <u>When four hours or more remain on a shift</u>.  In any cutback situation, if four hours or more remain on the shift, employees affected will be cutback in order of seniority.  The employees with the least seniority will be cutback first.  Employees affected by the cutback will be placed by seniority, qualifications and predetermined job preference card (also known as "cut back card").

2.   <u>When less than four hours remains on a shift</u>.  In any cutback situation, if less than four hours remain on the shift, employees will be assigned work by their Supervisor using the following procedure:

a.   Employees will be canvassed for a voluntary excused absence for the convenience of the Company.

b.   If other work is available in the building the employee will be placed on an available job by his Supervisor in seniority order, and he will be paid the same rate he was paid at the start of his shift.

Post(Howard)003279

      c.    If work is available in other buildings of the Plant, the Company will reassign the employee to another building on a job in seniority order and he will be paid the same rate he was paid at the start of his shift.

      d.    If no work is available, the affected employees will be laid off.

B.    <u>Placement Due to Cutback for a Full Shift or Longer, but less than a Week</u>.

    1.    In any cutback of a full shift or more, employees affected will be placed on their shift, in their building in accordance with seniority, qualifications and predetermined job preference (also known as "cut back card").

    2.    In the event of a cutback Monday-Friday, in a classification, the senior employee shall not be required to clean on his job for more than one day and may exercise cutback rights within the building for additional days of cleaning.

    3.    An employee in cutback may fill any temporary vacancy provided the cutback employee is qualified and senior to the employee filling the job.

    4.    Those employees not placed for five days in their department according to the above procedure will replace employees with less seniority on the same shift in other departments, who are working on Classification C jobs, or may be placed into another building, by seniority.

22.5.    <u>Placement Due to Cutback of a Week or Longer</u>.

A.    <u>Placement Cutback Procedures, when an employee has been scheduled to a building</u>.

    1.    Cutback will be handled within a department and building.

    2.    Cutback within a department and building will be determined using employees Predetermined Job Preference Card ("cutback card") by classification, qualifications, and seniority on shift.

B.    <u>Predetermined Job Preference</u>.   A predetermined job preference card ("cutback card") is used when an employee is cutback from a job within the building.

    1.    The preference card is a list of preferred jobs, in order of desirability, as specified in writing by an employee and for which the employee has the qualifications.  Employees may list all jobs for which they are qualified and the bid is held by a junior employee.  The cutback job will be considered the employee's bid job for the duration of the cutback.

    2.    If an employee is absent or on vacation for a week or longer, his cutback preference will not apply for job placement during his absence.  Changes in

Post(Howard)003280

an employee's predetermined job preference list must be made prior to 7:00 a.m. Wednesday, to become effective the following Monday.  Predetermined job preference is not used when filling temporary vacancies.

22.6.   <u>Bid–In Replacements in the Production Department</u>.

    A.    <u>Qualifications required</u>. The recipient of a bid for the Bid-In Replacement job must possess three building classifications and have no limitations.

    B.    <u>Employee Status</u>. A Bid-In Replacement is considered to be a permanent bid-in shift employee within his respective building.  The Bid-In Replacement may exercise seniority only on temporary job vacancies within his building.

    C.    <u>Bid-In Replacement Selection to Fill Temporary Vacancies</u>.  Bid-In Replacements will fill temporary vacancies in accordance with Article 22.2.B.  The employee must fill the temporary vacancies, if he has the needed classification, before forcing another bid-in person from their bid-in or cutback job.

22.7.   <u>Placement of Employees Scheduled to the Pool</u>.  The placement of Pool employees will be as follows:

    A.    Pool employees can be placed in any job based on their seniority and qualifications at management's discretion.

    B.    If no building requests are made, employees scheduled in the Pool will be assigned to a building as farm-outs and will be assigned work in accordance with their skill sets. Farm-outs are Pool employees who are sent to a building as an extra employee with no specific job.  Employees assigned to production buildings as farm-outs will fill a vacancy in the building based on their qualifications prior to farms- outs from other buildings being required to leave their assigned buildings.

    C.    Employees called-in or scheduled to the Pool will be offered weekend overtime in the building to which they are assigned on the first day of work.

    D.    Employees called-in to the Pool must return to the Pool the following day.

    E.    Employees scheduled in the buildings for the week may not displace other regular employees who are farmed out to the buildings from the Pool.

22.8.   <u>Placement of Employees for a Start-Up after Building Outage</u>.

    A.    <u>Start-Up after Complete Building Outage</u>.   A complete building outage is when no products are being processed for the week in a building.  If Employees are required

Post(Howard)003281

for a Sunday start-up after a complete building outage, the following placement procedure will be followed:

1.   The employee who holds the job by bid, unless the employee is on layoff, vacation or excused.

2.   The senior regular building employee who has the required rate.

3.   Use extended overtime using employees who are scheduled in steps 1 and 2 above.

4.   The senior regular building employee returning to that building from layoff who has the required rate.

B.   <u>Start Up After Partial Building Outage</u>. A Partial Building Outage is when one or more – but not all – building processes are scheduled to run for the week.  Step 4 above will not be used for a partial building outage.  If a start-up occurs after a partial building outage, bid-in employees will be recalled to the building, provided these employees are not scheduled for overtime in another building, prior to the use of extended overtime.  The affected employee(s) will be responsible for notifying their bid-in department of their availability for the start-up no later than Wednesday (prior to the start-up) mid-shift (i.e., 11:00 AM for 7:00-3:00 shift, 7:00 PM for 3:00-11:00 shift, and 3:00 AM for 11:00-7:00 shift).

C.   <u>Employee Opportunity for Start Up</u>.  Any employee on vacation during the week of the outage, excused for the week of the outage, or not scheduled back into the building on the following Monday, will not be eligible for Sunday start-up overtime.

22.9.   <u>Trading Jobs on Shift or Across Shifts Monday through Friday</u>. With Supervisor approval, an employee may trade jobs with another employee either on shift or across shifts.  This exchange of jobs will be permissible on the condition that such placement does not interfere with other employees' seniority rights under cutback and placement procedures.  Employees who trade across shifts or buildings will go to the bottom of the seniority list in the building if there is a need to reschedule on the shift.  This exchange will cease should any employee have a valid complaint of interference with seniority rights.  Employees who trade shifts Monday-Friday will return to their original shifts for the weekend (Saturday-Sunday).

22.10.   <u>Bumping of Probationary Employees</u>.  Any probationary employee may be replaced by a regular employee from a different shift, building/department, or job, including weekends, whenever there is a valid reason.  However, the replacement on weekends cannot occur if the permanent employee has the opportunity to work eight hours on the same weekend day.  When the probationer is required to move to another shift, during the normal work week (Monday-Friday), the move will take place on the day following the request for replacement provided the probationer has not been bumped previously during the week. The regular employee must be fully qualified to take the job occupied by the probationer.

Post(Howard)003282

For weekend consideration, the regular employee returns to the building and shift in which originally scheduled and is assigned overtime in conjunction with the applicable overtime language only after everyone, except probationers, on the shift has been scheduled.

22.11.  <u>Placement of Plant Services Positions</u>.

Once employees are scheduled, they will be placed in the following manner:

A.      Permanent bid-in employee on-shift.

B.      Bid-in replacement.

C.      Temporary bid-in employee on shift.

D.      Permanent bid-in person from another shift.

E.      Senior employee scheduled in the department.

22.12.  <u>Plant Services Placement Due to Cutback</u>.

A.      In the event of a cutback, the following process will be followed to determine the placement of the impacted employee:

1.      Scheduled out of department employee(s)

2.      Permanent bid-in person from another shift.

3.      Temporary bid-in employee.

4.      Bid-in replacement.

5.      Permanent bid-in employee on-shift.

B.      Whenever it becomes necessary to reduce the workforce within the Plant Services Department, employee's cutback will be placed in the following sequence, seniority permitting:

1.      Within Plant services department by qualifications, seniority, and shift.

2.      To Production department by qualifications, seniority, and shift.

3.      Layoff.

22.13.  <u>Job Rotation Procedures - Semi-Truck Drivers</u>. To ensure that semi-truck drivers share experience on routine jobs, a system of job rotation will be carried out where this is practical and without detrimental effect on the adequacy or efficiency of trucking service.  Rotation

Post(Howard)003283

is accomplished by listing the present jobs opposite the drivers.  At the close of each week, the jobs are moved down to the next listed driver, and the "bottom" job is placed at the top of the list.  This continues on a weekly basis.

22.14.   <u>Placement of Quality Systems Positions</u>.

Once employees are scheduled, they will be placed in the following manner:

1.      Bid-in classification by seniority on shift

2.      Remaining vacancies will be filled by:

   a.      The senior bid-in, qualified employee unless the job is filled by a senior qualified bid-in employee in cutback.

   b.      Bid-in Replacement.

   c.      The senior qualified employee working in the department on shift.

   d.      The junior qualified employee working in the department on the shift will be required to fill the vacancy.

   e.      Forced employee(s) may exercise seniority for job placement.

   f.      Extended overtime.

22.15.   <u>Quality Systems Temporary Vacancy – Less Than One Week</u>.

A.      When it becomes necessary to fill temporary vacancies of less than one week, the vacancies will be filled by offering them to employees in the following order:

   1.      Qualified bid-in employees, in the department, on the shift where the vacancy occurs, in order of seniority.

   2.      Qualified bid-in employees in the department scheduled on the shift (regardless of bid shift) in order of seniority.

   3.      Bid-in replacement.

   4.      Qualified employees scheduled in the department on that shift.

   5.      Call for the classification from the Pool.

   6.      Exhaust call-in list.

   7.      Extended overtime.

Post(Howard)003284

B.   Employees who are absent or tardy on Monday, when temporary vacancies are made available, may exercise their placement rights after returning to work only on their bid-in jobs or new temporary vacancies which become available on their return.

22.16.   Quality Systems Cutback of a Week or Longer.

A.   Cutback Procedures.

1.   Cutback will be handled within the Quality Systems Department.

2.   Cutback will take place within the Quality Systems Department using the cutback card by classification, qualifications, and seniority on shift.

3.   Then, if preference is not available, any other department and building by classification, qualifications, and seniority on shift.

4.   Then, if bid-in shift is not available, to another shift by classification, qualifications, seniority, and using their department preference card.

5.   To lay off.

B.   Quality Systems Temporary Employees.  All temporary employees will be cutback, no matter what the classification, before any permanent employee is cutback.  If it is not necessary to cutback all temporary employees, cutback will be made among the group of temporary employees in the same way as for permanent employees based on qualifications and seniority.  A temporary employee cutback from the Quality Systems Department, who is a permanent employee of another department, will be placed on the job the employee would have held had the employee remained in the other department.

C.   Increase in Labor Requirements for the Quality Systems Department Following a Cutback.  When there is a temporary job vacancy resulting from vacation, illness, or leave of absence, the job will be filled in order of seniority, by transfer or recall of the employee who held the job classification until the cutback.

22.17.   Trading Jobs on Shift or Across Shifts Monday – Friday.  When there is a valid reason acceptable to Management, an employee may trade jobs with another employee either on shift or across shifts.  This exchange of jobs will be permissible on the condition that such placement does not interfere with other employees' seniority rights under cutback and placement procedures.  Employees who trade across shifts or building will go to the bottom on the seniority list if there is a need to reschedule on the shift.  This exchange will cease should any employee have a valid complaint of interference with seniority rights. Employees who trade shifts Monday-Friday will return to their original shifts for the weekend (Saturday-Sunday).

Post(Howard)003285

22.18.   <u>Job Placement Procedure for Skilled Trades</u>.

Once employees are scheduled, they will be placed in the following manner:

1.   Skilled Trades employees are placed in their bid-in department and area of preference based on seniority and classification.

2.   Remaining open positions will be filled with the Temporary Job Holder

3.   Remaining open positions will be filled by qualifications and seniority.

4.   Remaining open positions will be filled following the Overtime Language in Section 44.13.

22.19.   <u>Trading Jobs across Shifts Monday through Sunday</u>.  Upon Management's approval, an employee may trade shifts with another employee within the same craft and/or Skilled Trades classification.  Employees who trade shifts shall carry the seniority of the person that he or she switched with only for placement purposes within the department, and shall fill the vacancy left open by the corresponding tradesman.  This trade shall cease should any employee have a valid complaint of interference with seniority rights.

22.20.   <u>Cutback Procedures for Skilled Trades Department</u>.

A.   Whenever it becomes necessary to reduce the work force within any of the trades in the Skilled Trades Departments, the following procedure will apply.

1.   <u>Order of Cutback</u>.  All temporary employees will be cutback from the trade in order of seniority, no matter what the classification, before any permanent employee is cutback in seniority order.

2.   <u>Maintaining Mechanical Department Preference Cards</u>.   Permanent employees in all Skilled Trades departments will maintain a Mechanical Department Preference Card.  The Mechanical Department Preference Card will be used to place Skilled Trades employees' cutback from their permanent bid-in department.  The card will list, in order, the department(s) where the Skilled Trades employee wishes to be placed, qualifications and seniority permitting.  Bid-in 3-11 and 11-7 Skilled Trades employee will maintain a 7-3 Mechanical Department Preference Card with the Scheduling Office.  This card will be used when there is a cutback from the 3-11 or 11-7 shifts to the 7-3 shift. The 7-3 Mechanical Department Preference Card will indicate the employee's desire to be cut back to the 7-3 shift when there is a shift cutback for a week or longer.  These cards will be used in seniority order.  The Scheduling Office will only use the Mechanical Department Preference Card for employees on the affected shift(s).

Post(Howard)003286

B.     <u>Exceptions to Seniority</u>.  Permanent employees in the lowest classification within each trade in a department will be cutback before any permanent employees in the next higher rated classification in that trade are cutback.

C.     <u>Placement of Skilled Trades Employee in Cutback</u>.

    1.     Skilled trades employees displaced from their permanent bid-in department will be placed in accordance with their cutback card.

    2.     Skilled trades employees who fail to fill out a cutback card or whose card is incomplete will be placed where needed by the Company.

    3.     Changes to the cutback card must be made during the first two weeks of each calendar quarter (January, April, July, and October).  If the cutback results in a layoff, the skilled trades employee(s) directly affected by the layoff (voluntary or lack of seniority) will be removed from the schedule prior to the placement of skilled trades' employee(s) in accordance to their cutback card.

D.     <u>Transfers to another Craft</u>.  Permanent employees cutback from their craft may, at their option, be transferred to another craft, provided they have the required qualifications and openings are available, or take voluntary layoff. (The voluntary layoff option is available only to Class "A" and "B" skilled trades employees.) Required qualifications will be mutually agreed upon between the Union and the Company.  The final decision will be made by the Company.  If they are transferred, they will be paid the applicable rate of pay.  It is understood that such transfer will be temporary, and when work is again available in their regular craft the employees will be required to return to their former department and craft.  Employees temporarily transferred to another trade will be cutback from the trade before regular employees in the same classification within the new craft.   This procedure will be used by the Company in the event of temporary imbalance of work levels between departments even though no employee is subject to layoff; but under such circumstances, transfers between crafts will be discussed and agreement reached between the Top Committee Representative and the Maintenance Manager.  This paragraph will not be construed to restrict permanent transfers.

22.21. <u>Placement of Skilled Trades Employees Cutback into Production:</u>

A.     <u>Initial Placement of Employee</u>.  An employee displaced from the Skilled Trades Department will initially be placed on the job held by the employee with the least seniority in the Production Departments, provided the cutback employee has more seniority than that employee.  The cutback employee may exercise seniority on "C" non-rated jobs.

B.     <u>Bidding Eligibility.</u>    The cutback employee will be eligible to bid on permanent vacancies in the Production Department after 45 days of cutback into Production.

Post(Howard)003287

C.      <u>45 Day Cutback:</u>  Each separate cutback will begin a new 45 day period.

D.      <u>Skilled Trades Employees Bid into Production</u>.  Permanent Skilled Trades Department employees who have cutback to Production and successfully bid and hold a permanent bid-in classification in the Production Department will retain their permanent bid-in classification in the Production Department for 90 days when recalled to the Skilled Trades Department.  At the completion of 90 days in the Skilled Trades Department, the permanent job the employees vacated in the Production Department will be posted as a permanent vacancy.

22.22.  <u>Increase in Labor Requirements for Skilled Trades Following a Cutback</u>.

A.      <u>Temporary Job Vacancies</u>.  When there is a temporary job vacancy resulting from vacation, illness, or leave of absence, the job will be filled, in order of seniority, by transfer or recall of the employee who held the job classification until cutback.  The senior employee may refuse the temporary vacancy, but the junior employee must accept the vacancy.

B.      <u>Non-Temporary Job Vacancies</u>.  When there is a job vacancy, not classified as a temporary vacancy, the job will be filled in order of seniority, transfer, or recall of the employee who held the job classification until cutback.  The employee eligible to return to the department must accept the job when offered, or give up any right to return to the Skilled Trades Department.  (In the Skilled Trades Departments, failure to accept the job offered will include giving up the right to bid on posted vacancies for a period of two years.)  The Top Committee Representative will be notified in writing of this refusal.

1.      If the employee has been cutback from the Skilled Trades Department or from one Skilled Trades Department to another from within these departments for less than 90 days, placement resulting from the vacancy will be made in the same manner as the cutback when it occurred.

2.      If the employee recalled has been cutback for a period of 90 days or more, the employee will be placed temporarily according to his seniority and qualifications, in any existing vacancy until the job posting procedures have been followed.

22.23.  <u>Overtime Placement (All Employees)</u>.  Employees will be placed on Jobs for overtime as per the scheduled weekday overtime procedures, scheduled weekend overtime procedures, and unscheduled overtime procedures as applicable as outlined in Article 44 overtime by classification A first, classification B second, followed by classification C by seniority, whenever possible.

22.24.  <u>Holiday Placement (All Employees)</u>.

Post(Howard)003288

A.   Use Weekend Overtime Procedures.  Employees will be placed on jobs for a holiday as per the scheduled weekend overtime procedures as per Section 44.8.A and Section 44.14 regardless of what day the holiday actually falls on during the seven day work week by Classification A first, Classification B second, followed by Classification C by seniority, whenever possible.

B.   Forced Bid-In Employees.  During holiday weeks, bid-In employees forced from bid-in building or department will be offered holiday work on the bid-in job, provided that the employee is not needed on the forced job.  Affected employees will be responsible for notifying the department of availability no later than 48 hours prior to the holiday.

### ARTICLE 23 — TRAINING

23.1.   Training Opportunities.

A.   The Canvassing Process.  Employees will be made aware of openings for training opportunities for A and B classifications through a canvassing process in which Supervisors will solicit all employees on shift in each building/department for their interest in the training opportunities. Employee(s) selected for training must be willing to work any shift, fill vacancies, and be capable of performing shut-down, clean-up, and start-up requirements.

B.   Floaters.  Floaters must have a minimum of one rate within in their assigned building. If a floater does not hold a rate, he/she must train off the "needs list" in their assigned building.

23.2.   Awarding of Training Opportunities.   If unable to fill training needs through the canvass procedures, a plant wide training bid will be posted if deemed necessary by the Company. (Skilled Trades employees are ineligible to bid while bid-in to Skilled Trades.)  The training bid will be awarded by straight seniority.

### Job Training Opportunities

| Number of Rates Currently Held | Eligible to train one (1) time every: |
|---|---|
| 3 or More | 24 Months |
| 2 | 18 Months |
| 1 | 6 Months |

23.3.   Training for Progressive Classifications (Rates).  Any employee selected for training, either by bid or needs list, that requires a progressive classification (rate), will be trained in the following manner:

34 | P a g e

Post(Howard)003289

A.    <u>B Classifications</u>.  Train on B classification until he is qualified and is granted the classification (the maximum training time is the target time in the Company's training documents). Employees with the applicable B classification will start at Step B.

B.    <u>A Classifications</u>.  Train on A classification until he is qualified and is granted the classification (the maximum training time is the target time listed in the Company's training documents).

C.    <u>Proficiency Testing</u>.   Employees must pass a proficiency test for A and B classifications.

    1.    If an employee fails the test, he may request one additional week of training and retest.

    2.    An employee who fails to qualify for the A classification will retain the B classification.

D.    <u>Rules for Progressive Jobs</u>.   Employees selected for training on a progressive classification will be charged with one training opportunity.  This shall apply to training only.  When relinquishing classifications on progressive jobs, each progression of the job (i.e. A and B) shall be considered as individual classifications and can only be relinquished one at a time starting with the A classification.

E.    <u>Minimum Hours Required</u>.  An employee must work a B classification progressive job for a minimum of 320 running hours prior to transitioning to training for the A classification job.  "Running Hours" is time the employee is scheduled to operate the equipment in his B classification. Employees will be classified as "training" during their 320 running hours.  For Packaging progressive rates, the "minimum hours required" may be reduced to 160 running hours in the event an employee has been trained and granted the A classification in another building.  All other progressive rates will follow the training time target in the Company's training document for that job (reference 23.3.A. and 23.3.B.)

In the event the employee, trainer and supervisor feel the employee is ready to be granted the A classification immediately, the supervisor may test the employee for the A classification, determine that the employee is qualified and competent, and grant the A rate.

F.    <u>Training Production Support and Senior Employees</u>.  When Production Support employees are assigned to train on a classification, the Company will also train the eligible, senior, full-time employee on the same classification from the "Needs List."

G.    If the process is running or cleaning, training will only be interrupted as a last resort.

23.4.  <u>One Week Grace Period</u>.

Post(Howard)003290

A.   Employees Training Due To Needs List or Plant Wide Training Bid.  Employees will be trained after being placed in the job.   For "A" and "B" classification jobs, the employee may give up the training during the first five days of training.  If the employee chooses to give up the training, the employee will return to his bid-in job for the balance of the week (seniority permitting).

B.   Employees Training As a Result of a Permanent Bid.  Employees selected to fill a permanent vacancy will be trained after being placed in the job. For "A" and "B" classification jobs, the employee may give up the bid/classification during the first five days of training.  If the employee choses to give up the bid, the employee will return to his previous bid job the following week.  Employees do not have the "five day" grace period if they already hold the classification.  For "C" classification jobs, employees do not have the "five day" grace period to give up the bid.

C.   For Permanent Bids, as referenced in this Article, the parties agree that employees are eligible for one, five day Grace Period per year.  There will be one additional five day Grace Period per year for a Needs List opportunity, or a Plant-Wide Training Bid.

23.5   Training within the Quality Systems Department.  All training position(s) will first be posted within the Quality Systems Department.  Selection will be on the basis of qualifications.  If qualifications are equal, the selection will be made on the basis of seniority.

23.6.   Re-Granting a Relinquished Classification.   Employees who have relinquished a classification under the procedure outlined in Article 21 -Scheduling & Relinquishing Classifications can be re-granted the classification based on the following qualifications:

A.   The employee is able to pass the classification granting testing procedure with no additional training.

B.   Re-granting of the classification will count as a training opportunity.

C.   Once classification is re-granted, employee must maintain the classification as outlined in Article 21. – Scheduling and Relinquishing Classifications.

## ARTICLE 24. – RECALL

24.1.   Layoffs of Four Weeks or More.  Employees laid-off four consecutive weeks or more shall be notified by phone and have a period of three calendar days, after notice of recall, to notify the Scheduling Department of their intention to return to work.  If the job for which the employee is being recalled has been filled in the interim, the employee shall be notified of the next opportunity for work. If the laid-off employee does not notify the Company of his intention to return to work or fails to report to work when scheduled, the employee's seniority shall be canceled unless the Company can be convinced that failure to so notify the Company was for good and sufficient reason.  The Company shall keep a record of each

Post(Howard)003291

employee's recalls, which shall be available to that employee or to the appropriate Union officer upon request.  It is the employee's responsibility to notify the Company of his current phone number.

24.2.    Layoffs of Less Than Four Weeks.  Employees who are laid-off for less than four consecutive weeks and are recalled, will be made aware via the "call-in system" on Friday that they are scheduled to work on Monday. If the laid off employee does not report to work when scheduled, the employee's seniority shall be cancelled unless a satisfactory reason for being unable to return to work is given to the Company.

## ARTICLE 25. — MODIFIED WORK DUTIES

Employees who, due to an injury received while in the employ of the Company, are unable to perform their regular job duties, shall be given such other work as is available, if the employee currently possesses the requisite qualifications, skills and ability to perform that work.   In all cases, a medical report acceptable to the Company will be required to demonstrate the employee's ability to perform the alternative work duties.

## ARTICLE 26. — MINOR EQUIPMENT & MACHINERY ADJUSTMENTS

26.1.    Definition.  The term "operating employees" used in this section includes operating employees in the Production Department.

26.2.    Assignment of Work.  The assignment of work in connection with the proper maintenance of fixtures, equipment, and machinery shall, whenever possible, be made on the following basis:

A.      Operating employees may perform work involving cleaning, lubrication, adjustments, preventative maintenance and repair work of a minor nature, when properly trained and supplied with needed materials and tools. Adjustments may include such work as changing the machine to produce different packages.

B.      Operating employees shall not perform any work on electrical equipment, pneumatic controls, high-pressure vessels or high-pressure pipes, construction, re-building, relocating, or repairs involving the use of special tools such as welders, pipe wrenches, gear pullers, cutting torches, saws, and similar tools.

C.      Additional training may be provided to operating employees to enhance skills necessary to support maximum efficiencies and optimal operating requirements.

26.3.    Procedures.

A.      During Operating Periods.

**37** | P a g e

Post(Howard)003292