UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH HOWARD, et al.,

       Plaintiffs,                          Case No. 1:19–cv–570

v.                                      Hon. Hala Y. Jarbou

POST FOODS, LLC,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion to Amend/Correct (ECF No. 69)
Date/Time:       February 10, 2022   01:00 PM
District Judge:   Hala Y. Jarbou
Place/Location:  by video

*Zoom connection information will be issued separately. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii).*

                                                HALA Y. JARBOU
                                                United States District Judge

Dated:  February 9, 2022        By:   /s/ A. Seymore_____
                                                      Case Manager