UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH HOWARD, et al.,

    Plaintiffs,

Case No. 1:19-cv-570

v.

Hon. Hala Y. Jarbou

POST FOODS, LLC,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.


Dated: September 14, 2022        /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE